Stephen E. Hessler, P.C.
Mark McKane, P.C. (*pro hac vice* pending)
Patrick Venter
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
601 Lexington Avenue
New York, New York 10022
Telephone:  (212) 446-4800
Facsimile:   (212) 446-4900

Chad J. Husnick, P.C.
Benjamin M. Rhode (*pro hac vice* pending)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
300 North LaSalle Street
Chicago, Illinois 60654
Telephone:  (312) 862-2000
Facsimile:   (312) 862-2200

*Proposed Counsel to the Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| FRONTIER COMMUNICATIONS CORPORATION, *et al.*,[1] | ) ) ) | Case No. 20-22476 (RDD) |
| | ) | |
| Debtors. | ) ) | (Joint Administration Requested) |

**AGENDA FOR FIRST DAY HEARING**

Time and Date of Hearing:  April 16, 2020, at 2:00 p.m. (prevailing Eastern Time)

Telephonic Only Hearing:  In accordance with General Order M-543 ("General Order M-543"), dated March 20, 2020, the First Day Hearing will only be conducted telephonically. Any parties wishing to participate in the First Day Hearing must make arrangements through CourtSolutions LLC. Instructions to register for CourtSolutions LLC are attached to General Order M-54.

Copies of Motions:  A copy of each pleading can be viewed on the Court's website at http://www.nysb.uscourts.gov and the website of the Debtors' proposed notice and claims agent, Prime Clerk LLC, at https://cases.primeclerk.com/ftr. Further information may be obtained

---

[1] The last four digits of Debtor Frontier Communications Corporation's tax identification number are 9596. Due to the large number of debtor entities in these chapter 11 cases, for which the Debtors have requested joint administration, a complete list of the debtor entities and the last four digits of their federal tax identification numbers are not provided herein. A complete list of such information may be obtained on the website of the Debtors' proposed claims and noticing agent at https://cases.primeclerk.com/ftr. The location of the Debtors' service address for purposes of these chapter 11 cases is: 50 Main Street, Suite 1000, White Plains, New York 10606.

       via email at ftrinfo@primeclerk.com, or by calling (877) 433-8020 (US and Canada) or (646) 442-5842 (International).

**I. Introduction.**

    1. ***Voluntary Petitions***.

    2. ***First Day Declaration***. Declaration of Carlin Adrianopoli, Executive Vice President of Strategic Planning, in Support of Chapter 11 Petitions and First Day Motions [Docket No. 3].

**II. Matters Requested to be Heard at First Day Hearing.**

    3. ***Joint Administration Motion***. Debtors' Motion for Entry of an Order Directing Joint Administration of Chapter 11 Cases [Docket No. 2].

    4. ***DIP Motion***. Debtors' Motion for Entry of (I) an Interim and Final Order (A) Granting Adequate Protection, (B) Authorizing the Unsecured Subsidiary Debt Payments, (C) Modifying the Automatic Stay, and (D) Granting Related Relief, and (II) a Final Order (A) Authorizing the Debtors to Obtain Senior Secured Superpriority Postpetition Financing, (B) Granting Liens and Superpriority Administrative Expense Claims, (C) Authorizing Repayment of the Prepetition Revolving Credit Facility in Full, (D) Modifying the Automatic Stay, and (E) Granting Related Relief [Docket No. 43].

    Related Documents:

        A. ***Motion to Seal DIP Fee Letters***. Debtors' Motion Seeking Entry of an Order Authorizing the Debtors to (I) Restrict Access to Certain Confidential Fee Letters Related to the Proposed Debtor-In-Possession Financing and (II) Redact Certain Related Items in the DIP Motion and Shah Declaration [Docket No. 44].

    5. ***Motion to Shorten Time***. Debtors' Motion to Schedule an Expedited Hearing and Shorten the Notice Period with Respect to the Debtors' Motion to Sell the Pacific Northwest Assets Free and Clear of all Claims, Liens, Rights, Interests, and Encumbrances, and the Debtors' Assumption of Certain Executory Contracts and Unexpired Leases [Docket No. 20].

    Related Documents:

        A. ***Sale Motion***. Debtors' Motion for Entry of an Order (I) Authorizing and Approving (A) the Assumption of the Purchase Agreement, (B) the Sale of the Debtors' Pacific Northwest Assets Free and Clear of All Claims, Liens, Rights, Interests, and Encumbrances, and (C) the Debtors' Assumption of Certain Executory Contracts and Unexpired Leases, and (II) Granting

    Related Relief [Docket No. 22].

  B. ***Motion to Seal***.  Debtors' Motion Seeking Entry of an Order Authorizing the Debtors to Restrict Access to the Transition Services Agreement Related to the Purchase Agreement [Docket No. 18].

6. ***Cash Management Motion***.  Debtors' Motion Seeking Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Continue to Operate Their Cash Management System, (B) Honor Certain Prepetition Obligations Related Thereto, (C) Maintain Existing Business Forms, and (D) Continue to Perform Intercompany Transactions, (II) Granting Superpriority Administrative Expense Status to Postpetition Intercompany Balances, and (III) Granting Related Relief [Docket No. 14].

