DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
Eli J. Vonnegut
Stephen D. Piraino
Samuel A. Wagreich

*Counsel to Goldman Sachs Bank USA*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| FRONTIER COMMUNICATIONS CORPORATION, *et al.*,[1] | Case No. 20-22476 (RDD) |
| Debtors | (Joint Administration Requested) |

**NOTICE OF APPEARANCE
AND REQUEST FOR SERVICE OF PAPERS**

       **PLEASE TAKE NOTICE** that the undersigned hereby appears in the above-captioned proceedings as counsel to Goldman Sachs Bank USA and certain of its affiliates ("**Goldman Sachs**"), in its capacity as the administrative agent for the lenders under the proposed DIP Facilities that are part of the requested relief sought in the *Debtors' Motion for Entry of (I) An Interim Order (A) Granting Adequate Protection, (B) Authorizing the Unsecured Subsidiary Debt Payments, (C) Modifying the Automatic Stay, and (D) Granting Related Relief, and (II) A Final Order (A) Authorizing the*

---

[1] The last four digits of Debtor Frontier Communications Corporation's tax identification number are 9596. Due to the large number of debtor entities in these chapter 11 cases, for which the Debtors have requested joint administration, a complete list of the debtor entities and the last four digits of their federal tax identification numbers are not provided herein. A complete list of such information may be obtained on the website of the Debtors' proposed claims and noticing agent at https://cases.primeclerk.com/ftr. The location of the Debtors' service address for purposes of these chapter 11 cases is: 50 Main Street, Suite 1000, White Plains, New York 10606.

*Debtors to Obtain Senior Secured Superpriority Postpetition Financing, (B) Granting Liens and Superpriority Administrative Expense Claims, (C) Authorizing Repayment of the Prepetition Revolving Credit Facility In Full, (D) Modifying the Automatic Stay, and (E) Granting Related Relief* [Docket No. 43], and requests, pursuant to Rules 2002, 3017(a), 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure, Rule 9074-1(c) of the Local Bankruptcy Rules for the Southern District of New York and Sections 102(1) and 1109(b) of the United States Bankruptcy Code, that all notices given or required to be given in connection with the above-captioned proceedings, and all papers served or required to be served in connection therewith, be given and served upon:

> Eli J. Vonnegut
> Stephen D. Piraino
> Samuel A. Wagreich
> Davis Polk & Wardwell LLP
> 450 Lexington Avenue
> New York, New York 10017
> Telephone: (212) 450-4331
> Facsimile: (212) 701-5331
> Email: eli.vonnegut@davispolk.com
> stephen.piraino@davispolk.com
> samuel.wagreich@davispolk.com
> frontier.routing@davispolk.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes, without limitation, any and all notices in respect of any application, motion, petition, pleading, request, complaint, demand, order or any other paper filed in these proceedings whether such notice is formal or informal, written or oral, and whether transmitted by hand delivery, United States Mail, electronic mail, expedited delivery service, telephone, telex, telecopy or otherwise.

This appearance and demand for notice and service of papers is not, and may not be deemed or construed to be, a consent to jurisdiction of the Bankruptcy Court over Goldman Sachs. Further, this appearance and demand for notice and service of papers is not, and may not be deemed or construed to be, a waiver of any of Goldman Sachs' substantive or procedural rights, including without limitation: (i) Goldman Sachs' right to have final orders in non-core matters entered only after de novo review by a District Court; (ii) Goldman Sachs' right to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto; (iii) Goldman Sachs' right to have the reference withdrawn by the District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions, defenses, set-offs or recoupments, all of which Goldman Sachs expressly reserves.

Dated: New York, New York
April 16, 2020

By: */s/ Eli J. Vonnegut*
Eli J. Vonnegut
Stephen D. Piraino
Samuel A. Wagreich

DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
Email: eli.vonnegut@davispolk.com
stephen.piraino@davispolk.com
samuel.wagreich@davispolk.com

*Counsel to Goldman Sachs Bank USA*