# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>FRONTIER COMMUNICATIONS CORPORATION, ET AL.<br><br>              Debtor. | Case No. 20-22476 (RDD)<br><br>Chapter 11 |

## CERTIFICATE OF SERVICE

      I, William J. Hanlon, hereby certify that on April 22, 2020, that my Notice of Appearance and Demand for Service was served upon all interested parties in the manner indicated on the attached <u>Schedule A</u>.

                                GI TC ONE WILSHIRE, LLC,

                                By its attorney,

                                /s/ William J. Hanlon
                                William J. Hanlon (WH 8128)
                                SEYFARTH SHAW LLP
                                World Trade Center East
                                Two Seaport Lane, Suite 300
                                Boston, MA  02210
                                Telephone:    617-946-4995
                                Telecopier:    617-790-6719
DATED: April 22, 2020                Email:  whanlon@seyfarth.com

# Schedule A

**VIA ECF**

| | |
|---|---|
| **David G. Aelvoet** | sanantonio.bankruptcy@publicans.com |
| **Kyle Arendsen** | kyle.arendsen@squirepb.com |
| **Nicholas E. Baker** | nbaker@stblaw.com |
| **Mikelle V. Bliss** | mbliss@mcglinchey.com, mikellev@gmail.com |
| **Gary D. Bressler** | gbressler@mdmc-law.com, kdeans@mdmc-law.com;kpatterson@mdmc-law.com;nleonard@mdmc-law.com |
| **James S. Carr** | KDWBankruptcyDepartment@kelleydrye.com; MVicinanza@ecf.inforuptcy.com |
| **Shawn M. Christianson** | schristianson@buchalter.com, cmcintire@buchalter.com |
| **Darrell W. Clark** | darrell.clark@stinsonleonard.com, catherine.scott@stinsonleonard.com |
| **John D. Demmy** | john.demmy@saul.com, robyn.warren@saul.com |
| **John P. Dillman** | houston_bankruptcy@publicans.com |
| **Ira S. Dizengoff** | idizengoff@akingump.com, afreeman@akingump.com; apreis@akingump.com;dkrasa-berstell@akingump.com; nymco@akingump.com; AGSearch-Lit@akingump.com |
| **Jamie Fell** | jamie.fell@stblaw.com |
| **Benjamin Finestone** | benjaminfinestone@quinnemanuel.com, lindsayweber@quinnemanuel.com |
| **John C. Graham** | john.graham@dps.ny.gov, Alicia.Candlen@dps.ny.gov |
| **Kurt F. Gwynne** | kgwynne@reedsmith.com, bankruptcy-2628@ecf.pacerpro.com |
| **Stephen Hessler** | carrie.oppenheim@kirkland.com;hannah-kupsky-3566@ecf.pacerpro.com |
| **Samuel A. Khalil** | jbrewster@milbank.com; samuel-khalil-6859@ecf.pacerpro.com; aleblanc@milbank.com; rnussbaum@milbank.com; JBurke@milbank.com; pmilender@milbank.com; mprice@milbank.com; ssilverman@milbank.com; adebold@milbank.com |
| **Stephen D. Lerner** | stephen.lerner@squirepb.com |
| **Brian J. Lohan** | brian.lohan@arnoldporter.com, brian.lohan@arnoldporter.com; edocketscalendaring@arnoldporter.com,brian-lohan-2986@ecf.pacerpro.com, ginger.clements@arnoldporter.com, kenneth.anderson@arnoldporter.com |
| **Joseph Lubertazzi** | jlubertazzi@mccarter.com, jlubertazzi@mccarter.com |
| **Bruce S. Luckman** | bluckman@shermansilverstein.com |

| Name | Email |
|---|---|
| **Michael P. Menton** | mmenton@settlepou.com |
| **Laura J. Monroe** | lmbkr@pbfcm.com, krobertson@ecf.inforuptcy.com |
| **Joel Moss** | joel.moss@shearman.com, william.holste@shearman.com, CourtAlert@Shearman.com, managing-attorney-5081@ecf.pacerpro.com, manattyoffice@shearman.com |
| **Lucian Murley** | luke.murley@saul.com, robyn.warren@saul.com |
| **Kimberly Nelson** | knelson@ftc.gov |
| **Tracey M Ohm** | tracey.ohm@stinson.com, tracey.ohm@stinson.com;porsche.barnes@stinson.com |
| **Arthur Osueke** | osueke.arthur@pbgc.gov |
| **C. Wayne Owen** | owen.wayne@pbgc.gov, efile@pbgc.gov |
| **Deborah M Perry** | dperry@munsch.com |
| **Thomas A. Pitta** | tpitta@emmetmarvin.com, pdelrio@emmetmarvin.com |
| **Curtis M. Plaza** | cplaza@riker.com, tschellhorn@riker.com |
| **Sandeep Qusba** | squsba@stblaw.com, kmclendon@stblaw.com, Haley.Garrett@stblaw.com |
| **Michael L. Schein** | mschein@vedderprice.com, ecfnydocket@vedderprice.com; docketing-6992@ecf.pacerpro.com; michael-schein-3874@ecf.pacerpro.com |
| **Joseph L. Schwartz** | jschwartz@riker.com |
| **Richard M. Seltzer** | rseltzer@cwsny.com, ecf@cwsny.com |
| **Owen M. Sonik** | osonik@pbfcm.com, tpope@pbfcm.com; osonik@ecf.inforuptcy.com |
| **Arthur Jay Steinberg** | asteinberg@kslaw.com, sdavidson@kslaw.com; jcmccullough@kslaw.com |
| **John R Stoelker** | jstoelker@mccarter.com |
| **Matthew G. Summers** | summersm@ballardspahr.com |
| **Simon J. Torres** | torres.simon@pbgc.gov |
| **United States Trustee** | USTPRegion02.NYECF@USDOJ.GOV |
| **Eli J. Vonnegut** | eli.vonnegut@davispolk.com, ecf.ct.papers@davispolk.com |
| **Elizabeth Weller** | dallas.bankruptcy@publicans.com, Beth.weller@lgbs.com; Dora.Casiano-Perez@lgbs.com |
| **Steven Wirth** | steven.wirth@akerman.com, yelena.archiyan@akerman.com; jennifer.meehan@akerman.com; corinne.bylone@akerman.co |
| **Lee E. Woodard** | bkemail@harrisbeach.com, kgriffith@harrisbeach.com; efilings@harrisbeach.com |
| **Melissa S. Woods** | mwoods@cwsny.com, ecf@cwsny.com |

**VIA FIRST CLASS MAIL**

| **Brian S. Hermann** | **Alan W. Kornberg** | **Prime Clerk LLC** |
|---|---|---|
| Paul, Weiss, Rifkind, Wharton & Garrison, LLP 1285 Avenue of the Americas New York, NY 10019-6064 | Paul, Weiss, Rifkind, Wharton & Garrison LLP 1285 Avenue of the Americas New York, NY 10019 mtattnall@paulweiss.com | One Grand Central Place 60 East 42nd Street, Suite 1440 New York, NY 10165 |