# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| FRONTIER COMMUNICATIONS CORPORATION, *et al.*,[1] | ) ) ) ) | Case No. 20-22476 (RDD) |
| Debtors. | ) ) ) | (Jointly Administered) |

# AFFIDAVIT OF SERVICE

I, Christian Rivera, depose and say that I am employed by Prime Clerk LLC ("**Prime Clerk**"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On May 12, 2020, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served by the method set forth on the Master Service List attached hereto as **Exhibit A**:

- Notice of Automatic Stay Dispute Regarding Appeal Pending in the United States Court of Appeals for the Second Circuit [Docket No. 259]

Dated: May 15, 2020

*/s/ Christian Rivera*
Christian Rivera

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on May 15, 2020, by Christian Rivera, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

/s/ JAMES A. MAPPLETHORPE
Notary Public, State of New York
No. 01MA6370846
Qualified in New York County
Commission Expires February 12, 2022

---

[1] The last four digits of Debtor Frontier Communications Corporation's tax identification number are 9596. Due to the large number of debtor entities in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtor entities and the last four digits of their federal tax identification numbers are not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.primeclerk.com/ftr. The location of the Debtors' service address for purposes of these chapter 11 cases is: 50 Main Street, Suite 1000, White Plains, New York 10606.

**Exhibit A**

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel for Viavi Solutions | A.Y. Strauss, LLC | Attn: Heike M. Vogel, Eric H. Horn<br>10 Times Square, Suite 5022<br>New York NY 10018 | hvogel@aystrauss.com<br>ehorn@aystrauss.com | First Class Mail and Email |
| Counsel for MasTec, Inc. | Akerman LLP | Attn: David Brett Marks<br>350 E. Las Olas Blvd., Suite 1600<br>Ft. Lauderdale FL 33301 | brett.marks@akerman.com | First Class Mail and Email |
| Counsel for MasTec, Inc. | Akerman LLP | Attn: Steven R. Wirth<br>401 East Jackson Street, Suite 1700<br>Tampa FL 33602 | steven.wirth@akerman.com | First Class Mail and Email |
| Counsel to the Ad Hoc Senior Notes Group | Akin Gump Strauss Hauer & Feld LLP | Attn: Ira S. Dizengoff, Philip C. Dublin and Naomi Moss<br>One Bryant Park<br>New York NY 10036 | idizengoff@akingump.com<br>pdublin@akingump.com<br>nmoss@akingump.com | First Class Mail and Email |
| Counsel to an Ad Hoc Group of Unsecured Noteholders | Akin Gump Strauss Hauer & Feld LLP | Attn: Naomi Moss<br>One Bryant Park<br>Bank of America Tower<br>New York NY 10036-6745 | nmoss@akingump.com | First Class Mail and Email |
| Counsel to Fox Cable Network Services, LLC and Fox News Network, L.L.C. | Alston & Bird LLP | Attn: Leib M. Lerner<br>333 South Hope Street<br>16th Floor<br>Los Angeles CA 90071 | Leib.Lerner@alston.com | First Class Mail and Email |
| Counsel to Fox Cable Network Services, LLC and Fox News Network, L.L.C. | Alston & Bird LLP | Attn: William Hao<br>90 Park Avenue<br>New York NY 10016 | william.hao@alston.com | First Class Mail and Email |
| Counsel for AT&T | Arnold & Porter Kaye Scholder LLP | Attn: Brian J. Lohan and Ginger Clements<br>70 West Madison Street, Suite 4200<br>Chicago IL 60602 | brian.lohan@arnoldporter.com<br>ginger.clements@arnoldporter.com | First Class Mail and Email |
| Counsel for AT&T, Official Committee of Unsecured Creditors | AT&T Legal Department | Attn: James W. Grudus<br>1 Rockefeller Plaza<br>Room 18-19<br>New York NY 10020 | james.grudus@att.com | First Class Mail and Email |
| Counsel for EIP Communications I, LLC, Comcast Cable Communications Management, LLC and affiliates, and 1800 41st Street, LLC | Ballard Spahr LLP | Attn: Matthew G. Summers, Chantelle D. McClamb, Laurel D. Roglen<br>919 North Market Street, 11th Floor<br>Wilmington DE 19801-3034 | summersm@ballardspahr.com<br>mcclambc@ballardspahr.com<br>roglenl@ballardspahr.com | First Class Mail and Email |
| Indenture Trustee for Unsecured CTF and Legacy Notes | Bank of New York Mellon | Attn: Ray O'Neil<br>500 Ross St.<br>12th Floor<br>Pittsburgh PA 15262 | RAYMOND.K.ONEIL@BNYMELLON.COM | First Class Mail and Email |
| Lead Counsel to Lead Plaintiffs and the Proposed Class | Bernstein Litowitz Berger & Grossmann LLP | Attn: Katie M. Sinderson, Jesse Jensen<br>1251 Avenue of the Americas<br>New York NY 10020 | KatieM@blbglaw.com<br>Jesse.Jensen@blbglaw.com | First Class Mail and Email |
| Indenture Trustee for 8.500% Secured Notes due 2031 | BOKF | Attn: George F. Kubin<br>Corporate Trust Services<br>1600 Broadway, 3rd Floor<br>Denver CO 80202 | CTDENVER@BOKF.COM | First Class Mail and Email |
| Counsel to the City of Canandaigua, Attorneys for Rochester District Heating Cooperative | Boylan Code LLP | Attn: Devin Lawton Palmer<br>145 Culver Road<br>Suite 100<br>Rochester NY 14620 | dpalmer@boylancode.com | First Class Mail and Email |

