UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re: Frontier Communications Corporation, et al.          Case No. 20-22476

NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE. Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| **Bradford Capital Holdings, LP** <br> Name of Transferee | **PA Consulting Group Inc.** <br> Name of Transferor |
|---|---|
| Name and address where transferee payments should be sent: <br><br> c/o Bradford Capital Management, LLC <br> PO Box 4353 <br> Clifton, NJ 07012 <br> Attn: Brian Brager <br> Phone: 862-249-1349 <br> Email: bbrager@bradfordcapitalmgmt.com | Proof of Claim Number: 1127 <br> Proof of Claim Amount: $97,453.31 <br><br> Scheduled Claim Number: 4368104 <br> Scheduled Claim Amount: $97,453.31 |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

**Bradford Capital Holdings, LP**
**By: Bradford Capital GP, LLC, its General Partner**

By: /s/ Brian Brager                                              Date: 07/30/20
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571

## EVIDENCE OF TRANSFER OF CLAIM

<u>Annex B</u>

TO: United States Bankruptcy Court ("<u>Court</u>")
Southern District of New York
Attn:    Clerk

AND TO: CITIZENS TELECOMMUNICATIONS COMPANY OF NEW YORK, INC. ("<u>Debtor</u>")
Case No. 20-22544 ("<u>Case</u>")

<u>Claim #: 1127</u>

**PA CONSULTING GROUP, INC.** ("<u>Seller</u>"), for good and valuable consideration the receipt and sufficiency of which is hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

**BRADFORD CAPITAL HOLDINGS, LP**
P.O. Box 4353
Clifton, NJ 07012
Attn: Brian L. Brager

its successors and assigns ("<u>Buyer</u>"), all rights, title and interest in and to the claim of Seller, including all rights: (a) of reclamation and all administrative priority claims, and any cure payments made on account of Seller in the Case; (b) to any proof(s) of claim filed; (c) in and to any secured claim, collateral or any liens held by Seller; (d) to vote on any question relating to the claim in the Case; (e) to cash, interest, principal, securities or other property in connection with the Case: and (f) to any amounts listed on the Debtor's schedules, in the principal amount of $<u>97,453.31</u>    ("<u>Claim</u>"), which represents <u>100</u>% of the total claim amount of $<u>97,453.31</u>, against the Debtor in the Court, or any other court with jurisdiction over the Debtor's Case.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges, understands, agrees, and hereby stipulates that an order of the Court may be entered without further notice to Seller transferring the Claim to Buyer and recognizing the Buyer as the sole owner and holder of the Claim.

Buyer does not assume and shall not be responsible for any obligations of liabilities of Seller related to or in connection with the Claim or the Case.  You are hereby directed to make all future payments and distributions free and clear of all setoffs and deductions, and to give all notices and other communications, in respect of the Claim to Buyer.

IN WITNESS WHEREOF, each of the undersigned have duly executed this Evidence of Transfer of Claim by their duly authorized representative dated July <u>28</u>, 2020.

| PA CONSULTING GROUP, INC. | BRADFORD CAPITAL HOLDINGS, LP |
|---|---|
| By: *(signature)* | By: *(DocuSigned by: Brian Brager / 858F5F05980341E)* |
| Name: Derek HasBrouck | Name: Brian Brager |
| Title: Member of PA's Management Group | Title: Managing Member |

## EVIDENCE OF TRANSFER OF CLAIM

Annex B

TO:  United States Bankruptcy Court ("Court")
     Southern District of New York
     Attn:   Clerk

AND TO:  CITIZENS TELECOM SERVICES COMPANY L.L.C. ("Debtor")
         Case No. 20-22501 ("Case")

Claim #: N/A (SCHEDULE #: 4368104)

**PA CONSULTING GROUP INC** ("Seller"), for good and valuable consideration the receipt and sufficiency of which is hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

**BRADFORD CAPITAL HOLDINGS, LP**
P.O. Box 4353
Clifton, NJ 07012
Attn: Brian L. Brager

its successors and assigns ("Buyer"), all rights, title and interest in and to the claim of Seller, including all rights: (a) of reclamation and all administrative priority claims, and any cure payments made on account of Seller in the Case; (b) to any proof(s) of claim filed; (c) in and to any secured claim, collateral or any liens held by Seller; (d) to vote on any question relating to the claim in the Case; (e) to cash, interest, principal, securities or other property in connection with the Case: and (f) to any amounts listed on the Debtor's schedules, in the principal amount of $ 97,453.31 ("Claim"), which represents 100 % of the total claim amount of $97,453.31, against the Debtor in the Court, or any other court with jurisdiction over the Debtor's Case.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges, understands, agrees, and hereby stipulates that an order of the Court may be entered without further notice to Seller transferring the Claim to Buyer and recognizing the Buyer as the sole owner and holder of the Claim.

Buyer does not assume and shall not be responsible for any obligations of liabilities of Seller related to or in connection with the Claim or the Case.  You are hereby directed to make all future payments and distributions free and clear of all setoffs and deductions, and to give all notices and other communications, in respect of the Claim to Buyer.

IN WITNESS WHEREOF, each of the undersigned have duly executed this Evidence of Transfer of Claim by their duly authorized representative dated July  28 , 2020.

| PA CONSULTING GROUP INC | BRADFORD CAPITAL HOLDINGS, LP |
|---|---|
| By: _____ | By: _____ (DocuSigned by: Brian Brager, 858F5F65980341E...) |
| Name: Derek HasBrouck | Name: Brian Brager |
| Title: Memeber of PA's Management Group | Title: Managing Member |