UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE:<br><br>FRONTIER COMMUNICATIONS<br>CORPORATION, *et al.*,1<br>　　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 20-22476 (RDD)<br><br>(Jointly Administered) |

## ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Craig M. Greene to be admitted *pro hac vice* to represent Federal Insurance Company a/s/o Greg A. Glynis and Miriam E. Mason in the above cases, and upon the movant's certification that the movant is a member in good standing of the bar in the State of Florida and the U.S. District Court for Southern District of Florida, it is hereby

**ORDERED**, that Craig M. Greene, Esq., is admitted to practice, *pro hac vice*, in the above referenced cases to represent Federal Insurance Company a/s/o Greg A. Glynis and Miriam E. Mason, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: White Plains, New York
　　　　August 20, 2020

　　　　　　　　　　　　　　　　　　　　　　　*/s/Robert D. Drain*
　　　　　　　　　　　　　　　　　　　　　　　THE HONORABLE ROBERT D. DRAIN
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES BANKRUPTCY JUDGE

---

1 The last four digits of Debtor Frontier Communications Corporation's tax identification number are 9596. Due to the large number of debtor entities in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtor entities and the last four digits of their federal tax identification numbers are not provided herein. A complete list of such information may be obtained on the website of the Debtors' proposed claims and noticing agent at https://cases.primeclerk.com/ftr. The location of the Debtors' service address for purposes of these chapter 11 cases is: 50 Main Street, Suite 1000, White Plains, New York 10606.