Stephen E. Hessler, P.C.  
Mark McKane, P.C. (admitted *pro hac vice*)  
Patrick Venter  
**KIRKLAND & ELLIS LLP**  
**KIRKLAND & ELLIS INTERNATIONAL LLP**  
601 Lexington Avenue  
New York, New York 10022  
Telephone:     (212) 446-4800  
Facsimile:     (212) 446-4900  

Chad J. Husnick, P.C.  
Benjamin M. Rhode (admitted *pro hac vice*)  
**KIRKLAND & ELLIS LLP**  
**KIRKLAND & ELLIS INTERNATIONAL LLP**  
300 North LaSalle Street  
Chicago, Illinois 60654  
Telephone:     (312) 862-2000  
Facsimile:     (312) 862-2200  

*Counsel to the Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| FRONTIER COMMUNICATIONS CORPORATION, *et al.*,[1] | ) Case No. 20-22476 (RDD) |
| | ) |
| Debtors. | ) (Jointly Administered) |

**NOTICE OF FEES AND
EXPENSES OF KIRKLAND & ELLIS LLP
AND KIRKLAND & ELLIS INTERNATIONAL LLP,
ATTORNEYS FOR THE DEBTORS AND DEBTORS IN POSSESSION, FOR
THE FEE PERIOD FROM OCTOBER 1, 2020 THROUGH OCTOBER 31, 2020**

**PLEASE TAKE NOTICE** that, on August 21, 2020, the above-captioned debtors and debtors in possession filed the *Fifth Amended Joint Plan of Reorganization of Frontier Communications Corporation and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code* [Docket No. 984] (as thereafter amended and supplemented from time to time, the "Plan") in the United States Bankruptcy Court for the Southern District of New York (the "Court").[2]

---

[1] The last four digits of Debtor Frontier Communications Corporation's tax identification number are 9596. Due to the large number of debtor entities in these chapter 11 cases, for which the Court has ordered joint administration, a complete list of the debtor entities and the last four digits of their federal tax identification numbers are not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.primeclerk.com/ftr. The location of the Debtors' service address for purposes of these chapter 11 cases is: 50 Main Street, Suite 1000, White Plains, New York 10606.

[2] Capitalized terms used but otherwise not defined herein shall have the meaning ascribed to such terms in the Plan.

**PLEASE TAKE FURTHER NOTICE** that, on August 27, 2020, the Court entered an order confirming the Plan. *See Findings of Fact, Conclusions of Law, and Order Confirming the Fifth Amended Joint Plan of Reorganization of Frontier Communications Corporation and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code* [Docket No. 1005].

**PLEASE TAKE FURTHER NOTICE** that, in accordance with Article II.B.4 of the Plan, Kirkland & Ellis LLP and Kirkland & Ellis International LLP (collectively, "K&E"), attorneys for the above-captioned debtors and debtors in possession (collectively, the "Debtors"), hereby provides notice (the "Fee Notice") of its request for $ 1,324,657.50 in fees and $32,525.17 in expenses in connection with services provided by K&E to the Debtors for the period from October 1, 2020 through October 31, 2020.

**PLEASE TAKE FURTHER NOTICE** that, in accordance with the Plan, statements related to the fees requested in this Fee Notice are being provided to the Statement Parties contemporaneously herewith. If no objections are filed within ten days after the filing of the Fee Notice and the transmission of fee statements to the Statement Parties (the "Objection Deadline"), the Debtors are authorized to pay the amounts requested herein without further notice to parties or order of the Court.

**PLEASE TAKE FURTHER NOTICE** that, to the extent that an objection to the Fee Notice is received on or before the Objection Deadline, the Debtors shall withhold payment of that portion of the fees to which the objection is directed and promptly pay the remainder of the fees. To the extent such an objection is not resolved, it shall be preserved and scheduled for consideration before the Court.

| | |
|---|---|
| Dated:  December 16, 2020<br>New York, New York | */s/ Stephen E. Hessler*<br>Stephen E. Hessler<br>Mark McKane, P.C. (admitted *pro hac vice*)<br>Patrick Venter<br>**KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>601 Lexington Avenue<br>New York, New York 10022<br>Telephone:    (212) 446-4800<br>Facsimile:    (212) 446-4900<br><br>- and -<br><br>Chad J. Husnick, P.C.<br>Benjamin M. Rhode (admitted *pro hac vice*)<br>**KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>300 North LaSalle Street<br>Chicago, Illinois 60654<br>Telephone:    (312) 862-2000<br>Facsimile:    (312) 862-2200<br><br>*Counsel to the Debtors and Debtors in Possession* |