Stephen E. Hessler, P.C.
Mark McKane, P.C. (admitted *pro hac vice*)
Patrick Venter
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900

Chad J. Husnick, P.C.
Benjamin M. Rhode (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
300 North LaSalle Street
Chicago, Illinois 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200

*Counsel to the Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | ) Chapter 11 |
| FRONTIER COMMUNICATIONS CORPORATION, *et al.*,[1] | ) Case No. 20-22476 (RDD) |
| Debtors. | ) (Jointly Administered) |

## NOTICE OF CLAIMS REPORT IDENTIFYING OPEN DISPUTES WITH RESPECT TO GENERAL UNSECURED CLAIMS

**PLEASE TAKE NOTICE** that the above-captioned debtors and debtors in possession (the "Debtors") filed their schedules of assets and liabilities and statements of financial affairs on May 28, 2020 and June 30, 2020, which list prepetition Claims against the Debtors as reflected in the Debtors' books and records.

**PLEASE TAKE FURTHER NOTICE** that, on August 21, 2020, the Debtors filed the *Fifth Amended Plan of Reorganization of Frontier Communications Corporation and its Debtor*

---

[1] The last four digits of Debtor Frontier Communications Corporation's tax identification number are 9596. Due to the large number of debtor entities in these chapter 11 cases, for which the Court has ordered joint administration, a complete list of the debtor entities and the last four digits of their federal tax identification numbers are not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.primeclerk.com/ftr. The location of the Debtors' service address for purposes of these chapter 11 cases is: 50 Main Street, Suite 1000, White Plains, New York 10606.

*Affiliates Pursuant to Chapter 11 of the Bankruptcy Code* [Docket No. 984] (the "Plan").[2]

**PLEASE TAKE FURTHER NOTICE** that, on August 27, 2020, the Bankruptcy Court confirmed the Plan by entering the *Findings of Fact, Conclusions of Law, and Order Confirming the Fifth Amended Joint Plan of Reorganization of Frontier Communications Corporation and its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code* [Docket No. 1005] (the "Confirmation Order").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Plan, Holders of General Unsecured Claims shall receive, at the option of the applicable Debtor: (i) payment in full in Cash of such Holder's Allowed General Unsecured Claim; (ii) Reinstatement of such Holder's Allowed General Unsecured Claim; or (iii) such other treatment rendering such Holder's Allowed General Unsecured Claim Unimpaired. *See* Plan, Art. III.C.

**PLEASE TAKE FURTHER NOTICE** that, under the Plan, there is no requirement to file a Proof of Claim (or file a motion with the Bankruptcy Court for allowance of a Claim) to establish an Allowed General Unsecured Claim. *See* Plan, Art. VII.A.

**PLEASE TAKE FURTHER NOTICE** that the Debtors filed and have served the *Notice to Holders of General Unsecured Claims Regarding Optional Procedure for Resolving Disputed Claims* [Docket No. 1367] on Holders of General Unsecured Claims.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Confirmation Order, starting sixty days after the Confirmation Date (and once a month thereafter between the Confirmation Date and the Effective Date), the Debtors shall file a report with the Bankruptcy Court identifying disputed General Unsecured Claims in Class 11 under the Plan, if any, that require Bankruptcy Court adjudication (the "Claims Report").

---

[2] Capitalized terms used but not defined herein shall have meanings set forth in the Plan.

**PLEASE TAKE FURTHER NOTICE** that the Debtors filed their first Claims Report on October 26, 2020 [Docket No. 1255].

**PLEASE TAKE FURTHER NOTICE** that the Debtors filed their second Claims Report on November 25, 2020 [Docket No. 1371].

**PLEASE TAKE FURTHER NOTICE** that, though the Debtors are currently engaging with certain claimants with respect to certain Claims, as of the filing of this Claims Report, the Debtors currently have no crystallized, disputed Claims that require Bankruptcy Court adjudication.[3]

**PLEASE TAKE FURTHER NOTICE** that nothing in this Claims Report should be construed as an admission as to the validity of any Claim against the Debtors and the Debtors expressly reserve all substantive and/or procedural rights they may have to challenge any claim on any grounds whatsoever.

[*Remainder of page intentionally left blank.*]

---

[3] As of the filing of this Claims Report, the Debtors are in the early stages of analyzing certain claims asserted based on theories of intellectual property liability. The Debtors will provide additional detail with respect to such claims in an upcoming or supplemental Claims Report, after conferring with the counsel to the claimants, to the extent it is determined that such claims will require Bankruptcy Court adjudication.

| | |
|---|---|
| Dated: December 23, 2020<br>New York, New York | */s/ Stephen E. Hessler*<br>Stephen E. Hessler, P.C.<br>Mark McKane, P.C. (admitted *pro hac vice*)<br>Patrick Venter<br>**KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>601 Lexington Avenue<br>New York, New York 10022<br>Telephone: (212) 446-4800<br>Facsimile: (212) 446-4900<br><br>- and -<br><br>Chad J. Husnick, P.C.<br>Benjamin M. Rhode (admitted *pro hac vice*)<br>**KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>300 North LaSalle Street<br>Chicago, Illinois 60654<br>Telephone: (312) 862-2000<br>Facsimile: (312) 862-2200<br><br>*Counsel to the Debtors and Debtors in Possession* |