| | |
|---|---|
| Stephen E. Hessler, P.C. | Chad J. Husnick, P.C. |
| Mark McKane, P.C. (admitted *pro hac vice*) | Benjamin M. Rhode (admitted *pro hac vice*) |
| Patrick Venter | **KIRKLAND & ELLIS LLP** |
| **KIRKLAND & ELLIS LLP** | **KIRKLAND & ELLIS INTERNATIONAL LLP** |
| **KIRKLAND & ELLIS INTERNATIONAL LLP** | 300 North LaSalle Street |
| 601 Lexington Avenue | Chicago, Illinois 60654 |
| New York, New York 10022 | Telephone: (312) 862-2000 |
| Telephone: (212) 446-4800 | Facsimile: (312) 862-2200 |
| Facsimile: (212) 446-4900 | |

*Counsel to the Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| FRONTIER COMMUNICATIONS | ) | Case No. 20-22476 (RDD) |
| CORPORATION, *et al.*,[1] | ) | |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**NOTICE OF WITHDRAWAL OF APPEARANCE AS COUNSEL**
**AND REQUEST FOR REMOVAL FROM COURT MATRIX AND SERVICE LIST**

**PLEASE TAKE NOTICE** that Benjamin M. Rhode hereby withdraws as counsel for the above-captioned debtors (the "Debtors") in these chapter 11 cases and the Debtors request that his name be removed from the Court's mailing matrix and service list for these chapter 11 cases. His contact information was as follows:

Benjamin M. Rhode
Kirkland & Ellis LLP
Kirkland & Ellis International LLP
300 North LaSalle
Chicago, IL 60654
benjamin.rhode@kirkland.com

---

[1] The last four digits of Debtor Frontier Communications Corporation's tax identification number are 9596. Due to the large number of debtor entities in these chapter 11 cases, for which the Court has ordered joint administration, a complete list of the debtor entities and the last four digits of their federal tax identification numbers are not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.primeclerk.com/ftr. The location of the Debtors' service address for purposes of these chapter 11 cases is: 50 Main Street, Suite 1000, White Plains, New York 10606.

KE 73684716

This Notice is with respect to Benjamin M. Rhode only, and is not intended to affect service independently requested by Kirkland & Ellis LLP or Kirkland & Ellis International LLP, or their continued listing in the mailing matrix and service list for these chapter 11 cases.

| | |
|---|---|
| Dated: January 21, 2021<br>New York, New York | */s/ Stephen E. Hessler*<br>Stephen E. Hessler, P.C.<br>Mark McKane, P.C. (admitted *pro hac vice*)<br>Patrick Venter<br>**KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>601 Lexington Avenue<br>New York, New York 10022<br>Telephone:    (212) 446-4800<br>Facsimile:     (212) 446-4900<br><br>- and -<br><br>Chad J. Husnick, P.C.<br>Benjamin M. Rhode (admitted *pro hac vice*)<br>**KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>300 North LaSalle Street<br>Chicago, Illinois 60654<br>Telephone:    (312) 862-2000<br>Facsimile:     (312) 862-2200<br><br>*Counsel to the Debtors and Debtors in Possession* |