**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------

| | | |
|---|---|---|
| *In re* | : | Chapter 11 |
| | : | |
| | : | Case No. 20-22476 (RDD) |
| FRONTIER COMMUNICATIONS | : | |
| CORPORATION, *et al.*, | : | |
| | : | Jointly Administered |
| Debtors.[1] | | |

------------------------------------------------------------------

### ORDER GRANTING, IN PART, FINAL FEE APPLICATION OF UBS SECURITIES LLC AS INVESTMENT BANKER TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS AND APPROVING REQUEST FOR AN INCREASED COMPLETION FEE

Upon the (the "**Application**") of UBS Securities LLC ("**UBS**"), as investment banker to the Official Committee of Unsecured Creditors of Frontier Communications Corporation and its affiliated debtors (collectively, the "**Debtors**"), seeking allowance under 11 U.S.C. §§ 328(a) and 330 of final compensation for professional services rendered and reimbursement of actual and necessary expenses incurring from May 7, 2020 through and including August 27, 2020 (the "**Final Fee Period**"); and the Court having jurisdiction over the Application pursuant to 28 U.S.C. §§ 157(a)-(b) and 1334(b); and due and adequate notice of the Application having been given; and there being no objections to the requested relief; and upon the record of the hearing held by the Court on the Application on February 22, 2021, at which counsel for UBS confirmed that UBS had agreed to modify its request in the Application as set forth in the form of this Order and the

---

[1]Due to the large number of debtor entities in these chapter 11 cases, for which the Court has ordered joint administration, a complete list of the debtor entities and the last four digits of their federal tax identification numbers are not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.primeclerk.com/ftr.  The location of the Debtors' service address for purposes of these chapter 11 cases is: 50 Main Street, Suite 1000, White Plains, New York 10606.

Court noted the requirement of 11 U.S.C. § 1129(a)(4); and there being no objections to such relief;

and after due deliberation and for good cause shown, it is hereby ORDERED THAT:

1.      The Application is GRANTED, as modified by this Order.

2.      Upon entry of this Order, the Debtors are directed and authorized to remit

payment to UBS in the amounts set forth on Schedule A and B attached hereto, less all amounts

previously paid on account of such fees and expenses.

3.      This Court shall retain jurisdiction with respect to all matters arising from

or related to the implementation of this Order.

Dated: February 23, 2021
       White Plains, New York


                                              /s/Robert D. Drain
                                              THE HONORABLE ROBERT D. DRAIN
                                              UNITED STATES BANKRUPTCY JUDGE

2

**Schedule A and B**

## FINAL FEE APPLICATION
## MAY 7, 2020 THROUGH AUGUST 27, 2020

**Case No.: 20-22476 (RDD)**
**Case Name: In re Frontier Communications Corporation,** *et al.*

| Applicant | Date and Docket Number of Application | Total Fees Requested | Total Fees Paid | Total Expenses Requested | Total Expenses Paid |
|---|---|---|---|---|---|
| UBS Securities LLC | 2/1/2021 [Docket No. 1527] | $551,612.90 Monthly Fees $1,500,000 Completion Fee | $551,612.90 | $2,042.88 | $2,042.88 |

Date on Which Order Was Signed:  2/23/2021                                    Initials:  RDD  USBJ