**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| FRONTIER COMMUNICATIONS | ) | Case No. 20-22476 (RDD) |
| CORPORATION, *et al.*,[1] | ) | |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

### NOTICE REGARDING (A) EXECUTORY CONTRACTS AND UNEXPIRED LEASES TO BE ASSUMED BY THE DEBTORS PURSUANT TO THE PLAN, (B) CURE AMOUNTS, IF ANY, AND (C) RELATED PROCEDURES IN CONNECTION THEREWITH

**PLEASE TAKE NOTICE THAT** on August 21, 2020, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed the *Fifth Amended Joint Plan of Reorganization of Frontier Communications Corporation and its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code* [Docket No. 984] (the "Plan") in the United States Bankruptcy Court for the Southern District of New York (the "Court").[2]

**PLEASE TAKE FURTHER NOTICE THAT** on August 27, 2020, the Court entered an order confirming the Plan. *See Findings of Fact, Conclusions of Law, and Order Confirming the Fifth Amended Joint Plan of Reorganization of Frontier Communications Corporation and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code* [Docket No. 1005] (the "Confirmation Order").

**PLEASE TAKE FURTHER NOTICE THAT,** pursuant to Article V.A of the Plan, each of the Debtors' Executory Contracts and Unexpired Leases not previously assumed or rejected will be deemed assumed as of the Effective Date, other than any Executory Contract or Unexpired Lease that: (1) was previously assumed, assumed and assigned, or rejected by the Debtors; (2) previously expired or terminated pursuant to its own terms; (3) is the subject of a motion to assume, assume and assign, or reject Filed on or before the Confirmation Date that is pending on the Effective Date; or (4) is designated specifically, or by category, as an Executory Contract or

---

[1]   The last four digits of Debtor Frontier Communications Corporation's tax identification number are 9596. Due to the large number of debtor entities in these chapter 11 cases, for which the Court has ordered joint administration, a complete list of the debtor entities and the last four digits of their federal tax identification numbers are not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.primeclerk.com/ftr. The location of the Debtors' service address for purposes of these chapter 11 cases is: 50 Main Street, Suite 1000, White Plains, New York 10606.

[2]   Capitalized terms used but not otherwise defined herein shall have the meanings set forth in the Plan.

Unexpired Lease on the Schedule of Rejected Executory Contracts and Unexpired Leases.[3]  **If you are not a counterparty to an Executory Contract or Unexpired Lease with a Debtor, you may disregard this notice.**  The purpose of this notice is to provide information regarding the amount and timing of payment of Cure to the counterparties to the Executory Contracts or Unexpired Leases that will be assumed pursuant to the Plan and to ensure that all potential counterparties to an Executory Contract or Unexpired Lease have an opportunity to address any related concerns informally with the Debtors in advance of the Effective Date.

**PLEASE TAKE FURTHER NOTICE THAT** section 365(b)(1) of the Bankruptcy Code provides that "[i]f there has been a default in an executory contract or unexpired lease of the debtor, the [debtor in possession] may not assume such contract or lease unless, at the time of assumption of such contract or lease, the [debtor in possession] . . . cures, or provides adequate assurance that the [debtor in possession] will promptly cure, such default . . . ."  Accordingly, the Debtors have reviewed their books and records and have determined the amounts required to cure defaults, if any, under the Executory Contract(s) and Unexpired Lease(s), which amounts are listed on **Exhibit A** (for pole attachment counterparties), **Exhibit B** (for carrier service counterparties), **Exhibit C** (for real estate lease counterparties), and **Exhibit D** (for other trade agreements) attached hereto.  Please note that if no amount is stated for a particular Executory Contract or Unexpired Lease, the Debtors believe that there is no cure amount outstanding for such contract or lease.  Counterparties may be listed on more than one exhibit, so please review all exhibits carefully.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Article V.D of the Plan, any counterparty to an Executory Contract or Unexpired Lease that believes it is entitled to a Cure payment that is not listed on **Exhibit A**, **Exhibit B**, **Exhibit C**, or **Exhibit D** hereto shall have until thirty days after the Effective Date, which is presently expected to occur early in the second quarter of 2021, to bring forth and File a request for payment of Cure or an objection to a proposed assumption.  Upon the occurrence of the Effective Date, the Debtors will send a separate notice that identifies that the Effective Date has occurred.

**PLEASE TAKE FURTHER NOTICE THAT** absent the identification of a dispute, the monetary amounts required to cure any existing defaults arising under the Executory Contract(s) and Unexpired Lease(s) identified on **Exhibit A**, **Exhibit B**, **Exhibit C**, and **Exhibit D** hereto will be satisfied, pursuant to section 365(b)(1) of the Bankruptcy Code, by the Debtors in cash on, or as soon as practicable following, the Effective Date.

