# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 11 |
| | : | |
| FRONTIER COMMUNICATIONS | : | CASE NO. 20-22476(RDD) |
| CORPORATION, | : | |
| Debtor | : | |
| | : | APRIL 23, 2021 |

## MOTION FOR RELIEF FROM STAY

1.  The creditor, Marlina Vidro, suffered injuries and losses as a result of an automobile crash which occurred on February 18, 2019 when the vehicle which she was operating was struck by a vehicle being operated by Jorge L. Cruz. The vehicle which Mr. Cruz was operating had been leased to Frontier Communications Corporation by Element Fleet Corporation.

2.  At the time of that event, Frontier Communications Corporation was insured for Ms. Vidro's claim under a policy of automobile liability insurance issued by Zurich American Insurance Co. Her claim has been assigned Claim Number 4510158242.

3.  Settlement discussions with Zurich having been unsuccessful, Ms. Vidro brought suit in the Superior Court for the Judicial District of New Haven (Connecticut) at

New Haven (Docket No. NNH-CV20-6103917S) to recover for her injuries and losses. Frontier Communications Corporation is named as a defendant in that lawsuit.

    4.    Good cause exists to grant relief to Marlina Vidro from the automatic stay in bankruptcy to enable her to continue to prosecute her lawsuit against Frontier Communications Corporation.

WHEREFORE, the creditor, Marlina Vidro, respectfully moves the court to grant her relief from stay to enable her to resume the prosecution of the matter of <u>Marlina Vidro vs. Frontier Communications Corporation</u>, Et Al, Docket No. NNH-CV20-6103817S.

                          THE CREDITOR, MARLINA VIDRO

BY:   /s/ Steven D. Jacobs
        STEVEN D. JACOBS, ESQ.
        *PRO HAC VICE*
        JACOBS & JACOBS, LLC
        700 STATE STREET
        NEW HAVEN, CT 06511
        PHONE:  (203) 777-2300
        FAX:  (203) 773-8075
        FED. BAR NO. CT00409
        steve@jacobs-jacobs.com

## CERTIFICATE OF SERVICE

    I hereby certify that on this 23rd day of April, 2020, the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all appearing parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                           /s/ Steven D. Jacobs
                                           STEVEN D. JACOBS