# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| FRONTIER COMMUNICATIONS CORPORATION, et. at. | CASE NO.: 20-22476 |
| Debtors. | NOTICE OF WITHDRAWAL OF NOTICE OF APPEARANCE |

**PLEASE TAKE NOTICE** that BRIANNA BADAR, by and through her attorneys of record, wishes to withdraw her Notice of Appearance in the above matter.

DATE: July ___, 2021

Respectfully Submitted:

By: _____
Pamela Liosi-Traut, CBN 177717
TRAUT FIRM
5 Hutton Centre Dr., Ste. 700
Santa Ana, CA 92707
714-835-7000
Pamela@trautfirm.com

# PROOF OF SERVICE

STATE OF CALIFORNIA  )
                     )
COUNTY OF ORANGE     )

I am employed in the County of Orange, State of California. I am over 18 years of age, and not a party to the within action; my business address is 5 Hutton Centre, Suite 700, Santa Ana, California 92707.

On the date below, I served the following document(s): **NOTICE OF WITHDRAWAL OF NOTICE OF APPEARANCE** on the interested parties in this action, as follows:

| | |
|---|---|
| Robert T. Mackey, Esq.<br>Gregory Selarz, Esq.<br>Adam E. Wayne, Esq.<br>VEATCH CARLSON, LLP<br>1055 Wilshire Blvd. 11th Floor<br>Los Angeles, CA 90017<br>213-381-2861; direct 213-404-1175<br>Fax 213-383-6370<br>rmackey@veatchfirm.com<br>gselarz@veachtfirm.com<br>awayne@veatchfirm.com<br>Christina Rodriguez:<br>crodriguez@veatchfirm.com<br>[Attorneys for Patricia Cronin] | Tim E. Simmen, Esq.<br>FLOYD SKEREN MANUKIAN LANGEVIN, LLP<br>2045 West Orangewood Ave., Suite A<br>Orange, CA 92868<br>714-558-8892 ext 7958; 714-450-7958 Direct<br>Fax 714-558-8759<br>tim.simmen@floydskerenlaw.com<br>orangemail@floydskerenlaw.com<br>[Attorneys for Frontier Communications Corporation] |

Stephen E. Hessler, Esq.
KIRKLAND & ELLIS, LLP
601 Lexington Ave.
New York, NY 10022
212-446-4800
stephen.hessler@kirkland.com
[BK Attorneys for Frontier]

__X__    **BY E-MAIL OR ELECTRONIC TRANSMISSION**: Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the e-mail addresses listed above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury, pursuant to the laws of the State of California that the foregoing is true and correct, and that this proof of service was executed on July _6_, 2021, at Santa Ana, California.

JUDI FORTNEY

Re:    <u>Badar v. Cronin, et al.</u>

2