# EXHIBIT A

# Proposed Order

**Hearing Date: October 28, 2021, at 10:00 am (prevailing Eastern Time)**
**Objection Deadline: October 21, 2021, at 4:00 pm (prevailing Eastern Time)**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x
In re                                                         :    Chapter 11
                                                              :
FRONTIER COMMUNICATIONS                                       :    Case No. 20-22476 (RDD)
CORPORATION, *et al.*,[1]                                     :
                                                              :    (Jointly Administered)
                                        Debtor.               :
------------------------------------------------------------- x

## ORDER AUTHORIZING COPYRIGHT CLAIMANTS
## TO FILE AMENDED PROOFS OF CLAIM

Upon the motion, dated September 3, 2021 (the "Motion"), of claimants UMG Recordings, Inc., Capitol Records, LLC, and ABKCO Music & Records, Inc. (collectively, the "Universal Claimants"); Sony Music Entertainment, Arista Music, Arista Records LLC, LaFace Records LLC, Sony Music Entertainment US Latin, Volcano Entertainment III, L.L.C., and Zomba Recording LLC (collectively, the "Sony Claimants"); and Atlantic Recording Corporation, Atlantic Records Group LLC, Bad Boy Records LLC, Big Beat Records Inc., Elektra Entertainment Group Inc., Fueled by Ramen LLC, Lava Records LLC, Maverick Recording Company, Nonesuch Records Inc., Rhino Entertainment Company, Rhino Entertainment LLC, Roadrunner Records, Inc., Warner Music Inc., Warner Music International Services Limited, Warner Music Nashville LLC, and Warner Records Inc. (collectively, the "Warner Claimants," and together with the Universal Claimants and the Sony Claimants, the "Copyright Claimants") for entry of an order pursuant to Federal Rule of Civil Procedure 15 and Federal Rule of Bankruptcy Procedure 7015 granting leave to amend Proofs of Claim

---

[1] The last four digits of Debtor Frontier Communications Corporation's tax identification number are 9596. Due to the large number of debtor entities in these chapter 11 cases, for which the Court has ordered joint administration, a complete list of the debtor entities and the last four digits of their federal tax identification numbers are not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.primeclerk.com/ftr. The location of the Debtors' service address for purposes of these chapter 11 cases is: 50 Main Street, Suite 1000, White Plains, New York 10606.

3560, 3821, 3822, and 3823 (the "Proofs of Claim"); and due and sufficient notice of the Motion having been given under the circumstances; and it appearing that no other or further notice need be provided; and, after due deliberation of the Motion and all of the proceedings had before this Court, the Court having concluded that the Copyright Claimants have established sufficient cause for the relief granted herein; it is hereby ORDERED that:

1. The Motion is granted.

2. The Copyright Claimants are authorized, pursuant to Federal Rule Civil Procedure 15 and Federal Rule of Bankruptcy Procedure 7015, to amend Exhibit A to each of the Proofs of Claim.

3. The Copyright Claimants are directed to file with the claims agent, not later than seven days after entry of this Order, amended Proofs of Claim that conform to the amended versions of Exhibit A to each of the Proofs of Claim.

4. This Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.


Dated: White Plains, New York
       October __, 2021

                                              _____
                                              HONORABLE ROBERT D. DRAIN
                                              UNITED STATES BANKRUPTCY JUDGE