**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| FRONTIER COMMUNICATIONS CORPORATION, *et al.*,[1] | ) Case No. 20-22476 (RDD) |
| | ) |
| Reorganized Debtors. | ) (Jointly Administered) |
| | ) |

**PRE-TRIAL ORDER ESTABLISHING AN ADJUDICATION SCHEDULE, DISCOVERY LIMITATIONS, AND EVIDENTIARY HEARING PROCEDURES WITH RESPECT TO CLAIMS ASSERTED BY INTELLECTUAL VENTURES II LLC**

Upon the objection (the "Objection")[2] of the above-captioned reorganized debtors (collectively, the "Reorganized Debtors") seeking entry of an order disallowing each of the IV Claims and/or establishing an adjudication schedule related thereto, all as more fully set forth in the Objection; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157(a)-(b) and 1334(b) and the *Amended Standing Order of Reference from the United States District Court for the Southern District of New York*, dated January 31, 2012; and this Court having found that venue of in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the Reorganized Debtors' notice of the Objection was due and sufficient under the circumstances and that no other notice need be provided; and upon the *Response of Intellectual*

---

[1] Due to the large number of debtor entities in these chapter 11 cases, for which the Court has ordered joint administration, a complete list of the debtor entities and the last four digits of their federal tax identification numbers are not provided herein. A complete list of such information may be obtained on the website of the Reorganized Debtors' claims and noticing agent at https://cases.primeclerk.com/ftr. The location of the Reorganized Debtors' service address for purposes of these chapter 11 cases is: 50 Main Street, Suite 1000, White Plains, New York 10606.

[2] Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the *Reorganized Debtors' Omnibus Objection to Claims Asserted by Intellectual Ventures II LLC* [Docket No. 2017] (the "Objection").

*Ventures II LLC to the Reorganized Debtors' Omnibus Objection to Claims Asserted by Intellectual Ventures II LLC* with exhibits thereto [Docket No. 2029] and the *Reorganized Debtors' Reply to the Response of Intellectual Ventures II LLC to the Reorganized Debtors' Omnibus Objection to Claims Asserted by Intellectual Ventures II LLC* [Docket No. 2031]; and this Court having held an initial hearing in the nature of a scheduling conference (the "Hearing"), having been informed that the parties have agreed to the form of this Order, and having determined that there is just cause for the relief granted herein; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. The IV Claims, which are identified on **Schedule 1** to this Order, and the Reorganized Debtors' objection thereto, shall be adjudicated with respect to the issue of damages according to the schedule, discovery limitations, and evidentiary hearing procedures attached hereto as **Schedule 2** (the "Adjudication Schedule"), subject to modification by the this Court or by agreement of the parties and consent of the Court. The Reorganized Debtors' objections to liability, as set forth in the Objection, shall be adjudicated (if necessary) on a schedule to be determined.

2. Nothing in this Order shall be deemed or construed as: (a) an admission as to the validity of any particular claim against a Reorganized Debtor entity, (b) a waiver of the Reorganized Debtors' or IV's rights to dispute any particular claim or defense on any grounds whatsoever, (c) a promise or requirement to pay any particular claim, (d) an implication or admission that any particular claim is of a type specified or defined in the Objection or any order granting the relief requested by this Order as related to the Objection, (e) a request or authorization to assume any prepetition agreement, contract, or lease pursuant to section 365 of the Bankruptcy

Code, or (f) a waiver or limitation of the Reorganized Debtors' rights or IV's rights under the Bankruptcy Code or any other applicable law.

3. Notice of the Objection, as provided therein, shall be deemed good and sufficient notice of the Objection, and the requirements set forth in rule 9013-1(b) of the Local Rules for the United States Bankruptcy Court for the Southern District of New York are satisfied.

4. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

5. Notwithstanding the relief granted in this Order, nothing in this Order shall alter any party's rights to advance any argument or defense before this Court in relation to any of the IV Claims, and all such arguments are expressly preserved.

