| | |
|---|---|
| Stephen E. Hessler, P.C. | Chad J. Husnick, P.C. |
| Mark McKane, P.C. (admitted *pro hac vice*) | **KIRKLAND & ELLIS LLP** |
| Patrick Venter | **KIRKLAND & ELLIS INTERNATIONAL LLP** |
| **KIRKLAND & ELLIS LLP** | 300 North LaSalle Street |
| **KIRKLAND & ELLIS INTERNATIONAL LLP** | Chicago, Illinois 60654 |
| 601 Lexington Avenue | Telephone:   (312) 862-2000 |
| New York, New York 10022 | Facsimile:    (312) 862-2200 |
| Telephone:   (212) 446-4800 | |
| Facsimile:    (212) 446-4900 | |

*Counsel to the Reorganized Debtors*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| FRONTIER COMMUNICATIONS CORPORATION, *et al.*,[1] | ) ) ) | Case No. 20-22476 (RDD) |
| | ) | |
| Reorganized Debtors. | ) ) | (Jointly Administered) |

**NOTICE OF CANCELLATION**
**OF THE HEARING SCHEDULED FOR JANUARY 26, 2022**

**PLEASE TAKE NOTICE** that the hearing scheduled for **January 26, 2022, at 2:00 p.m., prevailing Eastern Time** (the "Hearing"), before the Honorable Robert D. Drain, United States Bankruptcy Judge, 300 Quarropas Street, White Plains, New York 10601 (the "Court"), **has been cancelled**.

**PLEASE TAKE FURTHER NOTICE** that the Court has agreed to grant the relief requested in the *Reorganized Debtors' Fourth Motion for Entry of an Order Extending the Time to File Notices of Removal of Civil Actions* [Docket No. 2044].

---

[1] Due to the large number of debtor entities in these chapter 11 cases, for which the Court has ordered joint administration, a complete list of the debtor entities and the last four digits of their federal tax identification numbers are not provided herein. A complete list of such information may be obtained on the website of the Reorganized Debtors' claims and noticing agent at https://cases.primeclerk.com/ftr. The location of the Reorganized Debtors' service address for purposes of these chapter 11 cases is: 401 Merritt 7, Norwalk, CT 06851.

**PLEASE TAKE FURTHER NOTICE** that in light of the forgoing, there is no need for the Hearing.

**PLEASE TAKE FURTHER NOTICE** that copies of all documents filed in these chapter 11 cases may be obtained free of charge by visiting the website of Prime Clerk LLC at https://cases.primeclerk.com/ftr. You may also obtain copies of any pleadings by visiting the Court's website at http://www.nysb.uscourts.gov in accordance with the procedures and fees set forth therein.

[*Remainder of page intentionally left blank.*]

| | |
|---|---|
| Dated: January 24, 2022<br>New York, New York | */s/ Stephen E. Hessler*<br>Stephen E. Hessler, P.C.<br>Mark McKane, P.C. (admitted *pro hac vice*)<br>Patrick Venter<br>**KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>601 Lexington Avenue<br>New York, New York 10022<br>Telephone:   (212) 446-4800<br>Facsimile:    (212) 446-4900<br><br>- and -<br><br>Chad J. Husnick, P.C.<br>**KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>300 North LaSalle Street<br>Chicago, Illinois 60654<br>Telephone:   (312) 862-2000<br>Facsimile:    (312) 862-2200<br><br>*Counsel to the Reorganized Debtors* |