UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| | ) Case No. 20-22476 (MG) |
| FRONTIER COMMUNICATIONS | ) |
| CORPORATION *et al.*, | ) Judge Martin Glenn |
| | ) |
| Reorganized Debtors. | ) (Jointly Administered) |
| | ) |

**ORDER SETTING
CASE MANAGEMENT AND SCHEDULING CONFERENCE**

This case was reassigned to me on May 3, 2022. In order to become fully familiar with all unresolved matters currently pending in the Court relating to this case, the Court will hold a Case Management and Scheduling Conference on Tuesday, May 11, 2022, at 2:00 p.m. The Conference will take place using Zoom for Government.

Anyone wishing to appear by Zoom at the Conference shall follow the instructions contained in the next paragraph:

> The Court shall provide a Zoom link to those persons who have made an eCourtAppearance by 4 PM the business day before the hearing. Any party appearing at, listening to, or observing the Hearing, must make an electronic appearance, an eCourtAppearance, by using the eCourtAppearance portal located on the Court's website, https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl, or by clicking the "eCourtAppearances" tab on Judge Glenn's page of the Court's website at, http://www.nysb.uscourts.gov/content/judge-martin-glenn. After the deadline to make appearances passes, the Court will send Outlook invitations to those persons who made eCourtAppearances, using the email addresses submitted with those appearances.

Counsel for the Reorganized Debtors and for Intellectual Ventures II LLC *shall* appear at the conference. The Court is aware that those parties were preparing for an evidentiary hearing previously scheduled for May 10-11, 2022. The hearing date is adjourned, and the remaining dates for filing testimony and exhibits provided in Schedule 2 of the Pre-Trial Order, *etc.*, ECF

1

Doc. # 2037, are adjourned. To be clear, however, the Court expects to proceed expeditiously to complete all remaining filings in this contested matter and schedule new evidentiary hearing dates. Those issues will be taken up at the Conference, including a discussion of the pending sealing motions.

Additionally, the Court directs the Reorganized Debtors' counsel to file, on or before 5:00 p.m., Monday, May 9, 2022, a written status report identifying all other unresolved matters in the chapter 11 case requiring decision by this Court. The Court understands that contested matters involving other claims objections also are pending, as well as a so-far undecided motion to withdraw the reference pending in the District Court. Please identify each of these unresolved matters with the relevant ECF pleading numbers for each unresolved matter.

**IT IS SO ORDERED.**

Dated:   May 4, 2022
         New York, New York

*Martin Glenn*
MARTIN GLENN
Chief United States Bankruptcy Judge