| | |
|---|---|
| Stephen E. Hessler, P.C.<br>Mark McKane, P.C. (admitted *pro hac vice*)<br>Patrick Venter<br>**KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>601 Lexington Avenue<br>New York, New York 10022<br>Telephone:     (212) 446-4800<br>Facsimile:      (212) 446-4900 | Chad J. Husnick, P.C.<br>**KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>300 North LaSalle Street<br>Chicago, Illinois 60654<br>Telephone:     (312) 862-2000<br>Facsimile:      (312) 862-2200 |
| Rubén Castillo (admitted *pro hac vice*)<br>Massimo F. D'Angelo<br>Ildefonso Mas (admitted *pro hac vice*)<br>**AKERMAN LLP**<br>71 South Wacker Drive, 47th Floor<br>Chicago, Illinois 60606<br>Telephone:     (312) 634-5700<br>Facsimile:      (312) 424-1900<br>*Co-Counsel to the Reorganized Debtors* | Timothy R. Shannon (admitted *pro hac vice*)<br>Seth S. Coburn (admitted *pro hac vice*)<br>**DUANE MORRIS LLP**<br>100 High Street, Suite 2400<br>Boston, Massachusetts 02110<br>Telephone:     (857) 488-4200<br>Facsimile:      (857) 488-4201 |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>FRONTIER COMMUNICATIONS<br>CORPORATION, *et al.*,[1]<br><br>　　　　　　Reorganized Debtors. | )　Chapter 11<br>)<br>)　Case No. 20-22476 (MG)<br>)<br>)　Judge Martin Glenn<br>)<br>)　(Jointly Administered)<br>) |

### NOTICE OF
### CASE MANAGEMENT AND SCHEDULING CONFERENCE

**PLEASE TAKE NOTICE** that, on May 4, 2022, the Bankruptcy Court entered the *Order Setting Case Management and Scheduling Conference* [Docket No. 2081] (the "Scheduling

---

[1] The Reorganized Debtors with open cases remaining in these chapter 11 cases (along with the last four digits of their federal tax identification numbers) are Frontier Communications Corporation (9596) and Frontier Southwest Incorporated (3444). Additional information about the Reorganized Debtors may be obtained on the website of the Reorganized Debtors' claims and noticing agent at https://cases.primeclerk.com/ftr. The location of the Reorganized Debtors' service address for purposes of these chapter 11 cases is: 401 Merritt 7, Norwalk, Connecticut 06851.

Order"),[2] which, *inter alia*, scheduled a Case Management and Scheduling Conference on "Tuesday, May 11, 2022, at 2:00 p.m." to facilitate the transfer of the above-captioned chapter 11 cases from the Honorable Judge Robert D. Drain to the Honorable Chief Judge Martin Glenn.

**PLEASE TAKE FURTHER NOTICE** that at Chambers' request, the Reorganized Debtors provide this notice to clarify that the Case Management and Scheduling Conference will be held on **Wednesday, May 11, 2022, at 2:00 p.m., prevailing Eastern Time**.

**PLEASE TAKE FURTHER NOTICE** that, as provided in the Scheduling Order, anyone wishing to appear by Zoom at the Case Management and Scheduling Conference shall follow the instructions provided in the Scheduling Order, which are duplicated herein for convenience:

> The Bankruptcy Court shall provide a Zoom link to those persons who have made an eCourtAppearance by 4 PM the business day before the hearing. Any party appearing at, listening to, or observing the Hearing, must make an electronic appearance, an eCourtAppearance, by using the eCourtAppearance portal located on the Bankruptcy Court's website, https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl, or by clicking the "eCourtAppearances" tab on Judge Glenn's page of the Bankruptcy Court's website at, http://www.nysb.uscourts.gov/content/judge-martin-glenn. After the deadline to make appearances passes, the Court will send Outlook invitations to those persons who made eCourtAppearances, using the email addresses submitted with those appearances.

[*Remainder of page intentionally left blank.*]

---

[2] Capitalized terms used but not defined herein shall have the meanings set forth in the Scheduling Order.

| | |
|---|---|
| Dated:  May 9, 2022<br>New York, New York | */s/ Stephen E. Hessler*<br>Stephen E. Hessler, P.C.<br>Mark McKane, P.C. (admitted *pro hac vice*)<br>Patrick Venter<br>**KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>601 Lexington Avenue<br>New York, New York 10022<br>Telephone:    (212) 446-4800<br>Facsimile:     (212) 446-4900<br><br>- and -<br><br>Chad J. Husnick, P.C.<br>**KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>300 North LaSalle Street<br>Chicago, Illinois 60654<br>Telephone:    (312) 862-2000<br>Facsimile:     (312) 862-2200<br><br>- and -<br><br>Rubén Castillo (admitted *pro hac vice*)<br>Massimo F. D'Angelo<br>Ildefonso Mas (admitted *pro hac vice*)<br>**AKERMAN LLP**<br>71 South Wacker Drive, 47th Floor<br>Chicago, Illinois 60606<br>Telephone:    (312) 634-5700<br>Facsimile:     (312) 424-1900<br><br>- and -<br><br>Timothy R. Shannon (admitted *pro hac vice*)<br>Seth S. Coburn (admitted *pro hac vice*)<br>**DUANE MORRIS LLP**<br>100 High Street, Suite 2400<br>Boston, Massachusetts 02110<br>Telephone:    (857) 488-4200<br>Facsimile:     (857) 488-4201<br><br>*Co-Counsel to the Reorganized Debtors* |