Mark McKane, P.C. (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900

Chad J. Husnick, P.C.
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
300 North LaSalle Street
Chicago, Illinois 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200

*Counsel to the Reorganized Debtors*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re: | Chapter 11 |
| FRONTIER COMMUNICATIONS CORPORATION, *et al.*,[1] | Case No. 20-22476 (MG) |
| Reorganized Debtors. | (Jointly Administered) |

**AGENDA FOR HEARING TO BE HELD**
**AUGUST 23, 2022, AT 2:00 P.M. (PREVAILING EASTERN TIME)**

Time and Date of Hearing: August 23, 2022, at 2:00 p.m. (prevailing Eastern Time)

Virtual-Only Hearing: In accordance with General Order M-543, dated March 20, 2020, the Hearing will be conducted via Zoom for Government. Any party wishing to participate in the Hearing must make an electronic appearance through the Bankruptcy Court's[2] website at https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl **on or before 4:00 p.m. (prevailing Eastern Time) on August 22, 2022.**

Members of the public who wish to listen to, **but not participate in**, the Hearing free of charge may do so by calling the following muted, listen-only number: (866) 331-1856; access code 8522012538.

---

[1] Due to the large number of debtor entities in these chapter 11 cases, for which the Court has ordered joint administration, a complete list of the reorganized debtor entities and the last four digits of their federal tax identification numbers are not provided herein. A complete list of such information may be obtained on the website of the Reorganized Debtors' claims and noticing agent at https://cases.primeclerk.com/ftr. The location of the Reorganized Debtors' service address for purposes of these chapter 11 cases is: 401 Merritt 7, Norwalk, CT 06851.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings set forth in the *Fifth Amended Joint Plan of Reorganization of Frontier Communications Corporation and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code* [Docket No. 984].

1

| Copies of Motions: | A copy of each pleading can be viewed on the Bankruptcy Court's website at http://www.nysb.uscourts.gov or the website of the Reorganized Debtors' notice and claims agent, Prime Clerk LLC, at https://cases.primeclerk.com/ftr. Further information may be obtained via email at ftrinfo@primeclerk.com, or by calling (877) 433-8020 (U.S. and Canada) or (646) 442-5842 (International). |
|---|---|

**I. Matters to be Heard.**

1. ***Motion for Leave to Serve Subpoena.*** Reorganized Debtors' Motion for Leave to Serve a Narrow Third-Party Subpoena on AT&T Corp. and Its Affiliates [Docket No. 2121].

    Related Documents:

    A. Affidavit of Andrew A. Wittenstein in Support of Reorganized Debtors' Motion for Leave to Serve a Narrow Third-Party Subpoena on AT&T Corp. and Its Affiliates [Docket No. 2122].

    B. Reorganized Debtors' Memorandum of Law in Support of Their Motion for Leave to Serve a Narrow Third-Party Subpoena on AT&T Corp. and Its Affiliates [Docket No. 2123].

    Objection Deadline: August 16, 2022.

    Responses Received:

    A. Intellectual Ventures II LLC's Objection to the Reorganized Debtors' Motion for Leave to Serve a Narrow Third-Party Subpoena on AT&T Corp. and its Affiliates [Docket No. 2127].

    B. Declaration of Jeffrey B. Plies in Support of Intellectual Ventures II LLC's Objection to the Reorganized Debtors' Motion for Leave to Serve a Narrow Third-Party Subpoena on AT&T Corp. and Its Affiliates [Docket No. 2128].

    C. Intellectual Ventures II LLC's Motion to Seal Certain Information in Its Objection to the Reorganized Debtors' Motion for Leave to Serve a Narrow Third-Party Subpoena on AT&T Corp. and Its Affiliates [Docket No. 2129].

    D. Reorganized Debtors' Reply Memorandum of Law in Further Support of Their Motion for Leave to Serve a Narrow Third-Party Subpoena on AT&T Corp. and Its Affiliates [Docket No. 2134].

    Status: This matter is going forward.

| | |
|---|---|
| Dated: August 21, 2022<br>New York, New York | /s/ *Chad J. Husnick*<br>Mark McKane, P.C. (admitted *pro hac vice*)<br>**KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>601 Lexington Avenue<br>New York, New York 10022<br>Telephone: (212) 446-4800<br>Facsimile: (212) 446-4900<br><br>- and -<br><br>Chad J. Husnick, P.C.<br>**KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>300 North LaSalle Street<br>Chicago, Illinois 60654<br>Telephone: (312) 862-2000<br>Facsimile: (312) 862-2200<br><br>*Counsel to the Reorganized Debtors* |