**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| | ) | Case No. 20-22476-MG |
| FRONTIER COMMUNICATIONS | ) | |
| CORPORATION *et al.*, | ) | Chief Judge Martin Glenn |
| | ) | |
| Reorganized Debtors. | ) | (Jointly Administered) |
| | ) | |

**ORDER CONTINUING TRIAL DATE**

The above-captioned Reorganized Debtors (the "Reorganized Debtors" or "Frontier") and claimant Intellectual Ventures II, LLC ("IV") (collectively, "the Parties") having provided a joint status report on August 29, 2022 as directed by the Court during the Parties' August 23, 2022 hearing; and the Parties having conferred with their witnesses; and this Court having found that the date of the evidentiary hearing previously scheduled in this matter ("trial"), *see generally* Pre-Trial Order (Dkt. No. 2037)), should be moved; it is HEREBY ORDERED THAT:

1. The bulk of trial shall be held on November 9, 2022 and November 10, 2022, starting at 9 AM each day, in Courtroom 523 (MG).  However, in light of the fact that Mr. Phil Green (the Reorganized Debtors' damages expert) has a previously-scheduled trial that week in

1

the United States District Court for the Southern District of Florida, he shall be presented when he is first available, which Frontier currently expects will be the following Monday, November 14, 2022. The trial will recommence on Monday, November 14, 2022 at 9:00 AM in Courtroom 523 (MG).

2.      28 days prior to trial (October 12th): Parties shall exchange exhibit lists and proposed stipulated facts. Parties to subsequently meet-and-confer prior to submission of direct testimony with regard to agreed-to exhibits (and labelling) and any stipulated facts.

3.      21 days prior to trial (October 19th): Parties shall: (1) file written direct testimony for all witnesses, (2) file stipulated facts with the court, (3) exchange pre-marked exhibits, and (4) file any motions *in limine*.

4.      14 days prior to trial (October 26th): Parties shall file Proposed Joint Pretrial Conference Order and oppositions to any motions *in limine*.

5.      30 days after trial (December 9th): Parties shall file post-trial briefs including proposed finding of facts and law.

New York, New York
Dated: September 6, 2022

                                        /s/Martin Glenn
                                    THE HONORABLE MARTIN GLENN
                                    CHIEF UNITED STATES BANKRUPTCY JUDGE