```
                                                          Page 1
 1   UNITED STATES BANKRUPTCY COURT

 2   SOUTHERN DISTRICT OF NEW YORK

 3   Case No. 20-22476-mg

 4   - - - - - - - - - - - - - - - - - - - - - - - - - - x

 5   In the Matter of:

 6

 7   FRONTIER COMMUNICATIONS CORPORATION,

 8

 9           Debtor.

10   - - - - - - - - - - - - - - - - - - - - - - - - - - x

11

12                   United States Bankruptcy Court

13                   One Bowling Green

14                   New York, NY  10004

15

16                   October 3, 2022

17                   9:56 AM

18

19

20

21   B E F O R E :

22   HON MARTIN GLENN

23   U.S. BANKRUPTCY JUDGE

24

25   ECRO:  KS
```

Page 2

1   HEARING re Case Management Conference Using Zoom for

2   Government. (Doc no. 2148)

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25   Transcribed by:  Sonya Ledanski Hyde

Page 3

1    A P P E A R A N C E S :

2

3    DUANE MORRIS LLP

4         Attorneys for the Debtor

5         100 High Street, Suite 2400

6         Boston, MA 04112

7

8    BY:   SETH COBURN

9         TIMOTHY R. SHANNON

10

11   FRIEDMAN WITTENSTEIN, PC

12        Attorneys for the Debtor

13        600 Lexington Avenue, 15th Floor

14        New York, NY 10022

15

16   BY:   ANDREW A. WITTENSTEIN

17

18   DECHERT LLP

19        Attorneys for Intellectual Ventures II LLC

20        2929 Arch Street

21        Philadelphia, PA 19104

22

23   BY:   JUDAH BELLIN

24        MARTIN BLACK

25

Page 4

1    DECHERT LLP

2         Attorneys for Intellectual Ventures II LLC

3         Three Bryant Park

4         1095 Avenue of the Americas

5         New York, NY 10036

6

7    BY:  DAVID A. HERMAN

8

9    DECHERT LLP

10        Attorneys for Intellectual Ventures II LLC

11        515 Congress Avenue, Suite 1400

12        Austin, TX 78701

13

14   BY:  JEFFREY PLIES

15

16   ALSO PRESENT TELEPHONICALLY:

17

18   KERRY STEVEN CULPEPPER

19   UDAY GORREPATI

20

21

22

23

24

25

1              P R O C E E D I N G S

2              CLERK:  All right, starting the recording for

3    October 3rd, 2022 at 10 a.m.  Calling Frontier

4    Communications Corporation, Case Number 20-22476.  Maybe we

5    can start with Andrew -- Mr. Wittstein -- Wittenstein?  If

6    you could unmute and give your appearance, please?  Sorry, I

7    can't hear you.

8              MR. WITTENSTEIN:  Can you hear me now?

9              CLERK:  Yes, I can.

10             MR. WITTENSTEIN:  Sorry about that.  Yeah, Andrew

11   Wittenstein from the firm of Friedman and Wittenstein, and

12   we are co-Counsel for Frontier.

13             CLERK:  Okay, thank you.  And are Timothy Shannon

14   or Seth Coburn going to be speaking?

15             MR. WITTENSTEIN:  I --

16             MR. SHANNON:  Good morning, good morning.  This is

17   Tim Shannon joining by phone.  Can you hear me?

18             CLERK:  Yes, I can, Tim.  Let me just re-name you.

19   Okay.

20             MR. SHANNON:  Sorry, I didn't know how to name

21   myself via phone.  Apologies.

22             CLERK:  No problem.  All right.  So Mr. Shannon,

23   and then Seth Coburn, is he going to be joining as well?

24             MR. SHANNON:  No, he will not be joining us this

25   morning, just me on behalf of Duane Morris on behalf of

```
                                                           Page 6
 1    Frontier.

 2            CLERK:  Okay, thank you.  And then, Counsel for

 3    Intellectual Ventures II LLC?  Who is going to be speaking

 4    first?

 5            MR. BLACK:  Martin Black here.

 6            CLERK:  Okay, thank you, Mr. Black.  And then

 7    Judah Bellin?  Are you going to be speaking?

 8            MR. BELLIN:  Will not be speaking, but I'm on the

 9    call.

10            CLERK:  Okay, thank you.  David?

11            MR. HERMAN:  David Herman.  I think it's unlikely

12    that I'll be speaking, but I'm here.

13            CLERK:  Okay, thank you.  And then is Jeffrey also

14    going to be joining?

15            MR. HERMAN:  He will not.

16            CLERK:  Jeffrey -- he will not be.  Okay, great.

17    All right, if everyone could please state their name each

18    time they speak on the Court record.  Also, this is a Court

19    proceeding.  Audio and video recording other than the

20    official court version is prohibited.  Judge, would you like

21    to start or would you like to wait a few minutes?

22            THE COURT:  No, we can start now.  All right,

23    we're here in Frontier Communications, 20-22476.  Case

24    matter in conference at the request of Mr. Wittenstein.  Do

25    you want to begin, Mr. Wittenstein?
```

