Oppenheim + Zebrak, LLP
Matthew J. Oppenheim
4530 Wisconsin Ave., NW, Fifth Floor
Washington, DC 20016
Telephone: (202) 480-2999

*Counsel for the Record Company Claimants*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| FRONTIER COMMUNICATIONS CORPORATION, *et al.*[1] | : | Case No. 20-22476 (MG) |
| | : | (Jointly Administered) |
| Debtors. | : | |

## NOTICE OF SCHEDULING CONFERENCE

**PLEASE TAKE NOTICE** that a scheduling conference (the "Scheduling Conference") with respect to claims filed by the Record Company Claimants, will be held before the Honorable Martin Glenn, United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), One Bowling Green, Courtroom No. 523, New York, New York 10004-1408, on April 4, 2024, at 1:00 p.m. (prevailing Eastern Time).

**PLEASE TAKE FURTHER NOTICE** that the Scheduling Conference will be conducted remotely via Zoom for Government (Zoomgov). Parties wishing to appear at the Scheduling Conference, whether in a "live" or "listen only" capacity, must make an electronic appearance

---

[1] Due to the large number of debtor entities in these Chapter 11 cases, for which joint administration has been granted, a complete list of debtor entities and the last four digits of their federal tax identification numbers are not provided herein. A complete list of such information may be obtained on the website of the Reorganized Debtors' claims and noticing agent at https://cases.ra.kroll.com/ftr/. The location of the Reorganized Debtors' service address for purposes of these chapter 11 cases is: 180 Maiden Lane, New York, NY 10038.

through the "eCourtAppearance" tab on the Court's Website (https://www.nysb.uscourts.gov/ecourt-appearances) no later than 4:00 p.m. (prevailing Eastern Time) on April 3, 2024 (the "Appearance Deadline"). The Court will circulate by email the Zoom link for the Scheduling Conference to those parties who have made an electronic appearance. Parties wishing to appear at the Scheduling Conference must submit an electronic appearance through the eCourtAppearance and not by emailing or otherwise contacting the Court. Additional information regarding the Court's Zoom and hearing procedures can be found on the Court's website.

Dated: New York, New York
April 2, 2024

**OPPENHEIM + ZEBRAK, LLP**

By: /s/ Matthew J. Oppenheim
Matthew J. Oppenheim
4530 Wisconsin Ave., NW, Fifth Floor
Washington, DC 20016
Telephone: (202) 480-2999
matt@oandzlaw.com

Alexander Kaplan
Carly K. Rothman
Lauren Bergelson
461 Fifth Avenue, 19th Floor
New York, New York 10017
Telephone: (212) 951-1156
alex@oandzlaw.com
carly@oandzlaw.com
lauren.bergelson@oandzlaw.com

*Counsel for the Record Company Claimants*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this April 2, 2024, I caused a true and correct copy of the foregoing Notice of Scheduling Conference to be filed and served through ECF notification upon all parties who receive notice in this matter pursuant to the Court's ECF filing system.

                                              */s/ Matthew J. Oppenheim*
                                              Matthew J. Oppenheim