**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| FRONTIER COMMUNICATIONS | ) | Case No. 20-22476 (MG) |
| CORPORATION, *et al.*,[1] | ) | |
| | ) | |
|           Reorganized Debtors. | ) | (Jointly Administered) |

### *EX-PARTE* MOTION FOR AN ORDER OF WITHDRAWAL OF *PRO HAC VICE* APPEARANCE OF RUBÉN CASTILLO, ESQ. AS ATTORNEY FOR REORGANIZED DEBTORS

Frontier Communications Corporation, *et al.* (the "Reorganized Debtors") by and through undersigned counsel, respectfully moves, pursuant to Local Bankruptcy Rule 2090-1(e), to withdraw the *pro hac vice* appearance of Rubén Castillo, Esq. as attorney of record for the Reorganized Debtors. As grounds for this motion, the undersigned states that Rubén Castillo, Esq. has retired from Akerman LLP and his withdrawal will not affect any pending deadlines or delay this action, as other Akerman LLP attorneys have appeared and continue to represent the Reorganized Debtors.

Dated: New York, New York
       April 10, 2024

                                        AKERMAN LLP

                                        By:   */s/ John P. Campo*
                                                  John P. Campo
                                                  1251 Avenue of the Americas,
                                                  37th Floor
                                                  New York, New York 10020
                                                  Tel. No. (212) 880-3800
                                                  E-mail: john.campo@akerman.com

---

[1] The last four digits of Debtor Frontier Communications Corporation's tax identification number are 9596. Due to the large number of debtor entities in these Chapter 11 cases, for which joint administration has been granted, a complete list of the debtor entities and the last four digits of their federal tax identification numbers are not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.primeclerk.com/ftr. The location of the Debtors' service address for purposes of these Chapter 11 cases is: 50 Main Street, Suite 1000, White Plains, New York 10606.

      -and-

      Ildefonso P. Mas, Esq.
      (Admitted *Pro Hac Vice*)
      AKERMAN LLP
      71 South Wacker Drive, 47th Floor
      Chicago, IL 60606
      Tel. No.: (312) 634 5700
      Fax No.: (312) 424 1900
      E-mail: ildefonso.mas@akerman.com

      *Attorneys for the Reorganized Debtors*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on April 10, 2024, the foregoing was filed using the Court's CM/ECF system and served via email or transmission of Notices of Electronic Filing generated by CM/ECF to all parties by the Court's CM/ECF system.

      */s/John P. Campo*
      John P. Campo

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| FRONTIER COMMUNICATIONS ) | Case No. 20-22476 (MG) |
| ) | |
| CORPORATION, *et al.*,[1] ) | |
| ) | |
| Reorganized Debtors. ) | (Jointly Administered) |

**ORDER GRANTING *EX-PARTE* MOTION FOR AN ORDER OF WITHDRAWAL OF *PRO HAC VICE* APPEARANCE OF RUBÉN CASTILLO, ESQ. AS ATTORNEY FOR REORGANIZED DEBTORS**

THIS CAUSE came before the Court upon the *Ex-Parte* Motion for Withdrawal of *Pro Hac Vice* Appearance of Rubén Castillo, Esq**.** as Attorney for Reorganized Debtors [ECF No. \_\_\_\_] filed by Frontier Communications Corporation, et al. (the "Reorganized Debtors"), on behalf of Akerman LLP. For the reasons set forth in the motion, and the Court having been duly apprised of Mr. Castillo's retirement, it is thereupon

**ORDERED AND ADJUDGED** that the motion is hereby GRANTED and Rubén Castillo, Esq**.** is allowed to withdraw as counsel for the Reorganized Debtors, which withdrawal shall be effective upon entry of this order; and is further

**ORDERED AND ADJUDGED** that Rubén Castillo, Esq. shall be removed from all service lists in this case, the mailing matrix, and the Court's electronic notice system.

Dated: New York, New York
April \_\_, 2024     **PROPOSED**

---
MARTIN GLENN
CHIEF UNITED STATED BANKRUPTCY JUDGE

---

[1] The last four digits of Debtor Frontier Communications Corporation's tax identification number are 9596. Due to the large number of debtor entities in these Chapter 11 cases, for which joint administration has been granted, a complete list of the debtor entities and the last four digits of their federal tax identification numbers are not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.primeclerk.com/ftr. The location of the Debtors' service address for purposes of these Chapter 11 cases is: 50 Main Street, Suite 1000, White Plains, New York 10606.