**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| FRONTIER COMMUNICATIONS | ) | Case No. 20-22476 (MG) |
| CORPORATION, *et al.*,[1] | ) | |
| | ) | |
| Reorganized Debtors. | ) | |
| | ) | |

## ORDER GRANTING *EX-PARTE* MOTION FOR AN ORDER OF WITHDRAWAL OF *PRO HAC VICE* APPEARANCE OF RUBÉN CASTILLO, ESQ. AS ATTORNEY FOR REORGANIZED DEBTORS

THIS CAUSE came before the Court upon the *Ex-Parte* Motion for Withdrawal of *Pro Hac Vice* Appearance of Rubén Castillo, Esq. as Attorney for Reorganized Debtors [ECF No. 2320] filed by Frontier Communications Corporation, et al. (the "Reorganized Debtors"), on behalf of Akerman LLP. For the reasons set forth in the motion, and the Court having been duly apprised of Mr. Castillo's retirement, it is thereupon

**ORDERED AND ADJUDGED** that the motion is hereby GRANTED and Rubén Castillo, Esq**.** is allowed to withdraw as counsel for the Reorganized Debtors, which withdrawal shall be effective upon entry of this order; and is further

**ORDERED AND ADJUDGED** that Rubén Castillo, Esq. shall be removed from all service lists in this case, the mailing matrix, and the Court's electronic notice system.

*[Remainder of page intentionally left blank]*

---

[1] Due to the large number of debtor entities in these Chapter 11 cases, for which joint administration has been granted, a complete list of debtor entities and the last four digits of their federal tax identification numbers are not provided herein. A complete list of such information may be obtained on the website of the Reorganized Debtors' claims and noticing agent at https://cases.ra.kroll.com/ftr/. The location of the Reorganized Debtors' service address for purposes of these chapter 11 cases is: 180 Maiden Lane, New York, NY 10038.

**IT IS SO ORDERED.**

Dated:  April 11, 2024
       New York, New York

_____**/s/ Martin Glenn**_____
MARTIN GLENN
Chief United States Bankruptcy Judge