| | |
|---|---|
| Mark McKane, P.C. (admitted *pro hac vice*) <br> **KIRKLAND & ELLIS LLP** <br> **KIRKLAND & ELLIS INTERNATIONAL LLP** <br> 555 California Street <br> San Francisco, California 94104 <br> Telephone:    (415) 439-1473 <br> Facsimile:    (415) 439-1373 | Chad J. Husnick, P.C. <br> **KIRKLAND & ELLIS LLP** <br> **KIRKLAND & ELLIS INTERNATIONAL LLP** <br> 333 West Wolf Point Plaza <br> Chicago, Illinois 60654 <br> Telephone:    (312) 862-2000 <br> Facsimile:    (312) 862-2200 |

*Counsel to the Reorganized Debtors*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: <br><br> FRONTIER COMMUNICATIONS CORPORATION, *et al.*,[1] <br><br>        Reorganized Debtors. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | Chapter 11 <br><br> Case No. 20-22476 (MG) <br><br><br> (Jointly Administered) |

**NOTICE OF CHANGE OF ADDRESS FOR**
**KIRKLAND & ELLIS LLP AND KIRKLAND & ELLIS INTERNATIONAL LLP**

**PLEASE TAKE NOTICE** that, effective April 22, 2024, Kirkland & Ellis LLP and Kirkland & Ellis International LLP relocated its Chicago office to the following address:

> Kirkland & Ellis LLP
> Kirkland & Ellis International LLP
> 333 West Wolf Point Plaza
> Chicago, Illinois 60654
> Telephone:   (312) 862-2000
> Facsimile:   (312) 862-2200

Please reflect this change in all future pleadings, notices, and other papers served or filed in the above-captioned matter.

---

[1] The Reorganized Debtors with open cases remaining in these chapter 11 cases (along with the last four digits of their federal tax identification numbers) are Frontier Communications Corporation (9596) and Frontier Southwest Incorporated (3444).  Additional information about the Reorganized Debtors may be obtained on the website of the Reorganized Debtors' claims and noticing agent at https://cases.ra.kroll.com/ftr/.  The location of the Reorganized Debtors' service address for purposes of these chapter 11 cases is:  1919 McKinney Avenue, Dallas, Texas 75201.

| | |
|---|---|
| Dated:  April 24, 2024<br>Chicago, Illinois | */s/ Chad J. Husnick*<br>Mark McKane, P.C. (admitted *pro hac vice*)<br>**KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>555 California Street<br>San Francisco, California 94104<br>Telephone:    (415) 439-1473<br>Facsimile:    (415) 439-1373<br><br>- and -<br><br>Chad J. Husnick, P.C.<br>**KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>333 West Wolf Point Plaza<br>Chicago, Illinois 60654<br>Telephone:    (312) 862-2000<br>Facsimile:    (312) 862-2200<br><br>*Counsel to the Reorganized Debtors* |