Oppenheim + Zebrak, LLP
Matthew J. Oppenheim
4530 Wisconsin Ave., NW, Fifth Floor
Washington, DC 20016
Telephone: (202) 480-2999

*Counsel for the Record Company Claimants*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| ------------------------------------------------------- X | : | |
| In re: | : | Chapter 11 |
| | : | |
| FRONTIER COMMUNICATIONS CORPORATION, *et al.*[1] | : | Case No. 20-22476 (MG) |
| | : | (Jointly Administered) |
| Debtors. | : | |
| ------------------------------------------------------- X | : | |

## NOTICE OF HEARING (DISCOVERY CONFERENCE)

**PLEASE TAKE NOTICE** that a discovery conference (the "Discovery Conference") with respect to claims filed by the Record Company Claimants,[2] will be held before the Honorable Martin Glenn, United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), One Bowling Green, Courtroom No. 523, New York, New York 10004-1408, on May 29, 2024, at 3:00 p.m. (prevailing Eastern Time).

---

[1] Due to the large number of debtor entities in these Chapter 11 cases, for which joint administration has been granted, a complete list of debtor entities and the last four digits of their federal tax identification numbers are not provided herein. A complete list of such information may be obtained on the website of the Reorganized Debtors' claims and noticing agent at https://cases.ra.kroll.com/ftr/. The location of the Reorganized Debtors' service address for purposes of these chapter 11 cases is: 50 Main Street, Suite 1000, White Plains, New York 10606.

[2] The Record Company Claimants are: UMG Recordings, Inc. and Capitol Records, LLC; ABKCO Music & Records, Inc.; Sony Music Entertainment, Arista Music, Arista Records LLC, LaFace Records LLC, Sony Music Entertainment US Latin, Volcano Entertainment III, L.L.C., and Zomba Recording LLC; Atlantic Recording Corporation, Atlantic Records Group LLC, Bad Boy Records LLC, Big Beat Records Inc., Elektra Entertainment Group Inc., Fueled by Ramen LLC, Lava Records LLC, Maverick Recording Company, Nonesuch Records Inc., Rhino Entertainment Company, Rhino Entertainment LLC, Roadrunner Records, Inc., Warner Music Inc., Warner Music International Services Limited, Warner Music Nashville LLC, and Warner Records Inc.

**PLEASE TAKE FURTHER NOTICE** that the Discovery Conference will be conducted remotely via Zoom for Government (Zoomgov). Parties wishing to appear at the Discovery Conference, whether in a "live" or "listen only" capacity, must make an electronic appearance through the "eCourtAppearance" tab on the Court's Website (https://www.nysb.uscourts.gov/ecourt-appearances) no later than 4:00 p.m. (prevailing Eastern Time) one business day before the Discovery Conference (the "Appearance Deadline"). The Court will circulate by email the Zoom link for the Discovery Conference to those parties who have made an electronic appearance. Parties wishing to appear at the Discovery Conference must submit an electronic appearance through the eCourtAppearance and not by emailing or otherwise contacting the Court. Additional information regarding the Court's Zoom and hearing procedures can be found on the Court's website.

Dated: New York, New York
       May 21, 2024

**OPPENHEIM + ZEBRAK, LLP**

By: */s/ Matthew J. Oppenheim*
Matthew J. Oppenheim
Corey Miller
4530 Wisconsin Ave., NW, Fifth Floor
Washington, DC 20016
Telephone: (202) 480-2999
matt@oandzlaw.com
corey@oandzlaw.com

Alexander Kaplan
Carly K. Rothman
Lauren Bergelson
461 Fifth Avenue, 19th Floor
New York, New York 10017
Telephone: (212) 951-1156
alex@oandzlaw.com
carly@oandzlaw.com
lbergelson@oandzlaw.com

*Counsel for the Record Company Claimants*

2

## **CERTIFICATE OF SERVICE**

    I hereby certify that on this May 21, 2024, I caused a true and correct copy of the foregoing Notice of Discovery Conference to be filed and served through ECF notification upon all parties who receive notice in this matter pursuant to the Court's ECF filing system.

                                                             */s/ Matthew J. Oppenheim*
                                                             Matthew J. Oppenheim