**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| FRONTIER COMMUNICATIONS | ) | Case No. 20-22476 (MG) |
| CORPORATION, *et al.*,[1] | ) | |
| | ) | |
| Reorganized Debtors. | ) | (Jointly Administered) |
| | ) | |

## <u>SUPPLEMENTAL AFFIDAVIT OF SERVICE</u>

I, Paul Pullo, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***")[2], the claims and noticing agent for the Reorganized Debtors in the above-captioned chapter 11 cases.

On May 7, 2024, at my direction and under my supervision, employees of Kroll caused the following document to be served via First Class Mail on the Centurylink, (ADRID: 21665955), Stinson LLP, Attn: Brittany M. Michael, 100 Wall St Ste 201, New York, NY 10005-3760:

- Notice of Rescheduled Status Conference on Reorganized Debtors' Response to National Grid's Status Report [Docket No. 2287]

Dated: May 24, 2024

*/s/ Paul Pullo*
Paul Pullo

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on May 24, 2024, by Paul Pullo, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

*/s/ OLEG BITMAN*
Notary Public, State of New York
No. 01BI6339574
Qualified in New York County
Commission Expires April 4, 2028

---

[1] The Reorganized Debtors with open cases remaining in these chapter 11 cases (along with the last four digits of their federal tax identification numbers) are Frontier Communications Corporation (9596) and Frontier Southwest Incorporated (3444). A complete list of such information may be obtained on the website of the Reorganized Debtors' claims and noticing agent at https://cases.ra.kroll.com/ftr/. The location of the Reorganized Debtors' service address for purposes of these chapter 11 cases is: 401 Merritt 7, Norwalk, CT 06851.