Kerry S. Culpepper (admitted *pro hac vice*)
**CULPEPPER IP, LLLC**
75-170 Hualalai Rd., STE B204
Kailua-Kona, HI 96740
Telephone: (808) 464-4047
Facsimile: (202) 204-5181
Emails: kculpepper@culpepperip.com

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| FRONTIER COMMUNICATIONS CORPORATION, *et al.*[1] | Case No. 20-22476 (RDD) |
| | (Jointly Administered) |

# NOTICE OF BANKRUPTCY

**TO THE HONORABLE JUDGE:**

On June 29, 2024, Movie Company Claimant Screen Media Ventures LLC ("SMV"), and its parent company, Chicken Soup For The Soul Entertainment Inc., (collectively, the "Debtors"),[2]

---

[1] Due to the large number of debtor entities in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtor entities and the last four digits of their federal tax identification numbers are not provided herein. A complete list of such information may be obtained on the website of the Reorganized Debtors' claims and noticing agent at https://cases.primeclerk.com/ftr. The location of the Reorganized Debtors' service address for purposes of these chapter 11 cases is: 50 Main Street, Suite 1000, White Plains, New York 10606.

[2] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number (where applicable), are: 757 Film Acquisition LLC (4300); Chicken Soup for the Soul Entertainment Inc. (0811); Chicken Soup for the Soul Studios, LLC (9993); Chicken Soup for the Soul Television Group, LLC; Crackle Plus, LLC (9379); CSS AVOD Inc. (4038); CSSESIG, LLC (7150); Digital Media Enterprises LLC; Halcyon Studios, LLC (3312); Halcyon Television, LLC (9873); Landmark Studio Group LLC (3671); Locomotive Global, Inc. (2094); Pivotshare, Inc. (2165); RB Second Merger Sub LLC (0754); Redbox Automated Retail, LLC (0436); Redbox Entertainment, LLC (7085); Redbox Holdings, LLC (7338); Redbox Incentives LLC (1123); Redwood Intermediate, LLC (2733); Screen Media Films, LLC; Screen Media Ventures, LLC (2466); and TOFG LLC (0508). The Debtors' corporate headquarters and service address is 132 East Putnam Avenue, Floor 2W, Cos Cob, CT 06807.

20-023A

filed for protection under chapter 11, title 11 of the United States Code (the "Bankruptcy Code"), in a case captioned *In re: Chicken Soup For The Soul Entertainment Inc., et al.*, 24-11457, which is pending in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Case").  Accordingly, Movie Company Claimant SMV is now a debtor and debtor-in-possession pursuant to the Bankruptcy Code.

Pursuant to 11 U.S.C. § 362(a), an automatic stay ("Automatic Stay") applicable to all Debtors is imposed upon the filing of the Bankruptcy Case on June 29, 2024, and prohibits any party from taking any action against any Debtor or its property.

Dated:  July 12, 2024                    Respectfully submitted,

                                         By:   /s/ *Kerry S. Culpepper*
                                               Kerry S. Culpepper (admitted *pro hac vice*)
                                               CULPEPPER IP, LLLC
                                               75-170 Hualalai Road, Suite B204
                                               Kailua Kona, Hawaii 96740
                                               Telephone: (808) 464-4047
                                               Facsimile: (202) 204-5181
                                               E-mail: kculpepper@culpepperip.com

                                               *Attorneys for Movie Company Claimants*

## CERTIFICATE OF SERVICE

      I certify that on July 12, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send a notification of such filing to all ECF recipients in the above-captioned matter.

      Pursuant to the Case Management Order #1 [Doc. #2229] applying Part VII rules including Fed. R. Bankr. P.7005 to this contested matter – Movie Company Claimants have complied with their service obligations by serving counsel for all Parties in this contested matter pursuant to Fed. R. Civ. Pro 5(b)(2)(E) for service by the above ECF submission.

Dated: Kailua-Kona, HI July 12, 2024

                                                       */s/ Kerry S. Culpepper*
                              Kerry S. Culpepper (admitted *pro hac vice*)
                                           **CULPEPPER IP, LLLC**
                                         75-170 Hualalai Rd., STE B204
                                                Kailua-Kona, HI 96740
                                            Telephone: (808) 464-4047
                                             Facsimile: (202) 204-5181
                                       Emails: kculpepper@culpepperip.com

20-023A