**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re: | Chapter 11 |
| FRONTIER COMMUNICATIONS CORPORATION, *et al.*, | Case No. 20-22476 (MG) |
| Reorganized Debtors. | (Jointly Administered) |

**ORDER REQUIRING RESPONSE TO RCC ERRATA LETTER**

On July 19, 2024, the Record Company Claimants ("RCCs") transmitted via email a letter alleging that Frontier has "improperly attempted to use Paul Garcia's deposition errata sheet" to substantially modify responses Mr. Garcia gave during his deposition (the "Errata Letter"). The RCCs noted that they had not yet filed the Errata Letter publicly to give Frontier an opportunity to redact any potentially confidential information.

The Court hereby **ORDERS** as follows:

1. Frontier shall file a response to the Errata Letter by Friday, July 26 at 5:00 p.m. (ET).
2. The RCCs may file and serve any reply letter by Wednesday, July 31 at 5:00 p.m. (ET).

**IT IS SO ORDERED.**

Dated:   July 22, 2024
         New York, New York

                                                    **/s/ Martin Glenn**
                                                    MARTIN GLENN
                                                    Chief United States Bankruptcy Judge