# CULPEPPER IP, LLLC

ATTORNEY AT LAW

75-170 Hualalai Road, Suite B204
Kailua-Kona, Hawaii 96740

Tel: (808) 464-4047
Fax: (202) 204-5181

www.culpepperip.com
―――――
Patents, Trademarks & Copyrights

Kerry S. Culpepper *

* Admitted to practice in Virginia, Hawai'i and before the USPTO

July 22, 2024

<u>Via E-mail</u>: mg.chambers@nysb.uscourts.gov

<u>Via ECF</u>

Chief Judge Martin Glenn
US Bankruptcy Court, Southern District of New York
One Bowling Green
New York, NY 10004-1408

U.S. Bankruptcy Court, Southern District of New York
Case Name: *In re: FRONTIER COMMUNICATIONS CORPORATION, et al.*, Case No. 20-22476-mg
Re: Joinder in RCC letter of July 22, 2204

Dear Judge Glenn,

    I am counsel for Movie Company Claimants ("MCCs") in this contested proceeding against Debtor Frontier Communications Corp. I write to notify the Court that the MCCs join in the relief sought in the July 19, 2024 letter of the Record Company Claimants (RCCs) (as noted in Doc.# 2397).

Sincerely,
/s/ksc/
Kerry S. Culpepper
kculpepper@culpepperip.com
Counsel for Movie Company Claimants (admitted *pro hac vice*)