

BOSTON   CONNECTICUT   FLORIDA   NEW JERSEY   NEW YORK   PROVIDENCE   WASHINGTON, DC

**STANLEY A. TWARDY, JR.**
Attorney at Law

One Stamford Plaza, 7th Floor
263 Tresser Boulevard
Stamford, CT 06901
T: (203) 977-7368 F: (866) 458-1037
satwardy@daypitney.com

August 16, 2024

**VIA E-FILING**

Chief Judge Martin Glenn
U.S. Bankruptcy Court, S.D.N.Y.
One Bowling Green
New York, NY 10004-1408

  Re: In re: Frontier Communications Corp., No. 20-22476-mg

Dear Judge Glenn:

  On behalf of Frontier Communications Corporation ("Frontier"), we write in response to the letter submitted to chambers by counsel for the Movie Company Claimants (MCCs) seeking leave to file a motion for sanctions. Should the Court grant MCCs leave to file their motion, Frontier respectfully requests 14 days to file its opposition. We understand MCCs consent to this and they request 7 days to file a reply, to which Frontier consents.

  Unless Your Honor directs us to file it sooner, we will file this letter on the docket after MCCs file their request for leave so we can properly link this to MCCs filing.

Respectfully submitted,

*/s/ Stanley A. Twardy, Jr.*

Stanley A. Twardy, Jr.

cc: All Counsel Record