**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| FRONTIER COMMUNICATIONS | ) | Case No. 20-22476 (MG) |
| CORPORATION, *et al.*, | ) | |
| | ) | |
| Reorganized Debtors. | ) | (Jointly Administered) |
| | ) | |

## ORDER REQUIRING RESPONSE TO MCCS' LETTER

On August 17, 2024, the Movie Company Claimants ("MCCs") filed a letter seeking leave to file a Rule 37(e) motion, or in the alternative, requesting a discovery conference regarding Frontier's alleged "failure to preserve and produce important electronic data" (the "MCC 37(e) Letter," ECF Doc. # 2413).  Frontier filed a response requesting that, if the Court granted the MCCs request to file a Rule 37(e) motion, Frontier be given 14 days to file an opposition (ECF Doc. # 2414).

The Court hereby **ORDERS** that Frontier shall file a letter response to the MCC 37(e) Letter by Friday, August 23 at 5:00 p.m.  The Court will then consider the MCCs' requests for a discovery conference and for leave to file a Rule 37(e) motion.

**IT IS SO ORDERED.**

Dated:    August 19, 2024
          New York, New York

          _____/s/ Martin Glenn_____
          MARTIN GLENN
          Chief United States Bankruptcy Judge