

BOSTON   CONNECTICUT   FLORIDA   NEW JERSEY   NEW YORK   PROVIDENCE   WASHINGTON, DC

**JONATHAN B. TROPP**
Attorney at Law

195 Church Street, 15th Floor
New Haven, CT 06510
T: (203) 977-7337 F: (203) 901-1733
jbtropp@daypitney.com

October 18, 2024

**VIA HAND DELIVERY**

Chief Judge Martin Glenn
U.S. Bankruptcy Court, S.D.N.Y.
One Bowling Green
New York, NY 10004-1408

Re:   In re: Frontier Communications Corp., No. 20-22476-mg

Dear Judge Glenn:

As directed by the Court during the discovery conference on October 15, 2024, Frontier is providing herewith for the Court's *in camera* review all legal hold memoranda issued by Frontier in connection with claims asserted by Movie Company Claimants (MCCs) and Record Company Claimants (RCCs). To correct my colloquy with the Court during the conference (on pp. 18-23), I must clarify that I was referring only to written legal hold memoranda, and I was not aware at the time of all of the memoranda that had been issued.

As also directed, because Frontier claims that the attorney-client privilege and work-product protection apply to these memoranda, we enclose a stand-alone privilege log, which we are providing to MCCs and RCCs by copy of this letter. The log includes two non-privileged attachments, which were previously produced to MCCs and RCCs. We included them on the log for completeness.

Frontier will submit a memorandum next week setting forth the basis for its claims, as the Court invited.

Respectfully submitted,

Jonathan B. Tropp

Jonathan B. Tropp

Enclosures:   (1) Legal hold memoranda; (2) privilege log
cc:             All Counsel of Record (by e-mail, w/privilege log only)

120349192.1