

BOSTON   CONNECTICUT   FLORIDA   NEW JERSEY   NEW YORK   PROVIDENCE   WASHINGTON, DC

**STANLEY A. TWARDY, JR.**
Attorney at Law

One Stamford Plaza, 7th Floor
263 Tresser Boulevard
Stamford, CT 06901
T: (203) 977-7368 F: (866) 458-1037
satwardy@daypitney.com

November 7, 2024

**VIA ECF**

Chief Judge Martin Glenn
U.S. Bankruptcy Court, S.D.N.Y.
One Bowling Green
New York, NY 10004-1408

Re:   In re: Frontier Communications Corp., 20-22476-mg

Dear Judge Glenn:

We have become aware of an additional transmittal e-mail that was not included in the October 18, 2024, *in camera* submission or on the stand-alone privilege log provided therewith. (ECF No. 2452.) The transmittal e-mail was included on Frontier's August 27, 2024, privilege log (ECF No. 2422-2) as PRIV00001235. The transmittal e-mail incorporates the text of the legal hold memorandum previously identified on the stand-alone privilege log as PRIV00001234, which we previously submitted to the Court for *in camera* review. We enclose a revised stand-alone privilege log, reflecting the addition of PRIV00001235, and submit a hard copy of PRIV00001235 via overnight mail for *in camera* review.

Respectfully submitted,

Stanley A. Twardy, Jr.

Enclosures: (1) Transmittal e-mail (via overnight mail); (2) privilege log
cc:   All Counsel of Record (via e-mail with privilege log)