7. ***Critical Vendors Motion***.  Debtors' Motion for Entry of Interim and Final Orders Authorizing the Debtors to Pay Certain Prepetition Claims of (I) Critical Vendors, (II) Lien Claimants, and (III) Section 503(B)(9) Claimants in the Ordinary Course of Business on a Postpetition Basis [Docket No. 11].

8. ***Content Motion***.  Debtors' Motion for Entry of Interim and Final Orders Authorizing the Debtors to Pay or Honor Prepetition Claims of Content Providers [Docket No. 15].

9. ***Case Management Motion***.  Debtors' Motion for Entry of Interim and Final Orders (I) Establishing Certain Notice, Case Management, and Administrative Procedures and (II) Granting Related Relief [Docket No. 6].

10. ***Claims and Noticing Agent Motion***.  Debtors' Application for Entry of an Order (I) Authorizing and Approving the Appointment of Prime Clerk LLC as Claims and Noticing Agent, Effective *Nunc Pro Tunc* to the Petition Date, and (II) Granting Related Relief [Docket No. 4].

11. ***Insurance Motion***.  Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Pay Their Obligations Under Prepetition Insurance Policies, (B) Continue to Pay Certain Brokerage Fees, (C) Renew, Supplement, Modify, or Purchase Insurance Coverage, (D) Maintain Their Surety Bond Program, and (E) Enter into New Financing Agreements in the Ordinary Course of Business and (II) Granting Related Relief [Docket No. 8].

12. ***Interim Compensation Motion***.  Debtors' Motion Seeking Entry of an Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals [Docket No. **7**].

13. ***Schedules and SOFA Extension Motion***.  Debtors' Motion for Entry of

   an Order (I) Extending Time to File Schedules of Assets and Liabilities, Schedules of Current Income and Expenditures, Schedules of Executory Contracts and Unexpired Leases, and Statements of Financial Affairs; (II) Waiving Requirements to File Lists of Equity Holders; and (III) Granting Related Relief [Docket No. 5].

14. ***Creditor Matrix Motion***. Debtors' Motion Seeking Entry of Interim and Final Orders (I) Authorizing the Debtors to File a Consolidated List of Creditors in Lieu of Submitting a Separate Mailing Matrix for Each Debtor, (II) Authorizing the Debtors to File a Consolidated List of the Debtors' Fifty Largest Unsecured Creditors, (III) Authorizing the Debtors to Redact Certain Personally Identifiable Information for the Debtors' Employees, (IV) Approving the Form and Manner of Notifying Creditors of Commencement, and (V) Granting Related Relief [Docket No. 12].

15. ***Taxes Motion***. Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Payment of Certain Prepetition Taxes and Fees and (II) Granting Related Relief [Docket No. 9].

16. ***Customer Programs Motion***. Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to Honor Certain Prepetition Obligations to Customers and Continue Certain Customer Programs in the Ordinary Course of Business and (II) Granting Related Relief [Docket No. 13].

17. ***Wages Motion***. Debtors' Motion for Entry of Interim and Final Orders Authorizing the Debtors to (I) Pay Prepetition Employee Wages, Salaries, Other Compensation, and Reimbursable Employee Expenses and (II) Continue Employee Benefits Programs [Docket No. 26].

18. ***NOL Motion***. Debtors' Motion Seeking Entry of Interim and Final Orders (I) Approving Notification and Hearing Procedures for Certain Transfers of and Declarations of Worthlessness With Respect to Common Stock and (II) Granting Related Relief [Docket No. 10].

19. ***Utilities Motion***. Debtors' Motion for Entry of Interim and Final Orders (I) Prohibiting Utility Providers from Altering, Refusing, or Discontinuing Utility Services, (II) Determining Adequate Assurance of Payment for Future Utility Services, (III) Establishing Procedures for Determining Adequate Assurance of Payment, (IV) Authorizing Fee Payments to the Utility Agent, and (V) Granting Related Relief [Docket No. 16].

| | |
|---|---|
| Dated: April 15, 2020<br>New York, New York | */s/ Stephen E. Hessler, P.C.*<br>Stephen E. Hessler, P.C.<br>Mark McKane, P.C. (*pro hac vice* pending)<br>Patrick Venter<br>**KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>601 Lexington Avenue<br>New York, New York 10022<br>Telephone: (212) 446-4800<br>Facsimile: (212) 446-4900<br><br>- and -<br><br>Chad J. Husnick, P.C.<br>Benjamin M. Rhode (*pro hac vice* pending)<br>**KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>300 North LaSalle Street<br>Chicago, Illinois 60654<br>Telephone: (312) 862-2000<br>Facsimile: (312) 862-2200<br><br>*Proposed Counsel to the Debtors and Debtors in Possession* |