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel for TCF Equipment Finance, a division of TCF National Bank | Bronster, LLP | Attn: Andrew B. Helfand, Michael H. Resnikoff<br>156 West 56th Street, Suite 1801<br>New York NY 10019 | ahelfand@bronsterllp.com<br>mresnikoff@bronsterllp.com | First Class Mail and Email |
| Counsel to Oracle America, Inc. | Buchalter, A Professional Corporation | Attn: Shawn M. Christianson<br>55 Second Street, 17th Floor<br>San Francisco CA 94105-3493 | schristianson@buchalter.com | First Class Mail and Email |
| Counsel to the California Public Utilities Commission | California Public Utilities Commisson | Attn: Arocles Aguilar, Helen Mickiewicz, Travis Foss<br>505 Van Ness Avenue<br>San Francisco CA 94102 | arocles.aguilar@cpuc.ca.gov<br>helen.mickiewicz@cpuc.ca.gov<br>travis.foss@cpuc.ca.gov | First Class Mail and Email |
| Counsel to A to Z Call Center Services, LP, a subsidiary of the CMI Group, Inc. | Carrington, Coleman, Sloman & Blumenthal L.L.P. | Attn: Jason M. Katz<br>901 Main Street, Suite 5500<br>Dallas TX 75202 | jkatz@ccsb.com | First Class Mail and Email |
| Official Committee of Unsecured Creditors | Cathy Baile | Address on File | | First Class Mail and Email |
| United States Bankruptcy Court for the Southern District of New York | Chambers of Honorable Judge Robert D. Drain | Frontier Communications Chambers Copy<br>US Bankruptcy Court SDNY<br>300 Quarropas Street, Room 248<br>White Plains NY 10601 | | Overnight Mail |
| Attorneys for Creditor, Dallas Area Municipal Authority | Chariton, Schwager & Malak | Attn: David E. Schwager, Jeffrey J. Malak<br>138 South Main Street, P.O. Box 910<br>Wilkes-Barre PA 18703-0910 | des@csmlawoffices.com | First Class Mail and Email |
| Counsel for Snohomish County Public Utility District No. 1 | Chmelik Sitkin & Davis P.S. | Attn: T. Todd Egland<br>1500 Railroad Avenue<br>Bellingham WA 98225 | tegland@chmelik.com | First Class Mail and Email |
| Counsel to Long Wharf/Hamilton Street Associates, LLC | Cohen and Wolf, P.C. | Attn: Clifford A. Merin<br>1115 Broad Street<br>Bridgeport CT 06604 | cmerin@cohenandwolf.com | First Class Mail and Email |
| Counsel for CWA and IBEW | Cohen, Weiss and Simon LLP | Attn: Richard M. Seltzer, Melissa S. Woods<br>900 Third Avenue, Suite 2100<br>New York NY 10022-4869 | rseltzer@cwsny.com<br>mwoods@cwsny.com | First Class Mail and Email |
| Official Committee of Unsecured Creditors | Communications Workers of America, AFL-CIO, CLC | Attn: Patricia M. Shea, CWA General Counsel<br>501 Third Street, NW<br>Washington DC 20001 | pats@cwa-union.org | First Class Mail and Email |
| Counsel to Frontier Communications Corporation | Cravath, Swaine & Moore LLP | Attn: Matthew G. Jones, Nathan H. Trunnell<br>Worldwide Plaza<br>825 Eighth Avenue<br>New York NY 10019-7475 | mjones@cravath.com<br>ntrunnell@cravath.com | First Class Mail and Email |
| Counsel to the Town of Darien | Curtis, Brinckerhoff & Barrett, P.C. | Attn: Patricia M. Gaug<br>666 Summer Street<br>Stamford CA 06901 | gaug@curtisbb.com | First Class Mail and Email |
| Counsel to Velma King | Davidoff Law Firm, PLLC | Attn: Jonathan Marc Davidoff, Esq.<br>228 East 45th Street<br>Suite 1700<br>New York NY 10017 | Jonathan@davidofflawfirm.com<br>Alexandra@davidofflawfirm.com | First Class Mail and Email |
| Counsel to Goldman Sachs Bank USA | Davis Polk & Wardwell LLP | Attn: Eli J. Vonnegut, Stephen D. Piraino, Samuel A. Wagreich<br>450 Lexington Avenue<br>New York NY 10017 | eli.vonnegut@davispolk.com<br>stephen.piraino@davispolk.com<br>samuel.wagreich@davispolk.com<br>frontier.routing@davispolk.com | First Class Mail and Email |