---

[3]     Neither the exclusion nor inclusion of any Executory Contract or Unexpired Lease on the *Amended Schedule of Rejected Executory Contracts and Unexpired Leases* [Docket No. 1309], **Exhibit A**, **Exhibit B**, **Exhibit C**, or **Exhibit D** attached hereto, nor anything contained in the Plan, shall constitute an admission by the Debtors that any such contract or lease is in fact an Executory Contract or Unexpired Lease or that any Debtor has any liability thereunder.  Further, the Debtors expressly reserve the right to (a) remove any Executory Contract or Unexpired Lease from the Schedule of Rejected Executory Contracts and Unexpired Leases and assume such Executory Contract or Unexpired Lease pursuant to the terms of the Plan, up until the Effective Date, and (b) contest any Claim asserted in connection with rejection of any Executory Contract or Unexpired Lease.

**PLEASE TAKE FURTHER NOTICE THAT** payment of disputed Cure amounts will be made following the entry of a Final Order(s) resolving the dispute and approving the proposed assumption.

**PLEASE TAKE FURTHER NOTICE THAT** any objection by a contract or lease counterparty to a proposed assumption must be Filed with the Court on or before thirty days after the Effective Date. Any counterparty to an Executory Contract or Unexpired Lease that fails to timely object to the proposed assumption of any Executory Contract or Unexpired Lease will be deemed to have consented to such assumption. Any objection to a proposed assumption will be scheduled to be heard by the Court at the Reorganized Debtors' first scheduled omnibus hearing after which such objection is timely filed. If an objection to the proposed assumption is sustained by the Court, the Debtors may elect to reject such Executory Contract or Unexpired Lease in lieu of assuming it. The Debtors may settle any dispute regarding the amount of any Cure Claim without any further notice to any party or any action, order, or approval of the Court.

**PLEASE TAKE FURTHER NOTICE THAT any and all Proofs of Claim based upon Executory Contracts or Unexpired Leases that have been assumed in the Chapter 11 Cases, including pursuant to the Confirmation Order, and for which any Cure has been fully paid pursuant to Article V.D of the Plan, in the amount and at the time dictated by the Debtors' ordinary course of business or upon and in accordance with any resolution of a Cure dispute (whether by order of the Court or through settlement with the applicable Executory Contract or Unexpired Lease counterparty), shall be deemed disallowed and expunged as of the Effective Date without the need for any objection thereto or any further notice to or action, order, or approval of the Court.**

**PLEASE TAKE FURTHER NOTICE THAT,** notwithstanding anything to the contrary in this notice or any of the exhibits attached hereto, nothing in this notice or any of the exhibits attached hereto shall be deemed: (a) an admission as to the validity of any prepetition claim against any of the Debtors; (b) a waiver of the Debtors' right to dispute any prepetition claim on any grounds; (c) a promise or requirement to pay any prepetition claim; (d) a request or authorization to assume any prepetition agreement, contract, or lease pursuant to section 365 of the Bankruptcy Code; or (e) a waiver or limitation of the Debtors' rights or the rights of any other person under the Bankruptcy Code or any other applicable law. The Plan and the Schedule of Rejected Executory Contracts and Unexpired Leases will govern which Executory Contracts and Unexpired Leases are assumed or rejected. The rights of all parties are reserved to the extent a payment amount differs from the amounts listed in **Exhibit A**, **Exhibit B**, **Exhibit C**, or **Exhibit D** attached hereto, and such amounts remain subject to adjustment until paid.

**PLEASE TAKE FURTHER NOTICE THAT** if you would like to obtain a copy of the Plan, the Plan Supplement, or any other document filed in these chapter 11 cases, you should contact Prime Clerk LLC, the Solicitation Agent retained by the Debtors in these chapter 11 cases by: (a) calling the Debtors' restructuring hotline at 877-433-8020 (toll-free) or 646-442-5842 (international); (b) visiting the Debtors' restructuring website at: https://primeclerk.com/ftr; and/or (c) writing to Prime Clerk LLC, Attn: Frontier Communications, Ballot Processing, c/o Prime Clerk LLC, One Grand Central Place, 60 East 42nd Street, Suite 1440, New York, NY 10165.

You may also obtain copies of any pleadings filed in these chapter 11 cases for a fee via PACER at:  http://www.nysb.uscourts.gov.