White Plains, New York
Dated: November 29, 2021

*/s/ Robert D. Drain*
THE HONORABLE ROBERT D. DRAIN
UNITED STATES BANKRUPTCY JUDGE

## Schedule 1

### (IV Claims)

### IV GUC Claims

|    | Claimant | Claim # | Date Filed | Asserted Unsecured Claim Amount |
|----|----------|---------|------------|---------------------------------|
| 1  | Intellectual Ventures II LLC | 2365 | Aug. 18, 2020 | Together, with all other IV GUC Claims: $9,396,000 |
| 2  | Intellectual Ventures II LLC | 2366 | Aug. 19, 2020 | Together, with all other IV GUC Claims: $9,396,000 |
| 3  | Intellectual Ventures II LLC | 2367 | Aug. 19, 2020 | Together, with all other IV GUC Claims: $9,396,000 |
| 4  | Intellectual Ventures II LLC | 2371 | Aug. 19, 2020 | Together, with all other IV GUC Claims: $9,396,000 |
| 5  | Intellectual Ventures II LLC | 2401 | Aug. 18, 2020 | Together, with all other IV GUC Claims: $9,396,000 |
| 6  | Intellectual Ventures II LLC | 2407 | Aug. 19, 2020 | Together, with all other IV GUC Claims: $9,396,000 |
| 7  | Intellectual Ventures II LLC | 2415 | Aug. 18, 2020 | Together, with all other IV GUC Claims: $9,396,000 |
| 8  | Intellectual Ventures II LLC | 2433 | Aug. 18, 2020 | Together, with all other IV GUC Claims: $9,396,000 |
| 9  | Intellectual Ventures II LLC | 2453 | Aug. 18, 2020 | Together, with all other IV GUC Claims: $9,396,000 |
| 10 | Intellectual Ventures II LLC | 2461 | Aug. 18, 2020 | Together, with all other IV GUC Claims: $9,396,000 |
| 11 | Intellectual Ventures II LLC | 2469 | Aug. 18, 2020 | Together, with all other IV GUC Claims: $9,396,000 |
| 12 | Intellectual Ventures II LLC | 2472 | Aug. 18, 2020 | Together, with all other IV GUC Claims: $9,396,000 |

|    | **Claimant**                  | **Claim #** | **Date Filed** | **Asserted Unsecured Claim Amount**                          |
|----|-------------------------------|-------------|----------------|--------------------------------------------------------------|
| 13 | Intellectual Ventures II LLC  | 2513        | Aug. 19, 2020  | Together, with all other IV GUC Claims: $9,396,000           |
| 14 | Intellectual Ventures II LLC  | 2514        | Aug. 19, 2020  | Together, with all other IV GUC Claims: $9,396,000           |
| 15 | Intellectual Ventures II LLC  | 2519        | Aug. 18, 2020  | Together, with all other IV GUC Claims: $9,396,000           |
| 16 | Intellectual Ventures II LLC  | 2521        | Aug. 18, 2020  | Together, with all other IV GUC Claims: $9,396,000           |
| 17 | Intellectual Ventures II LLC  | 2526        | Aug. 18, 2020  | Together, with all other IV GUC Claims: $9,396,000           |
| 18 | Intellectual Ventures II LLC  | 2529        | Aug. 18, 2020  | Together, with all other IV GUC Claims: $9,396,000           |
| 19 | Intellectual Ventures II LLC  | 2532        | Aug. 18, 2020  | Together, with all other IV GUC Claims: $9,396,000           |
| 20 | Intellectual Ventures II LLC  | 2535        | Aug. 18, 2020  | Together, with all other IV GUC Claims: $9,396,000           |
| 21 | Intellectual Ventures II LLC  | 2536        | Aug. , 2020    | Together, with all other IV GUC Claims: $9,396,000           |
| 22 | Intellectual Ventures II LLC  | 2538        | Aug. 18, 2020  | Together, with all other IV GUC Claims: $9,396,000           |
| 23 | Intellectual Ventures II LLC  | 2539        | Aug. 18, 2020  | Together, with all other IV GUC Claims: $9,396,000           |
| 24 | Intellectual Ventures II LLC  | 2540        | Aug. 18, 2020  | Together, with all other IV GUC Claims: $9,396,000           |
| 25 | Intellectual Ventures II LLC  | 2541        | Aug. 18, 2020  | Together, with all other IV GUC Claims: $9,396,000           |
| 26 | Intellectual Ventures II LLC  | 2542        | Aug. 18, 2020  | Together, with all other IV GUC Claims: $9,396,000           |