Page 7

```
 1              MR. WITTENSTEIN:  Sure, thank you.  Good morning,
 2    Your Honor.  Andrew Wittenstein for Frontier.  Yes, we had
 3    asked for a hearing date.  We would like to file a motion to
 4    dismiss.  Our papers are ready to be filed today.  The
 5    motion is based on the inherent power of a court to dismiss
 6    where there has been an abuse of the judicial process.
 7              I am sorry to report that this case has involved
 8    continuous obstructionist conduct by adversaries in an
 9    effort to hide critical documents that are dispositive of
10    the case.  I want to say that I do not make this motion
11    lightly in my over 40 years of practice.  I've never made
12    such a motion, but I have also never encountered facts like
13    we have here.
14              And Your Honor may recall that at the hearing
15    about six weeks ago on August 23rd, when IV was trying to
16    block us from getting discovery from third party AT&T, we
17    weren't even seeking discovery from IV, if Your Honor
18    recalls.  I just wanted some third party discovery.
19              And Your Honor did remark at the hearing in
20    addressing IV's counsel is that you have been following this
21    course of making life as impossibly difficult as possible
22    for Frontier.  Well, when Your Honor made that apt
23    observation, Your Honor was not even aware of what had been
24    going on during the previous two years, which was the same
25    kind of obstructionist conduct designed to prevent the key
```

Page 8

1   documents from coming --

2           THE COURT:  Mr. Wittenstein --?

3           MR. WITTENSTEIN:  Yes?

4           THE COURT:  When did you get into this case?  You

5   just got into this case, you haven't been in it for two

6   years?

7           MR. WITTENSTEIN:  I got in in June, but my co-

8   counsel is --

9           THE COURT:  But your co-counsel didn't raise this.

10  You are.  You just got into this case.

11          MR. WITTENSTEIN:  Yes.  Well, we're raising it on

12  the basis of what's happened in the last six weeks.  And

13  also, on the basis of what transpired --

14          THE COURT:  You still haven't told me what's

15  happened in the last six weeks.

16          MR. WITTENSTEIN:  Oh sure, sure, Your Honor.  So

17  we wanted to get documents from AT&T.

18          THE COURT:  Did you get them?

19          MR. WITTENSTEIN:  We did.  And --

20          THE COURT:  So what's your complaint?

21          MR. WITTENSTEIN:  Okay.  Our complaint is that

22  they -- well, aside from objecting, they told the Court that

23  it was almost non-sensical that AT&T would produce anything

24  --

25          THE COURT:  Just tell me, what did you get from

Page 9

1    AT&T?  I don't want to hear what anybody told you.  What did

2    you get from AT&T?

3              MR. WITTENSTEIN:  We got what we consider sort of

4    a smoking gun type of document from AT&T that showed that

5    our opposing counsel was put on notice in the AT&T

6    litigation, which they handled, that the LANTIQ chip sets

7    were licensed.  And we believe that is what they did not --

8              THE COURT:  What do they documents that you

9    received that showed that the -- they knew that the LANTIQ

10   patents were licensed?

11             MR. WITTENSTEIN:  It was an interrogatory answer

12   by AT&T, which is --

13             THE COURT:  And what did it say?

14             MR. WITTENSTEIN:  It showed the series of licenses

15   from, you know, Aware to Infineon to LANTIQ.  And it shows

16   that that was served, (indiscernible) of service, which is

17   attached to our papers, was served directly on Mr. Black and

18   Mr. (indiscernible).

19             THE COURT:  When was it served on them?

20             MR. WITTENSTEIN:  I believe it was in 2017, Your

21   Honor.

22             THE COURT:  And did any of the -- did any of your

23   predecessor's counsel seek discovery that would have

24   revealed that from IV Ventures?

25             MR. WITTENSTEIN:  No, I think Mr. Shannon is on

Page 10

1   the phone, my co-counsel.  Let me just explain.  The co-

2   counsel, Mr. Shannon, his firm, Duane Morris, had a conflict

3   with AT&T, which is why they could not have handled that.

4   But in terms of what happened prior to my coming on a case,

5   I have consulted very thoroughly with my co-counsel and our

6   papers lay out exactly what went on before I came on.

7            And the Duane Morris firm is co-counsel with me on

8   the motion, which we have ready.  So they are on the papers,

9   they know exactly what happened before I came on.

10           THE COURT:  Okay, Mr. Wittenstein, I don't take

11  discovery motions.  I consider this to be a discovery

12  motion.  That's what these conferences are for.  If you

13  believe that you hadn't been provided with documents and you

14  weren't even in the case, if someone believes that they

15  weren't provided with documents they should've been

16  provided, you now have them.