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel for Wilmington Trust, National Association, as Trustee ("WTNA") | Emmet, Marvin & Martin, LLP | Attn: Thomas A. Pitta<br>120 Broadway, 32nd Floor<br>New York NY 10271 | tpitta@emmetmarvin.com | First Class Mail and Email |
| Environmental Protection Agency - Region 2 | Environmental Protection Agency | Attn Bankruptcy Division<br>290 Broadway<br>New York NY 10007-1866 | | First Class Mail |
| Environmental Protection Agency | Environmental Protection Agency | Attn: Matthew Leopold, General Counsel<br>Office of General Counsel 2310A<br>1200 Pennsylvania Ave NW, 2310A<br>Washington DC 20460 | Leopold.matt@Epa.gov | First Class Mail and Email |
| Federal Communications Commission | Federal Communications Commission | Attn: Legal Department<br>PO Box 979084<br>St. Louis MO 63197-9000 | | First Class Mail |
| Federal Communications Commission | Federal Communications Commission | Attn: Thomas M. Johnson, Jr., General Counsel, Thomas Driscolll, Legal Department<br>445 12th Street, S.W<br>Room 6-A224<br>Washington DC 20554 | thomas.johnson@fcc.gov<br>thomas.driscoll@fcc.gov | First Class Mail and Email |
| Counsel to Georgia Power Company | FisherBroyles, LLP | Attn: Hollace T. Cohen<br>445 Park Avenue, 9th Floor<br>New York NY 10022 | hollace.cohen@fisherbroyles.com | First Class Mail and Email |
| Counsel to Georgia Power Company | FisherBroyles, LLP | Attn: Thomas R. Walker<br>945 East Paces Ferry Road NE, Suite 2000<br>Atlanta GA 30326 | thomas.walker@fisherbroyles.com | First Class Mail and Email |
| Counsel to CTI Towers, Inc. | Fox Rothschild LLP | Attn: Martha B. Chovanes<br>2000 Market Street<br>20th Floor<br>Philadelphia PA 19103-3222 | mchovanes@foxrothschild.com | First Class Mail and Email |
| Counsel to the Ad Hoc First Lien Committee | Friedman Kaplan Seiler & Adelman LLP | Attn: John N. Orsini, Philip J. Biegler<br>7 Times Square<br>New York NY 10036-6516 | jorsini@fklaw.com<br>pbiegler@fklaw.com | Email |
| Agent under the Proposed Postpetition Debtor in Possession Financing Facility | Goldman Sachs | Attn: Pat Armstrong<br>200 West Street<br>New York NY 10282 | Patrick.armstrong@gs.com | First Class Mail and Email |
| Counsel to Flaum Commons, L.P. | Harris Beach PLLC | Attn: Lee E. Woodard, Wendy A. Kinsella<br>333 West Washington Street, Suite 200<br>Syracuse NY 13202 | wkinsella@harrisbeach.com<br>bkemail@harrisbeach.com | First Class Mail and Email |
| Counsel to Lainer Brothers, Inc., a California Corp. and LNM Corporation-Sunland Industrial Properties | HEMAR, ROUSSO & HEALD, LLP | Attn: J. ALEXANDRA RHIM<br>15910 Ventura Boulevard, 12th Floor<br>Encino CA 91436 | arhim@hrhlaw.com | First Class Mail and Email |
| Counsel to Pure Storage, Inc. | HOPKINS & CARLEY, ALC. | Attn: Jay M. Ross & Monique D. Jewett-Brewster<br>70 S. First Street<br>San Jose CA 95113 | jross@hopkinscarley.com<br>mjb@hopkiscarley.com | First Class Mail and Email |
| IRS Insolvency Section | Internal Revenue Service | Centralized Insolvency Operation<br>2970 Market Street<br>Mail Stop 5 Q30 133<br>Philadelphia PA 19104-5016 | Mimi.M.Wong@irscounsel.treas.gov | First Class Mail and Email |

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| IRS Insolvency Section | Internal Revenue Service | Centralized Insolvency Operation<br>P.O. Box 7346<br>Philadelphia PA 19101-7346 | Mimi.M.Wong@irscounsel.treas.gov | First Class Mail and Email |
| Counsel to Everett Technical Park I LLC, Everett Technical Park II LLC, Intergate.Columbia I LLC, Intergate.Quincy LLC, Sabey Datacenter LLC, and International Gateway East LLC | JAMESON PEPPLE CANTU PLLC | Attn: Jeffrey M. Hawkinson, Esq.<br>801 Second Avenue, Suite 700<br>Seattle WA 98104 | jhawkinson@jpclaw.com | First Class Mail and Email |
| Admin Agent JPM Credit Agreement and Senior Secured Term B Loan due 2024 | JP Morgan Chase | Attn: Demetrius Dixon<br>500 Stanton Christiana Road<br>Ops Building 2, 3rd Floor<br>Newark DE 19713 | Demetrius.dixon@jpmorgan.com | First Class Mail and Email |
| Counsel to BOKF, NA, in its capacity as Successor Trustee with respect to the 8.5% First Mortgage Notes of Frontier Southwest Incorporated due 2031 | Katten Muchin Rosenman LLP | Attn: Craig A. Barbarosh, Karen B. Dine<br>575 Madison Avenue<br>New York NY 10022-2585 | craig.barbarosh@katten.com<br>karen.dine@katten.com | First Class Mail and Email |
| Attorneys for Windstream Holdings, Inc. and its subsidiaries | Katten Muchin Rosenman LLP | Attn: Steven J. Reisman, Shaya Rochester<br>575 Madison Avenue<br>New York NY 10022-2585 | sreisman@katten.com<br>srochester@katten.com | First Class Mail and Email |
| Counsel for Tech Mahindra Ltd., U.S. Bank National Association and U.S. Bank Trust National Association | Kelley Drye & Warren LLP | Attn: James S. Carr, Kristin S. Elliott<br>101 Park Avenue<br>New York NY 10178 | kelliott@kelleydrye.com<br>kdwbankruptcydepartment@kelleydrye.com | First Class Mail and Email |
| Counsel for National Public Finance Guarantee Corporation | King & Spalding LLP | Attn: Arthur J. Steinberg<br>1185 Avenue of the Americas<br>New York NY 10036 | asteinberg@kslaw.com | First Class Mail and Email |
| Counsel for National Public Finance Guarantee Corporation | King & Spalding LLP | Attn: Leia Clement Shermohammed<br>1180 Peachtree St. NE<br>Atlanta GA 30309 | lshermohammed@kslaw.com | First Class Mail and Email |
| Counsel to the Debtors and Debtors in Possession | Kirkland & Ellis LLP | Attn: Chad J. Husnick, Benjamin M. Rhode<br>300 North LaSalle Street<br>Chicago IL 60654 | chad.husnick@kirkland.com<br>benjamin.rhode@kirkland.com | Email |
| Counsel to the Debtors and Debtors in Possession | Kirkland & Ellis LLP | Attn: Stephen E. Hessler, Patrick Venter<br>601 Lexington Avenue<br>New York NY 10022 | stephen.hessler@kirkland.com<br>patrick.venter@kirkland.com | Email |
| Proposed Counsel for the Official Committee of Unsecured Creditors of Frontier Communications Corporation, et al. | Kramer Levin Naftalis & Frankel LLP | Attn: Amy Caton, Douglas H. Mannal, Stephen D. Zide, Megan Wasson<br>1177 Avenue of the Americas<br>New York NY 10036 | acaton@kramerlevin.com<br>dmannal@kramerlevin.com<br>szide@kramerlevin.com<br>mwasson@kramerlevin.com | First Class Mail and Email |
| Counsel to Bexar County | Linebarger Goggan Blair & Sampson, LLP | Attn: David G. Aelvoet<br>112 E. Pecan Street, Suite 2200<br>San Antonio TX 78205 | sanantonio.bankruptcy@publicans.com | First Class Mail and Email |
| Attorney for Van Zandt CAD, Morris CAD, Tom Green CAD, Rockwall CAD, Gregg County, Dallas County, Tarrant County, Rusk County, Wood County, Ellis County, Alled ISD, Kaufman County, Wise County, Smith County, Fannin CAD, Grayson County, City of Allen | Linebarger Goggan Blair & Sampson, LLP | Attn: Elizabeth Weller<br>2777 N. Stemmons Freeway<br>Suite 1000<br>Dallas TX 75207 | dallas.bankruptcy@publicans.com | First Class Mail and Email |