Dated:  April 7, 2021  
New York, New York

*/s/ Stephen E. Hessler*  
Stephen E. Hessler, P.C.  
Mark McKane, P.C. (admitted *pro hac vice*)  
Patrick Venter  
**KIRKLAND & ELLIS LLP**  
**KIRKLAND & ELLIS INTERNATIONAL LLP**  
601 Lexington Avenue  
New York, New York 10022  
Telephone:   (212) 446-4800  
Facsimile:   (212) 446-4900  

- and -

Chad J. Husnick, P.C.  
**KIRKLAND & ELLIS LLP**  
**KIRKLAND & ELLIS INTERNATIONAL LLP**  
300 North LaSalle Street  
Chicago, Illinois 60654  
Telephone:   (312) 862-2000  
Facsimile:   (312) 862-2200  

*Counsel to the Debtors and Debtors in Possession*

**Contact Information**:  If you have any questions regarding these procedures, you can contact the Debtors' legal representatives at FTRClaims@kirkland.com.  Questions regarding cure amounts can be directed to the Debtors' financial advisor at FTRClaims@FTIConsulting.com.

## EXHIBIT A

*Pole Attachment Proposed Cure*

**Note:**  A Cure Amount of "TBD" indicates that the Debtors recognize a potential prepetition liability but that the amount is unknown at this time due either to invoices having not been received or to prepetition invoices being disputed.  These reconciliations will be handled in the ordinary course of business.

No formal action with the Court is required at this time from any pole attachment partner included in this **Exhibit A**.  If you disagree with or have questions concerning the amounts reflected herein, please reach out to your business contact at Frontier.  If your concerns cannot be resolved consensually, you will have until thirty days after the Effective Date to file claims or objections, as applicable, to preserve your rights.  A separate notice will be sent to inform parties of the occurrence of the Effective Date, which is presently expected to occur early in the second quarter of 2021.  At that time, the deadlines identified in the cure notice will become operative.  Please note that Cure amounts shown in this **Exhibit A** are only estimates, based on the best available data and the Debtors' good faith calculations.

| Vendor | Cure Amount |
| --- | --- |
| Adams Rural Electric | $95,925.93 |
| AEP Columbus Southern Power | TBD |
| Alabama Power & FC of AL | TBD |
| Allegheny Power | TBD |
| Alliant Energy | TBD |
| Alpena Power | $14,744.92 |
| Ameren Electric | TBD |
| Amicalola Electric | $19,926.74 |
| Anza | $16,483.87 |
| Appalachian Electric | $281,718.33 |
| Arizona Public Service | TBD |
| AT&T - Pole Attachment Expenses | TBD |
| Bandera Electric Cooperative | TBD |
| Blue Ridge EMC | $71,251.69 |

| Vendor | Cure Amount |
|---|---|
| Bluebonnet Electric Co-op | TBD |
| Bryan Texas Utils Muni Owned | $101,712.34 |
| Buckeye Rural Electric | TBD |
| Bureau of Indian Affairs | TBD |
| Butler Rural Electric | $10,988.52 |
| California Northern Railroad Company | TBD |
| Carroll Rural Electric | TBD |
| Cen Hudson Gas & Elec | TBD |
| Centerpoint Energy | TBD |
| Central Texas Electric Coop | $63,766.53 |
| City of Abbeville (Wat & Elec) | TBD |
| City of College Station | TBD |
| City of Denton | TBD |
| City of Floresville | TBD |
| City of Fredericksburg | TBD |
| City of Garland | TBD |
| City of Monroe | TBD |
| City of New Britain Conduit | TBD |
| City of Scottsburg | TBD |
| Clark County REMC | TBD |
| Claverack | $67,805.25 |
| Clinton Utilities Board | $3,466.32 |
| Comanche Electric Coop | TBD |
| Concho Valley Electric Coop | TBD |
| Consolidated Rural Electric | TBD |
| Connexus Energy | $2,392.46 |
| Consumers Energy | $583,774.09 |
| Continental Divide | TBD |