|    | **Claimant** | **Claim #** | **Date Filed** | **Asserted Unsecured Claim Amount** |
|----|---|---|---|---|
| 27 | Intellectual Ventures II LLC | 2543 | Aug. 18, 2020 | Together, with all other IV GUC Claims: $9,396,000 |
| 28 | Intellectual Ventures II LLC | 2544 | Aug. 18, 2020 | Together, with all other IV GUC Claims: $9,396,000 |
| 29 | Intellectual Ventures II LLC | 2545 | Aug. 18, 2020 | Together, with all other IV GUC Claims: $9,396,000 |
| 30 | Intellectual Ventures II LLC | 2547 | Aug. 18, 2020 | Together, with all other IV GUC Claims: $9,396,000 |
| 31 | Intellectual Ventures II LLC | 2548 | Aug. 19, 2020 | Together, with all other IV GUC Claims: $9,396,000 |
| 32 | Intellectual Ventures II LLC | 2549 | Aug. 19, 2020 | Together, with all other IV GUC Claims: $9,396,000 |
| 33 | Intellectual Ventures II LLC | 2551 | Aug. 18, 2020 | Together, with all other IV GUC Claims: $9,396,000 |
| 34 | Intellectual Ventures II LLC | 2552 | Aug. 18, 2020 | Together, with all other IV GUC Claims: $9,396,000 |
| 35 | Intellectual Ventures II LLC | 2553 | Aug. 18, 2020 | Together, with all other IV GUC Claims: $9,396,000 |
| 36 | Intellectual Ventures II LLC | 2554 | Aug. 18, 2020 | Together, with all other IV GUC Claims: $9,396,000 |
| 37 | Intellectual Ventures II LLC | 2555 | Aug. 18, 2020 | Together, with all other IV GUC Claims: $9,396,000 |
| 38 | Intellectual Ventures II LLC | 2556 | Aug. 19, 2020 | Together, with all other IV GUC Claims: $9,396,000 |
| 39 | Intellectual Ventures II LLC | 2557 | Aug. 18, 2020 | Together, with all other IV GUC Claims: $9,396,000 |
| 40 | Intellectual Ventures II LLC | 2558 | Aug. 18, 2020 | Together, with all other IV GUC Claims: $9,396,000 |

|    | **Claimant**                  | **Claim #** | **Date Filed** | **Asserted Unsecured Claim Amount**                          |
|----|-------------------------------|-------------|----------------|--------------------------------------------------------------|
| 41 | Intellectual Ventures II LLC  | 2559        | Aug. 18, 2020  | Together, with all other IV GUC Claims: $9,396,000           |
| 42 | Intellectual Ventures II LLC  | 2562        | Aug. 18, 2020  | Together, with all other IV GUC Claims: $9,396,000           |
| 43 | Intellectual Ventures II LLC  | 2563        | Aug. 18, 2020  | Together, with all other IV GUC Claims: $9,396,000           |
| 44 | Intellectual Ventures II LLC  | 2564        | Aug. 18, 2020  | Together, with all other IV GUC Claims: $9,396,000           |
| 45 | Intellectual Ventures II LLC  | 2566        | Aug. 18, 2020  | Together, with all other IV GUC Claims: $9,396,000           |
| 46 | Intellectual Ventures II LLC  | 2567        | Aug. 18, 2020  | Together, with all other IV GUC Claims: $9,396,000           |
| 47 | Intellectual Ventures II LLC  | 2568        | Aug. 18, 2020  | Together, with all other IV GUC Claims: $9,396,000           |
| 48 | Intellectual Ventures II LLC  | 2570        | Aug. 18, 2020  | Together, with all other IV GUC Claims: $9,396,000           |
| 49 | Intellectual Ventures II LLC  | 2571        | Aug. 18, 2020  | Together, with all other IV GUC Claims: $9,396,000           |
| 50 | Intellectual Ventures II LLC  | 2572        | Aug. 18, 2020  | Together, with all other IV GUC Claims: $9,396,000           |
| 51 | Intellectual Ventures II LLC  | 2574        | Aug. 18, 2020  | Together, with all other IV GUC Claims: $9,396,000           |
| 52 | Intellectual Ventures II LLC  | 2575        | Aug. 18, 2020  | Together, with all other IV GUC Claims: $9,396,000           |
| 53 | Intellectual Ventures II LLC  | 2577        | Aug. 18, 2020  | Together, with all other IV GUC Claims: $9,396,000           |
| 54 | Intellectual Ventures II LLC  | 2579        | Aug. 18, 2020  | Together, with all other IV GUC Claims: $9,396,000           |