17           If you think the documents are dispositive, you

18  will -- you know, you'll use them as exhibits and you ought

19  to prevail.  But I -- I'm really pretty astounded, Mr.

20  Wittenstein, that here you are, new to the case, and you're

21  complaining about something that happened two years ago

22  before you got into the case.  Now before I took over this

23  case and I really find this pretty extraordinary, let me

24  hear from Mr. Black.

25           MR. BLACK:  Yes, Your Honor.  To answer your

Page 11

1    question about what they found from AT&T, they got an

2    interrogatory response which said that AT&T had three pieces

3    of ad Atran equipment, among many.  Two of those pieces of

4    equipment, AT&T did not assert any license (indiscernible)

5    at all.

6            One of them, they did.  That piece of equipment is

7    not at issue in this case.  The LANTIQ license was known to

8    them since February, when --

9            THE COURT:  Known to who?

10           MR. BLACK:  Known to my opponents, Mr. Shannon,

11   when we produced license agreements.  They were aware of the

12   LANTIQ issue.  They followed up on it late.  It kind of came

13   to a head around the same time we were supposed to have the

14   trial.  And then, even though this case was bifurcated and

15   liability includes license, license is a defense under Rule

16   8, which we expected to be tried in the second phase of the

17   case.  They've used the process --

18           THE COURT:  How do you expect to prove damages if

19   there was a license?

20           MR. BLACK:  The damages -- first of all, the

21   damages go to the whole network.  And if they have defenses

22   on liability, such as a piece of equipment's not infringed

23   or licensed, they get a deduction, which we said in our

24   papers.  Second of all, there's a lot of equipment that's

25   not licensed, which is admitted.  And there's equipment from

Page 12

1    Adtran, which may be licensed on some patents, but not

2    others, which has to get dealt with at trial.

3            This whole case is a bit odd because when we --

4    when the Debtor said they were going to object to the claim,

5    we decided we had to litigate it, they said, why don't we --

6    instead of going through infringement and validity, which is

7    time consuming and expensive, particularly given that Judge

8    Drain will be leaving the bench, why don't we do a shortened

9    procedure where we just get the damage numbers, because we

10   disagreed on how to calculate damages under the law.  And we

11   went that route.

12           Now they've asserted a license defense, and it's

13   now in the case and we're prepared to litigate it in

14   November.  They said they needed this AT&T discover

15   desperately at the hearing.

16           THE COURT:  So at the last hearing, Mr. Black, if

17   I'm remembering correctly, and maybe I'm not, I think I --

18   when told -- when I was told about the discovery they wanted

19   from AT&T, my question to you and your colleagues is, why

20   don't you just produce this stuff?  Why didn't you just

21   produce it?  Do you have what AT&T produced?

22           MR. BLACK:  We -- the interrogatory answers, yes,

23   we did have that.

24           THE COURT:  Why hadn't you made it available to --

25   why hadn't you produced it?

Page 13

1          MR. BLACK:  They never asked for it.  They never

2   asked for --

3          THE COURT:  I think you're being too cute.

4          MR. BLACK:  No, Your Honor.  They just -- they did

5   not ask for it in discovery.  And I will confess some

6   frustration, when after the case was supposed to be tried,

7   and long after discovery was closed, Mr. Wittenstein, who

8   had not made an appearance in the case served a third party

9   subpoena without permission.  And so, when he asked for

10  permission --

11         THE COURT:  With -- that's behind us.  Let's put

12  that --

13         MR. BLACK:  I agree.  We should have -- I'm

14  apologizing, Your Honor.  We should've just said, we'll give

15  it to you.  The stuff --

16         THE COURT:  Yeah, you should've.  Absolutely.  Why

17  didn't you just give it to him?

18         MR. BLACK:  Because the --

19         THE COURT:  You're playing games as well.  Both

20  sides are playing games here.  Let me tell you what's

21  happening.  We're going to trial.  Mr. Wittenstein, if you

22  think you have a motion you want to file, you file it.  When

23  are you going to file it, Mr. Wittenstein, without -- it's

24  not going to be heard before.

25         We're going forward with the trial.  I'll decide

Page 14

1    as part of the trial, whether there's been any misconduct

2    that would support a dismissal as a remedy.  I'm doubtful,

3    but I'll look at it.  I'm much more concerned about whether

4    relevant and material evidence was withheld from Frontier,

5    but we'll see, okay?

6            You got your excuses.  You say, well, they didn't

7    ask for it.  Okay, let's see.  And okay.  When are you going

8    to file your motion today, Mr. Wittenstein?

9            MR. WITTENSTEIN:  We can file it later today, Your

10   Honor.

11           THE COURT:  All right, when are you going to

12   respond to that motion, Mr. Black?