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to Harris County, Galveston County, Fort Bend County, Montgomery County, Fort Bend CO WCID # 02, Matagorda County, Polk County, Palacios ISD, Cleveland ISD, Fort Bend CO WCID # 02, Houston CAD, Madison County, Burton ISD | Linebarger Goggan Blair & Sampson, LLP | Attn: John P. Dillman<br>PO Box 3064<br>Houston TX 77253-3064 | houston_bankruptcy@publicans.com | First Class Mail and Email |
| Bankruptcy Counsel to Lead Plaintiffs and the Proposed Class | Lowenstein Sandler LLP | Attn: Michael S. Etkin, Andrew Behlmann<br>1251 Avenue of the Americas<br>New York NY 10020 | metkin@lowenstein.com<br>abehlmann@lowenstein.com | First Class Mail and Email |
| Bankruptcy Counsel to Lead Plaintiffs and the Proposed Class | Lowenstein Sandler LLP | Attn: Michael S. Etkin, Andrew Behlmann<br>One Lowenstein Drive<br>Roseland NJ 07068 | metkin@lowenstein.com<br>abehlmann@lowenstein.com | First Class Mail and Email |
| Counsel to U.S. Bank National Association and U.S. Bank Trust National Association | Maslon LLP | Attn: Clark T. Whitmore, Ana Chilingarishvili, Jason M. Reed<br>90 South Seventh Street, Suite 3300<br>Minneapolis MN 55402 | clark.whitmore@maslon.com<br>ana.chilingarishvili@maslon.com<br>jason.reed@maslon.com | First Class Mail and Email |
| Counsel to Nokia of America Corporation | McCarter & English LLP | Attn: John R. Stoelker, Joseph Lubertazzi, Jr.<br>Worldwide Plaza<br>825 Eighth Avenue, 31st Floor<br>New York NY 10019 | jstoelker@mccarter.com<br>jlubertazzi@mccarter.com | First Class Mail and Email |
| Counsel to Williamson County, Bastrop County Water Control and Improvement District #2, The County of Bastrop, Texas, Tax Appraisal District of Bell County, The County of Brazos, Texas, Brown County Appraisal District, Burnet Central Appraisal District, Calhoun County Appraisal District, Cherokee County Appraisal District, The County of Cherokee, Texas, Celina Independent School District, The Town of St. Paul, Texas, The County of Comal, Texas, The County of Comanche, Texas, The County of Coryell, Texas, The County of Denton, Texas, Gladewater Independent School District, The City of Gladewater, Texas, The County of Guadalupe, Texas, The County of Hardin, Texas, Harrison Central Appraisal District, The County of Harrison, Texas, The County of Hays, Texas, The County of Henderson, Texas, Lampasas Central Appraisal District, Mason Central Appraisal District, McCulloch County Appraisal District, The County of Milam, Texas, The County of Newton, Texas, Newton Independent School District and The County of Runnels, Texas | McCreary, Veselka, Bragg & Allen, P.C. | Attn: Tara LeDay<br>P.O. Box 1269<br>Round Rock TX 78680 | tleday@mvbalaw.com | First Class Mail and Email |
| Counsel to Westchester Fire Insurance Company and Federal Insurance Company ("Chubb Surety") | Mcelroy, Deutsch, Mulvaney & Carpenter, LLP | Attn: Gary D. Bressler, Esq.<br>1617 John F. Kennedy Blvd.<br>Suite 1500<br>Philadelphia PA 19103 | gbressler@mdmc-law.com | First Class Mail and Email |
| Counsel to Westchester Fire Insurance Company and Federal Insurance Company ("Chubb Surety") | Mcelroy, Deutsch, Mulvaney & Carpenter, LLP | Attn: Michael R. Morano, Esq.<br>1300 Mount Kemble Avenue<br>P.O. Box 2075<br>Morristown NJ 07962-2075 | mmorano@mdmc-law.com | First Class Mail and Email |
| Counsel to Automotive Rentals, Inc. and ARI Fleet LT | McGlinchey Stafford, PLLC | Attn: Mikelle V. Bliss<br>112 West 34th Street, Suite 1515<br>New York NY 10120 | mbliss@mcglinchey.com | First Class Mail and Email |