| Vendor | Cure Amount |
|---|---|
| Cookeville Electric | $54,939.02 |
| Coserv Electric Co-op | TBD |
| CPS Energy | TBD |
| CSX | TBD |
| Dakota Electric Association | $19,365.44 |
| Davies Martin Remc | TBD |
| Dayton Power & Light | TBD |
| Decatur County Remc | TBD |
| Delaware Electric | $9,993.62 |
| Dubois Remc | $25,286.49 |
| Duke Energy Progress Inc | $1,106,574.62 |
| Duke Energy | $2,335,500.55 |
| Entergy | TBD |
| Farmers Electric Coop (Fec) | $121,455.00 |
| Firelands Rural Electric | TBD |
| First Energy Corp | $9,857.26 |
| Florida Power and Light | TBD |
| French Broad EMC | TBD |
| Frontier Rural Electric | TBD |
| Genesee & WY AL | TBD |
| Georgia Power Co | TBD |
| Grayson-Collin Electric Coop | TBD |
| Great Lakes Energy | TBD |
| Guernseymuskingham Rural Electric | TBD |
| Hancockwood Rural Electric | TBD |
| Harrison Rural Electrification | TBD |
| Haywood EMC | $20,079.14 |
| Heartland REMC-United & Wabash | TBD |

| Vendor | Cure Amount |
|---|---|
| Holmeswayne Rural Electric | TBD |
| Homeworks Tricounty Electric | TBD |
| Imperial Irrigation District | TBD |
| Jackson County REMC | TBD |
| Jasper Municipal Utilities | TBD |
| Kankakee Valley REMC | TBD |
| Karnes Electric Cooperative | $17,806.39 |
| Knoxville Utilities Board | $14,266.66 |
| Lake Country Power | $85,304.78 |
| Lakeland Elec Company | TBD |
| Logansport Municipal Utilities | $54,844.42 |
| Lorainmedina Rural Electric | $150,755.62 |
| Loup River Pub Power | $6,005.42 |
| Magic Valley Electric Coop | $16,562.65 |
| Marshfield Elec & Water Wood | TBD |
| Mcminnville Electric | $37,881.00 |
| MET-ED | $133,584.30 |
| Mid Ohio Energy | TBD |
| Midwest Electric Inc | TBD |
| Midwest Energy Cooperative | TBD |
| Mohave Elec | TBD |
| Murphy Elec Power Board | TBD |
| National Grid Poles | TBD |
| Navajo Tribal Utility | TBD |
| Navopache Elec | TBD |
| NE Pub Power | TBD |
| New York State Electric & Gas | $348,328.61 |
| No States Power (Xcel) | TBD |

| Vendor | Cure Amount |
|---|---|
| North Star Elec Co-Op | $11,666.98 |
| North Western Electric | TBD |
| NY Susq & West Rr Poles | TBD |
| Orange & Rockland Poles | $169,687.49 |
| Orange County REMC | $16,746.70 |
| Otsego Electric Poles | TBD |
| Pacificorp - Alturas | TBD |
| Paulding-Putnam Rural Electric | TBD |
| Peace River Electric Co-op | TBD |
| PECO | TBD |
| Pedernales Electric Co-op | $273,455.00 |
| Piedmont EMC 2 Party | $15,108.80 |
| Pioneer Rural Electric | $314.82 |
| Plumas Sierra-Susanville | $12,242.84 |
| Powell Valley | $10,480.18 |
| PPL - CTCO | $2,280,909.73 |
| Presque Isle Electric | $15,389.73 |
| Progress Energy Durham Northern | ($0.00) |
| Railroad Mgt Ca Bnsf | TBD |
| Rantoul Village Of | TBD |
| Richland Center Municipal | TBD |
| Richland Electric Co-op | TBD |
| Richmond Power & Light | $20,452.44 |
| Rochester Gas & Electric | TBD |
| Rushshelby REMC | TBD |
| Rutherford EMC | $132,208.13 |
| Sam Houston Electric Coop | TBD |
| Santee Cooper | $200,253.60 |

| Vendor | Cure Amount |
|---|---:|
| Santee Electric Co-op Inc | $17,059.92 |
| Sharyland Utilities (Former Caprock) | TBD |
| So. Pine Elec Atmore & Monroe | $7,745.83 |
| South Central Pwr Ports/Marion | $295,351.75 |
| Southeastern Indiana REMC | $17,405.21 |
| Southern California Edison Co | $9,340,051.58 |
| Sullivan County Rural Electric | TBD |
| Sunesys | TBD |
| Tampa Elec Co (Teco) | $498,645.65 |
| Texas-New Mexico Power Co. | $44,450.89 |
| Thumb Electric Cooperative | $43,052.83 |
| Town Of Highlands | TBD |
| Town Of Winnsboro | $10,381.34 |
| Tri State EMC | $19,757.46 |
| Tri-County Electric Coop | TBD |
| Tri-County Rural Electric | $19,893.97 |
| Trinity | TBD |
| Trinity Valley Electric Coop | TBD |
| UGI Utilities | $63,715.85 |
| Union Power Coop EMC | $36,033.46 |
| Unisource | TBD |
| Upper Cumberland EMC | $91,095.63 |
| Verizon - Pole Attachment Expense | $24,363.19 |
| Victoria Electric Cooperative | $2,130.71 |
| Volunteer Energy Co-op | $205,278.77 |
| Washington Electric Co-op | $40,629.49 |
| We Energies (Wepco) | TBD |
| Weakley Co Municipal Electric | TBD |