|    | **Claimant** | **Claim #** | **Date Filed** | **Asserted Unsecured Claim Amount** |
|----|---|---|---|---|
| 55 | Intellectual Ventures II LLC | 2580 | Aug. 19, 2020 | Together, with all other IV GUC Claims: $9,396,000 |
| 56 | Intellectual Ventures II LLC | 2581 | Aug. 18, 2020 | Together, with all other IV GUC Claims: $9,396,000 |
| 57 | Intellectual Ventures II LLC | 2582 | Aug. 18, 2020 | Together, with all other IV GUC Claims: $9,396,000 |
| 58 | Intellectual Ventures II LLC | 2583 | Aug. 18, 2020 | Together, with all other IV GUC Claims: $9,396,000 |
| 59 | Intellectual Ventures II LLC | 2584 | Aug. 19, 2020 | Together, with all other IV GUC Claims: $9,396,000 |
| 60 | Intellectual Ventures II LLC | 2585 | Aug. 18, 2020 | Together, with all other IV GUC Claims: $9,396,000 |
| 61 | Intellectual Ventures II LLC | 2586 | Aug. 18, 2020 | Together, with all other IV GUC Claims: $9,396,000 |
| 62 | Intellectual Ventures II LLC | 2587 | Aug. 19, 2020 | Together, with all other IV GUC Claims: $9,396,000 |
| 63 | Intellectual Ventures II LLC | 2588 | Aug. 18, 2020 | Together, with all other IV GUC Claims: $9,396,000 |
| 64 | Intellectual Ventures II LLC | 2589 | Aug. 19, 2020 | Together, with all other IV GUC Claims: $9,396,000 |
| 65 | Intellectual Ventures II LLC | 2590 | Aug. 19, 2020 | Together, with all other IV GUC Claims: $9,396,000 |
| 66 | Intellectual Ventures II LLC | 2591 | Aug. 19, 2020 | Together, with all other IV GUC Claims: $9,396,000 |
| 67 | Intellectual Ventures II LLC | 2592 | Aug. 19, 2020 | Together, with all other IV GUC Claims: $9,396,000 |
| 68 | Intellectual Ventures II LLC | 2593 | Aug. 19, 2020 | Together, with all other IV GUC Claims: $9,396,000 |