13           MR. BLACK:  Two weeks, Your Honor.  October 15th.

14           MR. WITTENSTEIN:  It looks like that's a Saturday.

15           MR. BLACK:  Oh I'm sorry.  I have the day wrong.

16   October 17th, Your Honor.

17           MR. WITTENSTEIN:  That would be fine.  And then

18   we'll reply -- maybe we'll take a week to reply, the 24th.

19           THE COURT:  All right.  Is all other briefing

20   completed?

21           MR. BLACK:  We have to do the pre-trial briefs to

22   update --

23           THE COURT:  Well, you have to do the joint pre-

24   trial conference order.  I'm looking at the order of

25   continuing the trial date, and it included the dates for

Page 15

1   subsequent papers 28 days before trial, exchange the

2   exhibits, 21 days prior to the trial, written, direct.

3         14 days prior to trial, the pre-trial conference

4   order, which includes, you know, your contentions of law, in

5   fact.  Are there any other issues that either side believes

6   it needs to brief?

7         MR. BLACK:  No, Your Honor.

8         MR. WITTENSTEIN:  No, so Your Honor, should we

9   make the -- you know, the hearing date on the motion to --?

10        THE COURT:  No, it's going to be -- it's -- I will

11   -- we're going forward with the trial, Mr. Wittenstein.

12        MR. WITTENSTEIN:  That's fine.

13        THE COURT:  Mr. Wittenstein, just listen to me.

14        MR. WITTENSTEIN:  Sure.

15        THE COURT:  We're going forward with the trial.

16   I'll read all the briefs.  I'll read all these papers.

17   There's post-trial briefing, I'll decide whether I need to

18   hear anything more about what you're complaining about now,

19   but I really -- I think it's pretty astounding that you have

20   dropped into this case very recently and are complaining

21   about what happened two years ago.

22        MR. WITTENSTEIN:  If Your Honor, I can --

23        THE COURT:  There are lots of good lawyers who

24   were involved in this case for many years, and before I took

25   it over.  If there was an issue, it should've been raised

```
                                                       Page 16
 1   before.  If there was an issue, you raised the issue about

 2   discovery, I dealt with it very promptly.  You got the --

 3   you got your documents from AT&T.

 4           I'm curious about why IV Ventures didn't provide

 5   the information before.  Mr. Black says it wasn't called

 6   for.  Well, maybe it was, maybe it wasn't.  We'll see.

 7   Okay?

 8           MR. WITTENSTEIN:  Yeah.

 9           THE COURT:  I'll read your motion carefully.

10           MR. WITTENSTEIN:  Okay.

11           THE COURT:  And I'll consider it.  We're going

12   forward with the trial.  Three days of trial, post-trial

13   briefs 30 days after the trial.  Let me just -- so you're

14   filing your additional motion today.  Mr. Black, you're

15   responding, what was the date again?

16           MR. BLACK:  I'd said October 17th, but I just

17   realized, Mr. (indiscernible) is out this week in Europe, so

18   if we could have to the end of that week, Your Honor, if

19   that would be acceptable.

20           THE COURT:  No, it's getting too close to the

21   trial date.

22           MR. BLACK:  Okay, that's fine.  We'll just get it

23   done.

24           THE COURT:  All right.  And your reply, Mr.

25   Wittenstein?
```

Page 17

```
 1              MR. WITTENSTEIN:  24th.

 2              THE COURT:  Okay.

 3              MR. WITTENSTEIN:  So I will not put a hearing date

 4    on the papers --

 5              THE COURT:  Nope.  Don't put any hearing date.

 6    It'll be --

 7              MR. WITTENSTEIN:  Right.  And you're --

 8              THE COURT:  -- (indiscernible) trial.

 9              MR. WITTENSTEIN:  -- if I can just say one more

10    thing.  As I explained, I came in because of the Duane

11    Morris conflict with AT&T.  Duane Morris has been on the

12    case from the beginning.  They are my co-counsel and they're

13    on these motion papers with us.  They're co-counsel.  So

14    it's not like I'm just hearing it second hand.  I've been

15    working with them since I came on, and they know in intimate

16    detail everything that happened before I came on and they

17    were on the papers.

18              THE COURT:  Let me ask you a question.  Is

19    Kirkland still co-counsel on this matter as well?  Because

20    all of the pleadings about the contested claim objection

21    included, originally included Duane Morris and Kirkland.

22              MR. WITTENSTEIN: Kirkland is still counsel for

23    Frontier really on the bankruptcy related matters.  They're

24    not really involved in this particular case.

25              THE COURT:  Because their name was on pleadings on
```

Page 18

1    this particular case for quite some time.

2            MR. WITTENSTEIN:  Right.  Right.  So we will get

3    the papers in today, Your Honor.

4            THE COURT:  And you're telling me Kirkland will

5    not be appearing in connection with the trial or argument?

6            MR. WITTENSTEIN:  I don't think so.  Tim Shannon

7    may want to come in on that, but --

8            THE COURT:  Mr. Shannon, let me hear from you.

9            MR. SHANNON:  Good morning, Your Honor.  Kirkland

10   will not be participating in the trial.