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to Automotive Rentals, Inc. and ARI Fleet LT | McGlinchey Stafford, PLLC | Attn: Richard A. Aguilar, Rudy J. Cerone<br>601 Poydras Street, 12th Floor<br>New Orleans LA 70130 | raguilar@mcglinchey.com<br>rcerone@mcglinchey.com | First Class Mail and Email |
| Counsel to an Ad Hoc Group of Unsecured Noteholders, Counsel to the Ad Hoc Committee of Frontier Noteholders | Milbank LLP | Attn: Michael Price, Dennis F. Dunne, Samuel A. Khalil<br>55 Hudson Yards<br>New York NY 10001-2163 | MPrice@milbank.com<br>ddunne@milbank.com<br>skhalil@milbank.com | First Class Mail and Email |
| Counsel to Mohr Carrollton, LLC | Munsch Hardt Kopf & Harr, P.C. | Attn: Deborah M. Perry<br>500 N. Akard Street, Suite 3800<br>Dallas TX 75201-6659 | dperry@munsch.com | First Class Mail and Email |
| Counsel to Creditor - Cyient, Inc. | Murtha Cullina LLP | Attn: Robert E. Kaelin<br>280 Trumbull Street, 12th Floor<br>Hartford CT 06103-3469 | rkaelin@murthalaw.com | First Class Mail and Email |
| National Association of Attorneys General | National Association of Attorneys General | Attn: Karen Cordry<br>1850 M St., NW 12th Floor<br>Washington DC 20036 | kcordry@naag.org | First Class Mail and Email |
| Counsel for Office of the New York State Attorney General | Office of the New York State Attorney General | Attn: Kate Matuschak<br>28 Liberty Street<br>New York NY 10005 | kate.matuschak@ag.ny.gov | First Class Mail and Email |
| United States Trustee for the Southern District of New York | Office of The United States Trustee for Region 2 | Attn: Greg Zipes<br>201 Varick St.<br>Ste. 1006<br>New York NY 10014 | Greg.Zipes@usdoj.gov | First Class Mail and Email |
| Counsel to the Ad Hoc First Lien Committee and the California Public Utilities Commission | Paul, Weiss, Rifkind, Wharton & Garrison LLP | Attn: Brian S. Hermann, Gregory F. Laufer, Kyle J. Kimpler, Miriam M. Levi, Alan W. Kornberg, Sean A. Mitchell, Eugene Y. Park<br>1285 Avenue of the Americas<br>New York NY 10019-6064 | bhermann@paulweiss.com<br>glaufer@paulweiss.com<br>kkimpler@paulweiss.com<br>mlevi@paulweiss.com<br>akornberg@paulweiss.com<br>smitchell@paulweiss.com<br>epark@paulweiss.com | First Class Mail and Email |
| The Pension Benefit Guaranty Corporation (PBGC), Official Committee of Unsecured Creditors | Pension Benefit Guaranty Corporation (PBGC) | Attn: Judith Starr, Kartar S. Khalsa, William McCarron, Jr., & Adi Berger, Director, and Sven Serspinski<br>Office of the General Counsel<br>1200 K Street, N.W.<br>Washington DC 20005-4026 | mccarron.william@pbgc.gov<br>efile@pbgc.gov<br>sven_serspinski@pbgc.gov | First Class Mail and Email |
| Counsel to Weslaco Independent School District, City of Weslaco, City of La Feria, and Delta Lake Irrigation District | Perdue, Brandon, Fielder, Collins & Mott, L.L.P. | Attn: John T. Banks<br>3301 Northland Drive<br>Suite 505<br>Austin TX 78731 | jbanks@pbfcm.com | First Class Mail and Email |
| Attorney for Coke County Tax Office, Crockett County Tax Office, Kimble Central Appraisal District, Schleicher County Appraisal District, and Sutton County Appraisal District | Perdue, Brandon, Fielder, Collins & Mott, L.L.P. | Attn: Laura Monroe<br>P.O. Box 817<br>Lubbock TX 79408 | lmbkr@pbfcm.com | First Class Mail and Email |
| Counsel to Clear Creek Independent School District, City of Houston | Perdue, Brandon, Fielder, Collins & Mott, L.L.P. | Attn: Owen M. Sonik<br>1235 North Loop West<br>Suite 600<br>Houston TX 77008 | osonik@pbfcm.com | First Class Mail and Email |
| Counsel for Pearce Services, LLC | Polsinelli PC | Attn: Brenna A. Dolphin<br>222 Delaware Avenue, Suite 1101<br>Wilmington DE 19801 | bdolphin@polsinelli.com | First Class Mail and Email |