| Vendor | Cure Amount |
|---|---:|
| Wellsboro Electric | TBD |
| Whitewater Valley REMC | TBD |
| Win Energy | $34,945.94 |
| Wisconsin Public Service Corp | TBD |
| Withlacoochee River Elec Co-op | TBD |
| Wood County Electric Coop | $10,197.43 |

## EXHIBIT B

*Carrier Service Proposed Cure*

**Note:**  A Cure Amount of "TBD" indicates that the Debtors recognize a potential prepetition liability but that the amount is unknown at this time due either to invoices having not been received or to prepetition invoices being disputed.  These reconciliations will be handled in the ordinary course of business.

No formal action with the Court is required at this time from any carrier service provider included in this **Exhibit B**.  If you disagree with or have questions concerning the amounts reflected herein, please reach out to your business contact at Frontier.  If your concerns cannot be resolved consensually, you will have until thirty days after the Effective Date to file claims or objections, as applicable, to preserve your rights.  A separate notice will be sent to inform parties of the occurrence of the Effective Date, which is presently expected to occur early in the second quarter of 2021.  At that time, the deadlines identified in the cure notice will become operative.  Please note that Cure amounts shown in this **Exhibit B** are only estimates, based on the best available data and the Debtors' good faith calculations.

| Provider | Cure Amount |
|---|---|
| 1623 Farnam | $896.00 |
| 365 Data Centers Holdings, LLC | $5,882.53 |
| Ace Telephone Co Of Michigan | $68.55 |
| ACN Communications | $212.98 |
| Adams Telsystems | $37.24 |
| Alpheus Communications | $14,034.21 |
| Alteva of Warwick | $254.17 |
| Amherst Telephone Company | $141.12 |
| ANI Networks | $30,343.38 |
| Armstrong Telephone | $1,948.49 |
| Arthur Mutual | TBD |
| Astound Broadband/MCC Telephony | $10.53 |
| AT&T/Bellsouth/Ameritech | TBD |
| Ayersville Telephone Co | $71.61 |

1

| Provider | Cure Amount |
|---|---|
| Bandwidth.com | $34,658.37 |
| Bascom Mutual Telephone | $10.55 |
| Bayland Telephone/Northeast Telephone | $34.44 |
| Beehive Broadband | $95.15 |
| Belmont Telephone | $6.25 |
| Ben Lomand Telephone Coop | $11,629.53 |
| Bentonville | $9.05 |
| Blanchard | $965.27 |
| Bloomingdale Telephone Company | $125.23 |
| Blossom Telephone Co | $206.20 |
| Blueriver Communications | $2,699.62 |
| Brightlink Communications | $12,573.06 |
| Bulloch Telephone | $1,958.58 |
| Bullseye Telecom | TBD |
| C R Telephone | $3.58 |
| California Broadband Coop | $6,163.22 |
| Carr Telephone Co | $118.31 |
| CC Communications | $3,708.00 |
| Cellular One of NE AZ | $7,950.80 |
| Central Texas Telephone Coop | $148.34 |
| CenturyLink/Level 3/Qwest | $3,160,377.79 |
| Champaign | $91.91 |
| Chapin Telephone Co | $165.03 |
| Christensen Communications | $575.77 |
| Cincinnati Bell Telephone Co | $7,023.65 |
| Citizens Telephone Corp | $23.50 |
| City of Burnsville | $1,055.25 |
| City of Eagan | $389.66 |

| Provider | Cure Amount |
|---|---|
| Citynet | $740.53 |
| Clear Creek Mutual | TBD |
| Climax Telephone Co | $2.05 |
| Cochrane Coop Telco | $0.97 |
| Coleman County Telco | $28.61 |
| Cologix | $10,765.38 |
| Colorado Valley Telephone | $14.51 |
| Comcast | $27,267.93 |
| Complete Communication Svcs | $13,555.87 |
| Consolidated Communications | $705.40 |
| Consolidated Electric Coop | $154.00 |
| Coon Valley | $22.40 |
| Coresite | $79,135.43 |
| Cox Communications | TBD |
| Craig J Phillips CPA | TBD |
| Craigville | $15.98 |
| Crosspoint Data, LLC | $985.07 |
| Crossville (Alltel) | $0.79 |
| Crown Castle | $33,148.90 |
| Cuba City Tel | $4.62 |
| Cumby Telephone Coop | $221.91 |
| Data Solutions Services | $49,280.28 |
| DayStarr Communications | $75.66 |
| Deerfield Farmers Telephone | $123.95 |
| DirectLink | TBD |
| Dixie Net/Southern Telecommunications | $104.45 |
| Doylestown | $28.37 |
| Eagle Telephone Systems | TBD |