|    | **Claimant**                | **Claim #** | **Date Filed** | **Asserted Unsecured Claim Amount**                          |
|----|-----------------------------|-------------|----------------|--------------------------------------------------------------|
| 69 | Intellectual Ventures II LLC | 2594        | Aug. 19, 2020  | Together, with all other IV GUC Claims: $9,396,000           |
| 70 | Intellectual Ventures II LLC | 2597        | Aug. 19, 2020  | Together, with all other IV GUC Claims: $9,396,000           |
| 71 | Intellectual Ventures II LLC | 2598        | Aug. 19, 2020  | Together, with all other IV GUC Claims: $9,396,000           |
| 72 | Intellectual Ventures II LLC | 2599        | Aug. 19, 2020  | Together, with all other IV GUC Claims: $9,396,000           |
| 73 | Intellectual Ventures II LLC | 2600        | Aug. 19, 2020  | Together, with all other IV GUC Claims: $9,396,000           |
| 74 | Intellectual Ventures II LLC | 2601        | Aug. 19, 2020  | Together, with all other IV GUC Claims: $9,396,000           |
| 75 | Intellectual Ventures II LLC | 2602        | Aug. 19, 2020  | Together, with all other IV GUC Claims: $9,396,000           |
| 76 | Intellectual Ventures II LLC | 2603        | Aug. 19, 2020  | Together, with all other IV GUC Claims: $9,396,000           |
| 77 | Intellectual Ventures II LLC | 2606        | Aug. 19, 2020  | Together, with all other IV GUC Claims: $9,396,000           |
| 78 | Intellectual Ventures II LLC | 2607        | Aug. 19, 2020  | Together, with all other IV GUC Claims: $9,396,000           |
| 79 | Intellectual Ventures II LLC | 2608        | Aug. 19, 2020  | Together, with all other IV GUC Claims: $9,396,000           |
| 80 | Intellectual Ventures II LLC | 2609        | Aug. 19, 2020  | Together, with all other IV GUC Claims: $9,396,000           |
| 81 | Intellectual Ventures II LLC | 2610        | Aug. 19, 2020  | Together, with all other IV GUC Claims: $9,396,000           |
| 82 | Intellectual Ventures II LLC | 2611        | Aug. 19, 2020  | Together, with all other IV GUC Claims: $9,396,000           |

|    | **Claimant**                  | **Claim #** | **Date Filed** | **Asserted Unsecured Claim Amount**                          |
|----|-------------------------------|-------------|----------------|--------------------------------------------------------------|
| 83 | Intellectual Ventures II LLC  | 2612        | Aug. 19, 2020  | Together, with all other IV GUC Claims: $9,396,000           |
| 84 | Intellectual Ventures II LLC  | 2615        | Aug. 19, 2020  | Together, with all other IV GUC Claims: $9,396,000           |
| 85 | Intellectual Ventures II LLC  | 2616        | Aug. 19, 2020  | Together, with all other IV GUC Claims: $9,396,000           |
| 86 | Intellectual Ventures II LLC  | 2617        | Aug. 19, 2020  | Together, with all other IV GUC Claims: $9,396,000           |
| 87 | Intellectual Ventures II LLC  | 2618        | Aug. 18, 2020  | Together, with all other IV GUC Claims: $9,396,000           |
| 88 | Intellectual Ventures II LLC  | 2619        | Aug. 19, 2020  | Together, with all other IV GUC Claims: $9,396,000           |
| 89 | Intellectual Ventures II LLC  | 2621        | Aug. 19, 2020  | Together, with all other IV GUC Claims: $9,396,000           |
| 90 | Intellectual Ventures II LLC  | 2622        | Aug. 19, 2020  | Together, with all other IV GUC Claims: $9,396,000           |
| 91 | Intellectual Ventures II LLC  | 2624        | Aug. 19, 2020  | Together, with all other IV GUC Claims: $9,396,000           |
| 92 | Intellectual Ventures II LLC  | 2625        | Aug. 19, 2020  | Together, with all other IV GUC Claims: $9,396,000           |
| 93 | Intellectual Ventures II LLC  | 2626        | Aug. 19, 2020  | Together, with all other IV GUC Claims: $9,396,000           |
| 94 | Intellectual Ventures II LLC  | 2627        | Aug. 19, 2020  | Together, with all other IV GUC Claims: $9,396,000           |
| 95 | Intellectual Ventures II LLC  | 2628        | Aug. 19, 2020  | Together, with all other IV GUC Claims: $9,396,000           |
| 96 | Intellectual Ventures II LLC  | 2630        | Aug. 19, 2020  | Together, with all other IV GUC Claims: $9,396,000           |

|     | **Claimant** | **Claim #** | **Date Filed** | **Asserted Unsecured Claim Amount** |
| --- | --- | --- | --- | --- |
| 97 | Intellectual Ventures II LLC | 2631 | Aug. 19, 2020 | Together, with all other IV GUC Claims: $9,396,000 |
| 98 | Intellectual Ventures II LLC | 2632 | Aug. 19, 2020 | Together, with all other IV GUC Claims: $9,396,000 |
| 99 | Intellectual Ventures II LLC | 2633 | Aug. 19, 2020 | Together, with all other IV GUC Claims: $9,396,000 |
| 100 | Intellectual Ventures II LLC | 2634 | Aug. 19, 2020 | Together, with all other IV GUC Claims: $9,396,000 |
| 101 | Intellectual Ventures II LLC | 2671 | Aug. 25, 2020 | Together, with all other IV GUC Claims: $9,396,000 |