11           THE COURT:  All right.  I'll be on the lookout for

12   the additional papers.

13           MR. WITTENSTEIN:  Okay.  Thank you very much, Your

14   Honor.

15           THE COURT:  All right, we're adjourned.

16           MR. BLACK:  Your Honor, I had one quick question

17   before --

18           THE COURT:  Go ahead, Mr. Black.

19           MR. BLACK:  Yeah, just for trial, for the trial.

20   Do you expect -- do you want openings for these trials or do

21   we just start right in with the witnesses?  I wouldn't think

22   we needed them, but --

23           THE COURT:  I will have read all of the papers.

24   Let me put it that way.  I will permit each side to make

25   short openings.

Page 19

1           MR. BLACK:   Okay, thank you, Your Honor.

2           THE COURT:   Okay.

3           (Whereupon these proceedings were concluded at

4    10:13 AM)

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 20

1                        C E R T I F I C A T I O N

2

3        I, Sonya Ledanski Hyde, certified that the foregoing

4    transcript is a true and accurate record of the proceedings.

5

6

7

8    Sonya Ledanski Hyde

9

10

11

12

13

14

15

16

17

18

19

20    Veritext Legal Solutions

21    330 Old Country Road

22    Suite 300

23    Mineola, NY 11501

24

25    Date:  October 4, 2022

**[04112 - bryant]**                                              Page 1

**0**

04112   3:6

**1**

10   5:3
100   3:5
10004   1:14
10022   3:14
10036   4:5
1095   4:4
10:13   19:4
11501   20:23
12151   20:7
14   15:3
1400   4:11
15th   3:13 14:13
17th   14:16
  16:16
19104   3:21

**2**

20-22476   1:3 5:4
  6:23
2017   9:20
2022   1:16 5:3
  20:25
21   15:2
2148   2:2
23rd   7:15
2400   3:5
24th   14:18 17:1
28   15:1
2929   3:20

**3**

3   1:16
30   16:13
300   20:22
330   20:21
3rd   5:3

**4**

4   20:25
40   7:11

**5**

515   4:11

**6**

600   3:13

**7**

78701   4:12

**8**

8   11:16

**9**

9:56   1:17

**a**

a.m.   5:3
absolutely   13:16
abuse   7:6
acceptable
  16:19
accurate   20:4
ad   11:3
additional   16:14
  18:12
addressing   7:20
adjourned
  18:15
admitted   11:25
adtran   12:1
adversaries   7:8
ago   7:15 10:21
  15:21
agree   13:13
agreements
  11:11
ahead   18:18
americas   4:4

andrew   3:16 5:5
  5:10 7:2
answer   9:11
  10:25
answers   12:22
anybody   9:1
apologies   5:21
apologizing
  13:14
appearance   5:6
  13:8
appearing   18:5
apt   7:22
arch   3:20
argument   18:5
aside   8:22
asked   7:3 13:1,2
  13:9
assert   11:4
asserted   12:12
astounded   10:19
astounding
  15:19
at&t   7:16 8:17
  8:23 9:1,2,4,5
  9:12 10:3 11:1,2
  11:4 12:14,19
  12:21 16:3
  17:11
atran   11:3
attached   9:17
attorneys   3:4,12
  3:19 4:2,10
audio   6:19
august   7:15
austin   4:12
available   12:24
avenue   3:13 4:4
  4:11

aware   7:23 9:15
  11:11

**b**

b   1:21
bankruptcy   1:1
  1:12,23 17:23
based   7:5
basis   8:12,13
beginning   17:12
behalf   5:25,25
believe   9:7,20
  10:13
believes   10:14
  15:5
bellin   3:23 6:7,8
bench   12:8
bifurcated
  11:14
bit   12:3
black   3:24 6:5,5
  6:6 9:17 10:24
  10:25 11:10,20
  12:16,22 13:1,4
  13:13,18 14:12
  14:13,15,21
  15:7 16:5,14,16
  16:22 18:16,18
  18:19 19:1
block   7:16
boston   3:6
bowling   1:13
brief   15:6
briefing   14:19
  15:17
briefs   14:21
  15:16 16:13
bryant   4:3

[c - exchange]                                                                    Page 2