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel for Pearce Services, LLC | Polsinelli PC | Attn: Janel Glynn<br>One East Washington St, Suite 1200<br>Phoenix AZ 85004-2568 | jglynn@polsinelli.com | First Class Mail and Email |
| Counsel to Pearce Services, LLC | POLSINELLI PC | Attn: Jeremy R. Johnson<br>600 3rd Avenue, 42nd Floor<br>New York NY 10016 | jeremy.johnson@polsinelli.com | First Class Mail and Email |
| New York State Public Service Commission | Public Service Commission of the State of New York | Attn: John C. Graham<br>Three Empire State Plaza<br>Albany NY 12223-1350 | john.graham@dps.ny.gov | First Class Mail and Email |
| Counsel to the Second Lien Ad Hoc Group | Quinn Emanuel Urquhart & Sullivan, LLP | Attn: Susheel Kirpalani, Benjamin I. Finestone, Deborah Newman, Daniel Holzman, Lindsay M. Weber<br>51 Madison Avenue, 22nd Floor<br>New York NY 10010 | susheelkirpalani@quinnemanuel.com<br>benjaminfinestone@quinnemanuel.co<br>deborahnewman@quinnemanuel.com<br>danielholzman@quinnemanuel.com<br>lindsayweber@quinnemanuel.com | First Class Mail and Email |
| Counsel for The Bank of New York Mellon, as trustee for the unsecured notes described in Exhibit A | Reed Smith LLP | Attn: Katelin A. Morales<br>1201 North Market Street, Suite 1500<br>Wilmington DE 19801 | kmorales@reedsmith.com | First Class Mail and Email |
| Counsel for The Bank of New York Mellon, as trustee for the unsecured notes described in Exhibit A | Reed Smith LLP | Attn: Kurt F. Gwynne<br>599 Lexington Ave., 22nd Floor<br>New York NY 10022 | kgwynne@reedsmith.com | First Class Mail and Email |
| Counsel for Wilmington Savings Fund Society, FSB, as Indenture Trustee and Collateral Agent for the 8.500% Second Lien Secured Notes due 2026 | Riker Danzig Scherer Hyland & Perretti LLP | Attn: Joseph L. Schwartz, Curtis M. Plaza, Tara J. Schellhorn<br>Headquarters Plaza, One Speedwell Avenue<br>Morristown NJ 07962-1981 | jschwartz@riker.com<br>cplaza@riker.com<br>tschellhorn@riker.com | First Class Mail and Email |
| Counsel to GreenHills Ventures, LLC & GreenHills Capital Partners LLC | Rosen & Associates, P.C. | Attn: Paris Gyparakis, Esq.<br>747 Third Avenue<br>New York NY 10017-2803 | pgyparakis@rosenpc.com | First Class Mail and Email |
| Counsel to Cathy Baile | Sanford A. Kassel APLC | Attn: Sanford A. Kassel<br>334 West 3rd Street<br>Suite 207<br>San Bernardino CA 92401 | office@skassellaw.com | First Class Mail and Email |
| Counsel to Element Fleet Corporation and Equinix, Inc. | Saul Ewing Arnstein & Lehr LLP | Attn: John D. Demmy, Lucian B. Murley<br>1201 N. Market Street, Suite 2300<br>P.O. Box 1266<br>Wilmington DE 19899 | john.demmy@saul.com<br>luke.murley@saul.com | First Class Mail and Email |
| Securities and Exchange Commission - Headquarters | Securities & Exchange Commission | Attn: Secretary of the Treasury<br>100 F Street, NE<br>Washington DC 20549 | secbankruptcy@sec.gov<br>NYROBankruptcy@sec.gov | First Class Mail and Email |
| Securities and Exchange Commission - Regional Office | Securities & Exchange Commission – NY Office | Attn: Bankruptcy Department<br>Brookfield Place<br>200 Vesey Street, Suite 400<br>New York NY 10281-1022 | bankruptcynoticeschr@sec.gov | First Class Mail and Email |
| Securities and Exchange Commission - Regional Office | Securities & Exchange Commission - Philadelphia Office | Attn: Bankruptcy Dept<br>One Penn Center<br>1617 JFK Blvd, Ste 520<br>Philadelphia PA 19103 | SECBANKRUPTCY@SEC.GOV | First Class Mail and Email |