| Provider | Cure Amount |
|---|---|
| Eastex Telephone Cooperative | $109.86 |
| Egyptian Telephone | $79.34 |
| El Paso Telephone Co | $14.50 |
| Ellensburg Telephone Company | TBD |
| Emery Telephone | $707.92 |
| Endeavor Communications | $89.74 |
| Enventis Corp | $259.48 |
| Equinix | $511,833.84 |
| Etex Telephone Coop | $2.54 |
| Excel Telecommunications | $5,305.00 |
| Farmers Mutual Telephone Co | $756.44 |
| Farmers Telephone Coop | $236.81 |
| FiberLight | $31,494.81 |
| Fibernet | $2,407.73 |
| FirstLight Fiber | $72,267.14 |
| Flat Rock | $4.17 |
| Fort Jennings | $1.35 |
| Georgia Public Web | $14,948.38 |
| Glandorf Telephone Company Inc | TBD |
| Glasford Telephone Co (GTE) | TBD |
| Grandview | $0.26 |
| Granite Telecommunications | TBD |
| Great Plains Communications | $16,326.50 |
| Guadalupe Valley | $793.22 |
| Hamilton County Telephone | $4.41 |
| Hardy Telecommunications Inc | $490.02 |
| Harrisonville | $55.55 |
| Helix | TBD |

| Provider | Cure Amount |
|---|---|
| Hill Country/Marquette Adams Telephone | $1,510.98 |
| Hillsboro Telephone Co | $20.00 |
| Horizon Chillicothe Telephone | $998.24 |
| Horry Telephone Coop | $5,370.91 |
| iconectiv | $397,894.89 |
| IDT America Corp | $4.78 |
| Ikano | $358.99 |
| Illinois Consolidated Telco | $874.34 |
| Illinois Fiber Resources Grp | $3,141.49 |
| Impact Telecom | $24,602.51 |
| Independent Emergency Services, LLC | $83.95 |
| Infinite Communications | TBD |
| Intelligent Fiber Network | $509.13 |
| InterBel Telephone | TBD |
| Intrado Life & Safety | $299,856.44 |
| Inyo Networks | $945.00 |
| Iowa Network Services | $27,974.79 |
| Ironton Telephone Company | $1.40 |
| Kalama Telephone Co | TBD |
| Kerman Telephone Company | $2.63 |
| Km Telecom | $187.63 |
| La Ward Telephone Exchange | $7.16 |
| Lackawaxen Telecomm Svcs | $3.52 |
| LaHarpe Telephone Company In | $1.76 |
| LaValle Tel | $114.53 |
| Leaf River Telephone Co | $0.36 |
| Lemonweir Valley Telephone | $307.51 |
| Lifeline Data Centers | $585.56 |

| Provider | Cure Amount |
|---|---|
| Lightspeed Networks | $8,711.99 |
| Ligonier Telephone Company | $821.45 |
| Lipan Telephone Company | $0.34 |
| Livingston Telephone Company | $8.08 |
| Long Lines Internet | $13,545.00 |
| Madison Telephone Company | TBD |
| Matrix Business Technologies | TBD |
| McClure Telephone Co | $955.13 |
| McDonough Telephone Co | $63.01 |
| McDonough Telephone Coop | $676.47 |
| McNabb Telephone Company | $190.84 |
| MeetingSense | $36,692.92 |
| Mettel | $0.58 |
| Michigan Central Broadband/Upper Peninsula Telephone | $777.28 |
| Mid America Computer Corp | TBD |
| Minford Telephone Co | TBD |
| Moultrie | $0.12 |
| Mpower/TelePacific Communications | $79.33 |
| Mt Horeb Telephone Co | $12.18 |
| Muzak | $1,166.77 |
| NebraskaLink | $34,926.73 |
| Neustar  Information Services | $554,171.68 |
| New Paris Telephone | $1,472.12 |
| Newport Telephone | $163.33 |
| Niagara Telephone Company | $207.00 |
| Nine Star Communications | $68.32 |
| NIPCO Development Corp | $2,325.00 |
| Nortex Communications | $145.98 |