**IV Administrative Claims**

|     | **Claimant** | **Claim #** | **Date Filed** | **Asserted Unsecured Claim Amount** |
| --- | --- | --- | --- | --- |
| 1 | Intellectual Ventures II LLC | *Request for Payment of Administrative Expense for Post-Petition Infringement of Patents Held by Intellectual Ventures II LLC* [Docket No. 1880] | June 1, 2021 | $1,699,102 |

11

## Schedule 2

**(Adjudication Schedule,
Discovery Limitations, and Evidentiary Hearing Procedures)**

*Adjudication Schedule*

| Date | Event |
| --- | --- |
| Nov. 22, 2021 | Parties to make initial disclosures of persons likely to have discoverable information, substantially per Fed. R. Civ. P. 26(a)(1) |
| Nov. 22, 2021 | IV to serve infringement contentions for each asserted claim of each Asserted Patent, substantially as asserted in prior litigation plus a stipulation or new charts as to the '275 patent. |
| Dec. 15, 2022 | Mutual disclosure of fact witnesses to provide testimony at trial (with a maximum of 3 fact witnesses per side). |
| Jan. 15, 2022 | Parties shall substantially complete all document production in response to document requests. |
| Feb. 14, 2022 | The parties shall complete all fact discovery, including all fact depositions of any third parties. |
| Feb. 28, 2022 | IV opening damages expert report per Fed.R.Civ.P. 26 |
| Mar. 20, 2022 | Frontier responsive damages expert report per Fed.R.Civ.P. 26 |
| April 6, 2022 | Completion of expert discovery/depositions of IV expert(s) |
| April 15, 2022 | Completion of expert discovery/depositions of Frontier expert(s) |
| April 22, 2022 | Parties to each file and email to Chambers written technology tutorials, which shall not exceed 15 pages. |
| April 29, 2022 | Parties to file pretrial briefs, which shall not exceed 25 pages. |
| May 5, 2022 | Parties to exchange and submit to Chambers all written direct examinations. |
| May 10-11, 2022 | Evidentiary hearing on the IV Claims. |

*Discovery Limitations*

(a)    Unless otherwise stated herein or elsewhere by the Court (*e.g.* incorporating Fed. R. Civ. P. 26 per above), the Federal Rules of Civil Procedure as incorporated by the Federal Rules of Bankruptcy Procedure shall govern discovery.

(b)    Unless otherwise agreed by the parties in writing, discovery responses shall be due 14 days after service.

(c)    Any deposition notice propounded pursuant to Fed. R. Civ. P. 30(b)(6) shall be limited to 5 categories with no subparts.

(d)    For each side, there is a maximum of 5 requests for admission, 10 requests for production of documents, and 8 interrogatories.

(e)    Documents shall be produced, when not in native format, as single-page TIFFs with standard load file and reasonably available metadata, the parties to work in good faith to resolve any disagreements as to relevant metadata fields.

*Evidentiary Hearing Procedures*

(f)    Direct examinations of witnesses (including expert witnesses) that are within the parties' control shall be submitted to the Bankruptcy Court in writing in accordance with the Court's Chambers Rules; cross-examination and re-direct shall be conducted live.

(g)    The parties shall in good faith agree on the admissibility of their proposed exhibits and submit a compendium of agreed admissible exhibits to Chambers one week before the evidentiary hearing. Exhibits whose admissibility is not agreed and rebuttal exhibits shall be provided to Chambers in separate compendiums one week before the evidentiary hearing.