**c**

c   3:1 5:1 20:1,1
calculate   12:10
call   6:9
called   16:5
calling   5:3
carefully   16:9
case   1:3 2:1 5:4
    6:23 7:7,10 8:4
    8:5,10 10:4,14
    10:20,22,23
    11:7,14,17 12:3
    12:13 13:6,8
    15:20,24 17:12
    17:24 18:1
certified   20:3
chip   9:6
claim   12:4 17:20
clerk   5:2,9,13,18
    5:22 6:2,6,10,13
    6:16
close   16:20
closed   13:7
coburn   3:8 5:14
    5:23
colleagues   12:19
come   18:7
coming   8:1 10:4
communicatio...
    1:7 5:4 6:23
complaining
    10:21 15:18,20
complaint   8:20
    8:21
completed   14:20
concerned   14:3
concluded   19:3
conduct   7:8,25
conference   2:1
    6:24 14:24 15:3

conferences
    10:12
confess   13:5
conflict   10:2
    17:11
congress   4:11
connection   18:5
consider   9:3
    10:11 16:11
consulted   10:5
consuming   12:7
contentions   15:4
contested   17:20
continuing
    14:25
continuous   7:8
corporation   1:7
    5:4
correctly   12:17
counsel   5:12 6:2
    7:20 8:8,9 9:5
    9:23 10:1,2,5,7
    17:12,13,19,22
country   20:21
course   7:21
court   1:1,12
    6:18,18,20,22
    7:5 8:2,4,9,14
    8:18,20,22,25
    9:8,13,19,22
    10:10 11:9,18
    12:16,24 13:3
    13:11,16,19
    14:11,19,23
    15:10,13,15,23
    16:9,11,20,24
    17:2,5,8,18,25
    18:4,8,11,15,18
    18:23 19:2

critical   7:9
culpepper   4:18
curious   16:4
cute   13:3

**d**

d   5:1
damage   12:9
damages   11:18
    11:20,21 12:10
date   7:3 14:25
    15:9 16:15,21
    17:3,5 20:25
dates   14:25
david   4:7 6:10
    6:11
day   14:15
days   15:1,2,3
    16:12,13
dealt   12:2 16:2
debtor   1:9 3:4
    3:12 12:4
dechert   3:18 4:1
    4:9
decide   13:25
    15:17
decided   12:5
deduction   11:23
defense   11:15
    12:12
defenses   11:21
designed   7:25
desperately
    12:15
detail   17:16
difficult   7:21
direct   15:2
directly   9:17
disagreed   12:10

discover   12:14
discovery   7:16
    7:17,18 9:23
    10:11,11 12:18
    13:5,7 16:2
dismiss   7:4,5
dismissal   14:2
dispositive   7:9
    10:17
district   1:2
doc   2:2
document   9:4
documents   7:9
    8:1,17 9:8 10:13
    10:15,17 16:3
don't   18:6
doubtful   14:2
drain   12:8
dropped   15:20
duane   3:3 5:25
    10:2,7 17:10,11
    17:21

**e**

e   1:21,21 3:1,1
    5:1,1 20:1
ecro   1:25
effort   7:9
either   15:5
encountered
    7:12
equipment   11:3
    11:4,6,24,25
equipment's
    11:22
europe   16:17
evidence   14:4
exactly   10:6,9
exchange   15:1

[excuses - lay]                                                                          Page 3

excuses   14:6
exhibits   10:18
  15:2
expect   11:18
  18:20
expected   11:16
expensive   12:7
explain   10:1
explained   17:10
extraordinary
  10:23

**f**

f   1:21 20:1
fact   15:5
facts   7:12
february   11:8
file   7:3 13:22,22
  13:23 14:8,9
filed   7:4
filing   16:14
find   10:23
fine   14:17 15:12
  16:22
firm   5:11 10:2,7
first   6:4 11:20
floor   3:13
followed   11:12
following   7:20
foregoing   20:3
forward   13:25
  15:11,15 16:12
found   11:1
friedman   3:11
  5:11
frontier   1:7 5:3
  5:12 6:1,23 7:2
  7:22 14:4 17:23
frustration   13:6

**g**

g   5:1
games   13:19,20
getting   7:16
  16:20
give   5:6 13:14
  13:17
given   12:7
glenn   1:22
go   11:21 18:18
going   5:14,23
  6:3,7,14 7:24
  12:4,6 13:21,23
  13:24,25 14:7
  14:11 15:10,11
  15:15 16:11
good   5:16,16 7:1
  15:23 18:9
gorrepati   4:19
government   2:2
great   6:16
green   1:13
gun   9:4

**h**

hand   17:14
handled   9:6
  10:3
happened   8:12
  8:15 10:4,9,21
  15:21 17:16
happening
  13:21
head   11:13
hear   5:7,8,17
  9:1 10:24 15:18
  18:8
heard   13:24
hearing   2:1 7:3
  7:14,19 12:15

12:16 15:9 17:3
  17:5,14
herman   4:7 6:11
  6:11,15
hide   7:9
high   3:5
hon   1:22
honor   7:2,14,17
  7:19,22,23 8:16
  9:21 10:25 13:4
  13:14 14:10,13
  14:16 15:7,8,22
  16:18 18:3,9,14
  18:16 19:1
hyde   2:25 20:3,8