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to Shanri Holdings Corporation and the Pelican Group, Inc. | Sessions, Fishman, Nathan & Israel, L.L.C. | Attn: J. David Forsyth<br>400 Poydras Street<br>Suite 2550<br>New Orleans LA 70130 | jdf@sessions-law.com | First Class Mail and Email |
| Counsel to Merritt 7 Venture L.L.C. | Seward & Kissel LLP | Attn: Robert J. Gayda, Catherine V. LoTempio<br>One Battery Park Plaza<br>New York NY 10004 | gayda@sewkis.com<br>lotempio@sewkis.com | First Class Mail and Email |
| Counsel to GI TC One Wilshire, LLC | Seyfarth Shaw LLP | Attn: William J. Hanlon<br>Two Seaport Lane, Suite 300<br>Boston MA 02210 | whanlon@seyfarth.com | First Class Mail and Email |
| Counsel to the Ad Hoc Group of Subsidiary Debtholders | Shearman & Sterling LLP | Attn: Joel Moss, Jordan A. Wishnew<br>599 Lexington Avenue<br>New York NY 10022 | joel.moss@shearman.com<br>jordan.wishnew@shearman.com | First Class Mail and Email |
| Counsel to KW Realty Fund IV, LLC | Sherman, Silverstein, Kohl, Rose & Podolsky, P.A. | Attn: Bruce S. Luckman<br>308 Harper Drive, Suite 200<br>Moorestown NJ 08057 | bluckman@shermansilverstein.com | First Class Mail and Email |
| Counsel for JPMorgan Chase Bank, N.A. | Simpons Thacher & Bartlett LLP | Attn: Sandeep Qusba, Nicholas E. Baker, Jamie J. Fell<br>425 Lexington Avenue<br>New York NY 10017 | squsba@stblaw.com<br>nbaker@stblaw.com<br>jamie.fell@stblaw.com | First Class Mail and Email |
| Counsel for USIC Locating Services LLC and Broadridge Output Solutions, Inc. | Squire Patton Boggs (US) LLP | Attn: Stephen D. Lerner, Kyle F. Arendsen<br>201 E. Fourth St., Suite 1900<br>Cincinnati OH 45202 | stephen.lerner@squirepb.com<br>kyle.arendsen@squirepb.com | First Class Mail and Email |
| State Attorney General | State of Alabama Attorney General | Attn: Bankruptcy Dept<br>P.O. Box 300152<br>Montgomery AL 36130-0152 | | First Class Mail |
| State Attorney General | State of Arizona Attorney General | Attn: Bankruptcy Dept<br>2005 N Central Ave<br>Phoenix AZ 85004-2926 | | First Class Mail |
| State Attorney General | State of California Attorney General | Attn: Bankruptcy Dept<br>P.O. Box 944255<br>Sacramento CA 94244-2550 | | First Class Mail |
| State Attorney General | State of Connecticut Attorney General | Attn: Bankruptcy Dept<br>55 Elm St.<br>Hartford CT 06106 | | First Class Mail |
| State Attorney General | State of Florida Attorney General | Attn: Bankruptcy Dept<br>The Capitol, PL 01<br>Tallahassee FL 32399-1050 | | First Class Mail |
| State Attorney General | State of Georgia Attorney General | Attn: Bankruptcy Dept<br>40 Capital Square, SW<br>Atlanta GA 30334-1300 | | First Class Mail |
| State Attorney General | State of Idaho Attorney General | Attn: Bankruptcy Dept<br>700 W. Jefferson Street<br>P.O. Box 83720<br>Boise ID 83720-1000 | | First Class Mail |
| State Attorney General | State of Illinois Attorney General | Attn: Bankruptcy Dept<br>100 West Randolph Street<br>Chicago IL 60601 | | First Class Mail |

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| State Attorney General | State of Indiana Attorney General | Attn: Bankruptcy Dept<br>Indiana Government Center South<br>302 W. Washington St., 5th Floor<br>Indianapolis IN 46204 | | First Class Mail |
| State Attorney General | State of Iowa Attorney General | Attn: Bankruptcy Dept<br>1305 E. Walnut Street<br>Des Moines IA 50319 | | First Class Mail |
| State Attorney General | State of Michigan Attorney General | Attn: Bankruptcy Dept<br>G. Mennen Williams Building, 7th Floor<br>525 W. Ottawa St., P.O. Box 30212<br>Lansing MI 48909-0212 | | First Class Mail |
| State Attorney General | State of Minnesota Attorney General | Attn: Bankruptcy Dept<br>1400 Bremer Tower<br>445 Minnesota Street<br>St. Paul MN 55101-2131 | | First Class Mail |
| State Attorney General | State of Mississippi Attorney General | Attn: Bankruptcy Dept<br>Walter Sillers Building<br>550 High Street, Suite 1200, P.O. Box 220<br>Jackson MS 39201 | | First Class Mail |
| State Attorney General | State of Nebraska Attorney General | Attn: Bankruptcy Dept<br>2115 State Capitol<br>2nd Fl, Rm 2115<br>Lincoln NE 68509-8920 | | First Class Mail |
| State Attorney General | State of Nevada Attorney General | Attn: Bankruptcy Dept<br>100 North Carson Street<br>Carson City NV 89701 | | First Class Mail |
| State Attorney General | State of New Mexico Attorney General | Attn: Bankruptcy Dept<br>P.O. Drawer 1508<br>Santa Fe NM 87504-1508 | | First Class Mail |
| State Attorney General | State of New York Attorney General | Attn: Bankruptcy Dept<br>The Capitol<br>Albany NY 12224-0341 | | First Class Mail |
| State Attorney General | State of North Carolina Attorney General | Attn: Bankruptcy Dept<br>9001 Mail Service Center<br>Raleigh NC 27699-9001 | | First Class Mail |
| State Attorney General | State of Ohio Attorney General | Attn: Bankruptcy Dept<br>30 E. Broad St., 14th Floor<br>Columbus OH 43215 | | First Class Mail |
| State Attorney General | State of Oregon Attorney General | Attn: Bankruptcy Dept<br>1162 Court Street NE<br>Salem OR 97301 | | First Class Mail |
| State Attorney General | State of Pennsylvania Attorney General | Attn: Bankruptcy Dept<br>Strawberry Square<br>16th Floor<br>Harrisburg PA 17120 | | First Class Mail |
| State Attorney General | State of South Carolina Attorney General | Attn: Bankruptcy Dept<br>P.O. Box 11549<br>Columbia SC 29211-1549 | | First Class Mail |