| Provider | Cure Amount |
|---|---|
| North County Communications | TBD |
| Northeast Nebraska Telephone | $33.63 |
| North-Eastern PA Tel Co | $35.28 |
| Nova Telephone Company | $134.18 |
| Nu Telecom | $528.73 |
| Odin Telephone Exchange | $12.98 |
| Ogden Telephone | $28.28 |
| Origin Networks InfoStructure | TBD |
| Orwell Telephone | TBD |
| PacWest Telecom | TBD |
| Paul Bunyan Rural Tele Coop | $4,339.71 |
| Peerless Network | $72,431.62 |
| Pembroke Telephone Co | $26.91 |
| Peninsula Fiber Network | $575.00 |
| Pennsylvania Telephone | $0.58 |
| Peoples Telephone Co | $10.67 |
| Perry Spencer RTC | $233.84 |
| Piedmont Rural Telephone Coop | $1,623.75 |
| Pigeon Telephone Co | $152.30 |
| Pioneer Telephone | TBD |
| Plumas Sierra Telecom | $3,575.00 |
| Ponderosa Telephone Co | $6.08 |
| Premier Communications | $250.50 |
| PS LIGHTWAVE | $5,817.96 |
| Quantum Telecommunications | TBD |
| Richland Grant Telephone | $517.29 |
| Ridgeville Telephone Company | $1.43 |
| Riviera Telephone | $10.34 |

| Provider | Cure Amount |
|---|---|
| Rochester Telephone | $216.83 |
| RTI Nehalem | TBD |
| Sacred Wind Communications | $57,706.33 |
| SandCreek Telephone | $69.24 |
| Sandhill Telephone Coop | $28.12 |
| Sebastian Telephone | $318.55 |
| Shawnee Telephone Company | $71.72 |
| Shentel Communications Llc | $800.00 |
| Siskiyou Telephone Co | $3,851.44 |
| Site2 BC | $28,377.37 |
| Smithville Telephone | $204.51 |
| Somos | $16,619.46 |
| South Canaan Telephone Co | $15.36 |
| Southwest Texas Telephone Co | $36.73 |
| Southwestern Telephone Co | $37.39 |
| Springport Telephone Co | $5.05 |
| Sprint Communications Co | TBD |
| Spruce Knob Seneca Rocks | $415.16 |
| Stayton Coop Telephone Co | TBD |
| Stratus Networks | $2,306.97 |
| Sunman Telecommunications | $1,008.00 |
| Sunset Digital Communications | $2,313.36 |
| Sweetser Telephone | $3.99 |
| Synoptek LLC | $630.46 |
| Syringa Networks | $27,463.33 |
| TDS Telecom | $23,747.92 |
| Tech Comm Inc | $0.85 |
| Telephone Service Company | $157.66 |

| Provider | Cure Amount |
|---|---|
| Texas Communications | $7,200.00 |
| The Telx Group Inc | TBD |
| Time Warner Cable | $6,580.97 |
| Tortoise Communications | $112.00 |
| Trans National Communications/Utility Telephone | TBD |
| Union Telephone | $13.92 |
| US Signal Company | TBD |
| Valley Telephone Coop | $1,884.17 |
| Verizon/XO | TBD |
| Vernon Communications Coop | $40.30 |
| Volcano Telephone Company | $14.47 |
| Wabash Mutual Telephone Co | $6.45 |
| War Telephone Company | $58.00 |
| Washington County RTC | $27.51 |
| WaveDivision Holdings,LLC | TBD |
| West Carolina Rural Telco | $5,484.35 |
| West Side Telecommunications | $283.52 |
| Westphalia Telephone Co | $511.70 |
| Windstream | $67,126.09 |
| Winn Telecom | $187.21 |
| Wisconsin Ind Network | $95,962.81 |
| Wittenberg Telephone Co | $608.78 |
| Wood County/Manawa Telephone | $319.66 |
| Woodhull Community Telephone Co | $72.54 |
| Woodstock Telephone | $987.89 |
| YCOM | TBD |
| Zayo | $475,320.21 |
| Ziply Fiber | TBD |

## EXHIBIT C

*Real Estate Lease Proposed Cure*

**Note:**  A Cure Amount of "Undetermined" indicates that such lease was originally listed on the Schedule of Rejected Executory Contracts and Unexpired Leases and that it is currently undetermined whether such lease will be assumed or rejected.