**i**

ii   3:19 4:2,10 6:3
impossibly   7:21
included   14:25
  17:21,21
includes   11:15
  15:4
indiscernible
  9:16,18 11:4
  16:17 17:8
infineon   9:15
information
  16:5
infringed   11:22
infringement
  12:6
inherent   7:5
intellectual   3:19
  4:2,10 6:3
interrogatory
  9:11 11:2 12:22
intimate   17:15
involved   7:7
  15:24 17:24

issue   11:7,12
  15:25 16:1,1
issues   15:5
it'll   17:6
iv   7:15,17 9:24
  16:4
iv's   7:20
i'm   14:3

**j**

jeffrey   4:14 6:13
  6:16
joining   5:17,23
  5:24 6:14
joint   14:23
judah   3:23 6:7
judge   1:23 6:20
  12:7
judicial   7:6
june   8:7

**k**

kerry   4:18
key   7:25
kind   7:25 11:12
kirkland   17:19
  17:21,22 18:4,9
knew   9:9
know   5:20 9:15
  10:9,18 15:4,9
  17:15
known   11:7,9,10
ks   1:25

**l**

lantiq   9:6,9,15
  11:7,12
late   11:12
law   12:10 15:4
lawyers   15:23
lay   10:6

leaving   12:8
ledanski   2:25
  20:3,8
legal   20:20
lexington   3:13
liability   11:15
  11:22
license   11:4,7,11
  11:15,15,19
  12:12
licensed   9:7,10
  11:23,25 12:1
licenses   9:14
life   7:21
lightly   7:11
listen   15:13
litigate   12:5,13
litigation   9:6
llc   3:19 4:2,10
  6:3
llp   3:3,18 4:1,9
long   13:7
look   14:3
looking   14:24
lookout   18:11
looks   14:14
lot   11:24
lots   15:23

**m**

ma   3:6
making   7:21
management
  2:1
martin   1:22
  3:24 6:5
material   14:4
matter   1:5 6:24
  17:19

matters   17:23
mg   1:3
mineola   20:23
minutes   6:21
misconduct   14:1
morning   5:16
  5:16,25 7:1 18:9
morris   3:3 5:25
  10:2,7 17:11,11
  17:21
motion   7:3,5,10
  7:12 10:8,12
  13:22 14:8,12
  15:9 16:9,14
  17:13
motions   10:11

**n**

n   3:1 5:1 20:1
name   5:18,20
  6:17 17:25
need   15:17
needed   12:14
  18:22
needs   15:6
network   11:21
never   7:11,12
  13:1,1
new   1:2,14 3:14
  4:5 10:20
non   8:23
nope   17:5
notice   9:5
november   12:14
number   5:4
numbers   12:9
ny   1:14 3:14 4:5
  20:23

**o**

o   1:21 5:1 20:1
object   12:4
objecting   8:22
objection   17:20
observation
  7:23
obstructionist
  7:8,25
october   1:16 5:3
  14:13,16 16:16
  20:25
odd   12:3
official   6:20
oh   8:16 14:15
okay   5:13,19 6:2
  6:6,10,13,16
  8:21 10:10 14:5
  14:7,7 16:7,10
  16:22 17:2
  18:13 19:1,2
old   20:21
openings   18:20
  18:25
opponents   11:10
opposing   9:5
order   14:24,24
  15:4
originally   17:21
ought   10:18

**p**

p   3:1,1 5:1
pa   3:21
papers   7:4 9:17
  10:6,8 11:24
  15:1,16 17:4,13
  17:17 18:3,12
  18:23

park   4:3
part   14:1
participating
  18:10
particular   17:24
  18:1
particularly
  12:7
party   7:16,18
  13:8
patents   9:10
  12:1
pc   3:11
permission   13:9
  13:10
permit   18:24
phase   11:16
philadelphia
  3:21
phone   5:17,21
  10:1
piece   11:6,22
pieces   11:2,3
playing   13:19
  13:20
pleadings   17:20
  17:25
please   5:6 6:17
plies   4:14
possible   7:21
post   15:17 16:12
power   7:5
practice   7:11
pre   14:21,23
  15:3
predecessor's
  9:23
prepared   12:13
present   4:16

pretty  10:19,23
  15:19
prevail  10:19
prevent  7:25
previous  7:24
prior  10:4 15:2
  15:3
problem  5:22
procedure  12:9
proceeding  6:19
proceedings
  19:3 20:4
process  7:6
  11:17
produce  8:23
  12:20,21
produced  11:11
  12:21,25
prohibited  6:20
promptly  16:2
prove  11:18
provide  16:4
provided  10:13
  10:15,16
put  9:5 13:11
  17:3,5 18:24