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| State Attorney General | State of Tennessee Attorney General | Attn: Bankruptcy Dept<br>P.O. Box 20207<br>Nashville TN 37202-0207 | | First Class Mail |
| State Attorney General | State of Texas Attorney General | Attn: Bankruptcy Dept<br>Capitol Station<br>P.O. Box 12548<br>Austin TX 78711-2548 | | First Class Mail |
| State Attorney General | State of Utah Attorney General | Attn: Bankruptcy Dept<br>PO Box 142320<br>Salt Lake City UT 84114-2320 | | First Class Mail |
| State Attorney General | State of Washington Attorney General | Attn: Bankruptcy Dept<br>1125 Washington St. SE<br>P.O. Box 40100<br>Olympia WA 98504-0100 | | First Class Mail |
| State Attorney General | State of West Virginia Attorney General | Attn: Bankruptcy Dept<br>State Capitol Bldg 1 Room E 26<br>Charleston WV 25305 | | First Class Mail |
| State Attorney General | State of Wisconsin Attorney General | Attn: Bankruptcy Dept<br>Wisconsin Department of Justice<br>State Capitol, Room 114 East, P. O. Box 7857<br>Madison WI 53707-7857 | | First Class Mail |
| Counsel to Subsidiaries of Verizon Communications Inc. | Stinson LLP | Attn: Darrell W. Clark, Tracey M. Ohm<br>1775 Pennsylvania Ave., NW<br>Suite 800<br>Washington DC 20006 | darrell.clark@stinson.com<br>tracey.ohm@stinson.com | First Class Mail and Email |
| Counsel to SYR Office, LLC | Tarter Krinsky & Drogin LLP | Attn: Rocco A. Cavaliere<br>1350 Broadway, 11th Floor<br>New York NY 10018 | rcavaliere@tarterkrinsky.com | First Class Mail and Email |
| Official Committee of Unsecured Creditors | The Bank of New York Mellon | Attn: Alex Chang<br>Corporate Trust – Default Administration Group<br>101 Barclay Street – 21W<br>New York NY 10286 | alex.chang@bnymellon.com | First Class Mail and Email |
| Official Committee of Unsecured Creditors | The Connecticut Light and Power Company d/b/a Eversource Energy | Attn: Honor S. Heath, Senior Counsel<br>107 Seldon Street<br>Berlin CT 06037 | honor.heath@eversource.com | First Class Mail and Email |
| Counsel to ScanSource, Inc. | TROUTMAN SANDERS LLP | Attn: Brett D. Goodman<br>875 Third Avenue<br>New York NY 10022 | brett.goodman@troutman.com | First Class Mail and Email |
| Counsel to ScanSource, Inc. | TROUTMAN SANDERS LLP | Attn: Harris B. Winsberg<br>600 Peachtree Street NE<br>Suite 3000<br>Atlanta GA 30308 | harris.winsberg@troutman.com | First Class Mail and Email |
| United States of America | United States of America Attorney General | Attn: Bankruptcy Dept<br>US Dept of Justice<br>950 Pennsylvania Ave NW<br>Washington DC 20530-0001 | | First Class Mail |

In re: Frontier Communications Corporation, et al.
Case No. 20-22476 (RDD)

Page 10 of 11

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| United States Attorney's Office for the Southern District of New York | US Attorney for Southern District of New York | Attn: Bankruptcy Division<br>86 Chambers Street<br>3rd Floor<br>New York NY 10007 | David.Jones6@usdoj.gov<br>Jeffrey.Oestericher@usdoj.gov<br>Carina.Schoenberger@usdoj.gov<br>Lawrence.Fogelman@usdoj.gov<br>Peter.Aronoff@usdoj.gov<br>Linda.Riffkin@usdoj.gov | First Class Mail and Email |
| Top 50 Creditor, Official Committee of Unsecured Creditors | US Bank as Agent for 6.860% Subsidiary (FTR FL) Debentures due 2028 | Attn: Laura Moran<br>1 Federal Street<br>EX-MA-FED<br>Boston MA 02110 | laura.moran@usbank.com | First Class Mail and Email |
| Indenture Trustee for 6.860% Subsidiary (FTR FL) Debentures due 2028 and 6.730% Subsidiary (FTR North) Debentures due 2028 | US Bank National Association | Attn: Clark Whitmore<br>Maslon LLP<br>90 S. 7th St., Suite 3300<br>Minneapolis MN 54402 | clark.whitmore@maslon.com | First Class Mail and Email |
| Indenture Trustee for 6.860% Subsidiary (FTR FL) Debentures due 2028 and 6.730% Subsidiary (FTR North) Debentures due 2028, Official Committee of Unsecured Creditors | US Bank National Association | Attn: Laura Moran<br>1 Federal St.<br>EX-MA-FED<br>Boston MA 02110 | laura.moran@usbank.com | First Class Mail and Email |
| Indenture Trustee for 6.750% Subsidiary (FTR CA) Debenture due 2027 and 8.400% Subsidiary (FTR WV) Debentures due 2029 | US Bank Trust National Association | Attn: Ralph Jones<br>Two Liberty Place<br>50 South 16th Street, Suite 2000<br>Philadelphia PA 19102 | RALPH.JONES@USBANK.COM | First Class Mail and Email |
| Counsel to Sequential Technology International, LLC | Vedder Price P.C. | Attn: Michael L. Schein, Esq.<br>1633 Broadway<br>31st Floor<br>New York NY 10019 | mschein@vedderprice.com | First Class Mail and Email |
| Indenture Trustee for 8.500% 2L Secured Notes due 2026 | Wilmington Savings Fund Society FSB | Attn: Patrick Healy<br>500 Delaware Avenue<br>Wilmington DE 19801 | phealy@WSFSBank.com | First Class Mail and Email |
| Indenture Trustee for 8.000% 1L Secured Notes due 2027 | Wilmington Trust, National Association | Attn: Rita Marie Ritrovato<br>1100 North Market Street<br>Wilmington DE 19890 | RRitrovato@WilmingtonTrust.com | First Class Mail and Email |