No formal action with the Court is required at this time from any lease counterparty included in this **Exhibit C**.  If you disagree with or have questions concerning the amounts reflected herein, please reach out to your business contact at Frontier.  If your concerns cannot be resolved consensually, you will have until thirty days after the Effective Date to file claims or objections, as applicable, to preserve your rights.  A separate notice will be sent to inform parties of the occurrence of the Effective Date, which is presently expected to occur early in the second quarter of 2021.  At that time, the deadlines identified in the cure notice will become operative.  Please note that Cure amounts shown in this **Exhibit C** are only estimates, based on the best available data and the Debtors' good faith calculations.

| Lessor | Cure Amount |
|---|---|
| 2 Commerce Drive Assoc LLC | $58.23 |
| 610 N Morgan Street LLC | $37,888.19 |
| 6430 Oakbrook Parkway LLC | $170,128.82 |
| 8001 West Jefferson LLC | $165,005.66 |
| Baker Properties Lp | $8,904.54 |
| Bennett Plaza LLC | $410.32 |
| Blanchard & Rossetto Inc | $1,200.00 |
| Bluemont Corp | $550.89 |
| BPP Pacific Industrial | $1,798.94 |
| BRI 1846 Royal Ridge LLC | $12,750.34 |
| Capital One National Assoc | $666.66 |
| Causeway & 78th St LLC | $13,070.95 |
| CDA Rotunda Partners, LLC | $0.00 |
| De Pauw University | $0.00 |
| DER Partnership | $11,432.42 |
| D-G Acquisition 4 LLC | $52,577.69 |

| Lessor | Cure Amount |
|---|---|
| Edgewood General Partnership | $1,442.60 |
| EIP Communications I LLC | $449.19 |
| ETA Chapter 2 LLC | $0.00 |
| FDSPIN Willard LLC | $556.25 |
| Flaum Commons LP | $2,410.05 |
| Fontana Village | $985.12 |
| Francisco Cerritos | $909.60 |
| Fremon Dunes | $383.02 |
| GI TC One Wilshire LLC | $32,188.98 |
| GWL 4 Meadow LLC | $0.00 |
| Hearst Media Services, Ct LLC | $955.30 |
| Hillcrest Manor Properties, LLC | $0.00 |
| Indian Camp Grange 1424 | $71.12 |
| Lainer Brothers | $1,335.18 |
| LAX Arbors Equities LLC | $29,204.28 |
| Long Wharf/Hamilton Street Associates, LLC | Undetermined |
| Mas Lewisville LP | $9,119.92 |
| Measurement Inc | $1,975.60 |
| Merritt 7 Venture LLC | $4,172.02 |
| Nasim Mirza | $0.00 |
| O V Smith & Son | $4,637.86 |
| Ocean Bottom LLC | $1,724.92 |
| Phalen Enterprise Inc | $1,861.40 |
| Philips Drugs, Inc. | $0.00 |
| Plymouth Crossing Associates | $9,595.00 |
| Pocahontas Surface Interests | $12,482.37 |
| Post Family Limited Ptnshp | $187.34 |
| R.B. Associates | Undetermined |

| Lessor | Cure Amount |
|---|---|
| Robert P Crider | $934.45 |
| Rochester Inst Of Tech | $830.35 |
| SBA Towers V LLC | $2,500.00 |
| SBA Towers X LLC | $8,165.10 |
| Sheron Nichols | $7,400.51 |
| Six Ten LLC | $212.18 |
| Sutter Family Trust | $240.65 |
| Syr Office, LLC | $0.00 |
| TX13 Allen LLC | $3,968.84 |
| Verizon Data Services LLC | $92,291.94 |
| Willow Elmgrove LLC | $633.00 |
| WJM Partnership | $112.00 |
| Woodbury Field And Stream | $3,206.67 |

# EXHIBIT D

*Other Trade Agreements Proposed Cure*

No formal action with the Court is required at this time from any counterparty to a trade agreement included in this **Exhibit D**.  If you disagree with or have questions concerning the amounts reflected herein, please reach out to your business contact at Frontier.  If your concerns cannot be resolved consensually, you will have until thirty days after the Effective Date to file claims or objections, as applicable, to preserve your rights.  A separate notice will be sent to inform parties of the occurrence of the Effective Date, which is presently expected to occur early in the second quarter of 2021.  At that time, the deadlines identified in the cure notice will become operative.  Please note that Cure amounts shown in this **Exhibit D** are only estimates, based on the best available data and the Debtors' good faith calculations.

| Lessor | Cure Amount |
| --- | --- |
| Automotive Rentals | $399,198.66 |
| Element Fleet | $149,905.34 |