**q**

question  11:1
  12:19 17:18
  18:16
quick  18:16
quite  18:1

**r**

r  1:21 3:1,9 5:1
  20:1
raise  8:9
raised  15:25
  16:1

raising  8:11
read  15:16,16
  16:9 18:23
ready  7:4 10:8
realized  16:17
really  10:19,23
  15:19 17:23,24
recall  7:14
recalls  7:18
received  9:9
record  6:18 20:4
recording  5:2
  6:19
related  17:23
relevant  14:4
remark  7:19
remedy  14:2
remembering
  12:17
reply  14:18,18
  16:24
report  7:7
request  6:24
respond  14:12
responding
  16:15
response  11:2
revealed  9:24
right  5:2,22 6:17
  6:22 14:11,19
  16:24 17:7 18:2
  18:2,11,15,21
road  20:21
route  12:11
rule  11:15

**s**

s  3:1 5:1
saturday  14:14

says  16:5
second  11:16,24
  17:14
see  14:5,7 16:6
seek  9:23
seeking  7:17
sensical  8:23
series  9:14
served  9:16,17
  9:19 13:8
service  9:16
seth  3:8 5:14,23
sets  9:6
shannon  3:9
  5:13,16,17,20
  5:22,24 9:25
  10:2 11:10 18:6
  18:8,9
short  18:25
shortened  12:8
should've  10:15
  13:14,16 15:25
showed  9:4,9,14
shows  9:15
side  15:5 18:24
sides  13:20
signature  20:7
six  7:15 8:12,15
smoking  9:4
solutions  20:20
sonya  2:25 20:3
  20:8
sorry  5:6,10,20
  7:7 14:15
sort  9:3
southern  1:2
speak  6:18
speaking  5:14
  6:3,7,8,12

start  5:5 6:21,22
  18:21
starting  5:2
state  6:17
states  1:1,12
steven  4:18
street  3:5,20
stuff  12:20
  13:15
subpoena  13:9
subsequent  15:1
suite  3:5 4:11
  20:22
support  14:2
supposed  11:13
  13:6
sure  7:1 8:16,16
  15:14

**t**

t  20:1,1
take  10:10 14:18
telephonically
  4:16
tell  8:25 13:20
telling  18:4
terms  10:4
thank  5:13 6:2,6
  6:10,13 7:1
  18:13 19:1
thing  17:10
think  6:11 9:25
  10:17 12:17
  13:3,22 15:19
  18:6,21
third  7:16,18
  13:8
thoroughly  10:5
three  4:3 11:2
  16:12

**[tim - zoom]**                                                      Page 6

| | | |
|---|---|---|
| **tim**  5:17,18 18:6 | **v** | **written**  15:2 |
| **time**  6:18 11:13 | | **wrong**  14:15 |
| 12:7 18:1 | **validity**  12:6 | **x** |
| **timothy**  3:9 5:13 | **ventures**  3:19 | |
| **today**  7:4 14:8,9 | 4:2,10 6:3 9:24 | **x**  1:4,10 |
| 16:14 18:3 | 16:4 | **y** |
| **told**  8:14,22 9:1 | **veritext**  20:20 | |
| 12:18,18 | **version**  6:20 | **yeah**  5:10 13:16 |
| **transcribed** | **video**  6:19 | 16:8 18:19 |
| 2:25 | **w** | **years**  7:11,24 |
| **transcript**  20:4 | | 8:6 10:21 15:21 |
| **transpired**  8:13 | **wait**  6:21 | 15:24 |
| **trial**  11:14 12:2 | **want**  6:25 7:10 | **york**  1:2,14 3:14 |
| 13:21,25 14:1 | 9:1 13:22 18:7 | 4:5 |
| 14:21,24,25 | 18:20 | **z** |
| 15:1,2,3,3,11,15 | **wanted**  7:18 | |
| 15:17 16:12,12 | 8:17 12:18 | **zoom**  2:1 |
| 16:12,13,21 | **way**  18:24 | |
| 17:8 18:5,10,19 | **week**  14:18 | |
| 18:19 | 16:17,18 | |
| **trials**  18:20 | **weeks**  7:15 8:12 | |
| **tried**  11:16 13:6 | 8:15 14:13 | |
| **true**  20:4 | **went**  10:6 12:11 | |
| **trying**  7:15 | **withheld**  14:4 | |
| **two**  7:24 8:5 | **witnesses**  18:21 | |
| 10:21 11:3 | **wittenstein**  3:11 | |
| 14:13 15:21 | 3:16 5:5,8,10,11 | |
| **tx**  4:12 | 5:11,15 6:24,25 | |
| **type**  9:4 | 7:1,2 8:2,3,7,11 | |
| **u** | 8:16,19,21 9:3 | |
| | 9:11,14,20,25 | |
| **u.s.**  1:23 | 10:10,20 13:7 | |
| **uday**  4:19 | 13:21,23 14:8,9 | |
| **united**  1:1,12 | 14:14,17 15:8 | |
| **unmute**  5:6 | 15:11,12,13,14 | |
| **update**  14:22 | 15:22 16:8,10 | |
| **use**  10:18 | 16:25 17:1,3,7,9 | |
| | 17:22 18:2,6,13 | |
| | **wittstein**  5:5 | |
| | **working**  17:15 | |