**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | ) |
| | ) |
| FRONTIER COMMUNICATIONS | ) Chapter 11 |
| CORPORATION, *et al.*[1] | ) |
| | ) Case No. 20-22476-mg |
| | ) |
| | ) (Jointly Administered) |
| | ) |

**JOINT STIPULATION AND ORDER GRANTING LEAVE TO MOVIE COMPANY CLAIMANTS TO FILE A SUPPLEMENTAL BRIEF IN FURTHER SUPPORT OF THEIR SANCTIONS MOTION AND EXTENDING FRONTIER'S DEADLINE TO OPPOSE**

WHEREAS on November 19, 2024, Movie Company Claimants[2] ("MCCs") served their unredacted motion for sanctions under Rule 37 ("Motion") on Reorganized Debtors (collectively, "Frontier") and submitted a courtesy copy to the Court, and, on November 25, 2024, MCCs filed the Motion with certain personally identifiable information having been redacted (ECF Doc. #2464);

WHEREAS on November 19, 2024, the Court issued the ORDER COMPELLING PRODUCTION OF FRONTIER'S LITIGATION HOLD NOTICES ("Order") (ECF Doc. #

---

[1] Due to the large number of debtor entities in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtor entities and the last four digits of their federal tax identification numbers are not provided herein. A complete list of such information may be obtained on the website of the Reorganized Debtors' claims and noticing agent at https://cases.primeclerk.com/ftr. The location of the Reorganized Debtors' service address for purposes of these chapter 11 cases is: 50 Main Street, Suite 1000, White Plains, New York 10606.

[2] Claimants Voltage Holdings, LLC; Backmask, LLC; Union Patriot Capital Management, LLC; Venice PI, LLC; Bedeviled, LLC; MON, LLC; Colossal Movie Productions, LLC; WWE Studios Finance Corp; TBV Productions, LLC; Definition Delaware LLC; I Am Wrath Productions, Inc.; Hannibal Classics Inc.; Justice Everywhere Productions LLC; Badhouse Studios, LLC; Rise Up, LLC; Status Update LLC; Morgan Creek Productions, Inc.; Shock and Awe, LLC; Fun Mom Dinner, LLC; Dead Trigger Movie, LLC; YAR Productions, Inc.; Gunfighter Productions, LLC; Ace in the Hole Productions, LP; SF Film, LLC; The Rest of Us, Inc.; Killing Link Distribution, LLC; Dallas Buyers Club, LLC; Rambo V Productions, Inc.; Millennium Funding, Inc.; Millennium IP, Inc.; LHF Productions, Inc.; UN4 Productions, Inc.; Millennium Media, Inc.; Bodyguard Productions, Inc.; Hunter Killer Productions, Inc.; Fallen Productions, Inc.; HB Productions, Inc.; Black Butterfly Film, LLC; AMBI Distribution Corp.; Dubious Productions, Inc.; Rupture CAL, Inc.; Future World One, LLC; Groove Tails Productions, LLC; Outpost Productions, Inc.; Nikola Productions, Inc.; Eve Nevada, LLC; After II Movie, LLC; and Wonder One, LLC (collectively, the "Movie Company Claimants")

2462);

WHEREAS on November 21, 2024, Frontier produced litigation hold notices in compliance with the Order;

WHEREAS MCCs wish to file a two-page supplemental brief in support of the Motion solely limited to issues raised by the litigation hold notices produced on November 21, 2024;

WHEREAS Frontier consents to MCCs filing a two-page supplemental brief by Wednesday, November 27, 2024, provided Frontier's deadline to file its memorandum in opposition to the Motion is extended from December 6, 2024 to Monday, December 9, 2024, to which MCCs likewise consent.

**NOW, THEREFORE, IT IS HEREBY ORDERED AS FOLLOWS.**

1. MCCs may file a two-page supplemental brief in support of the Motion directed to issues raised by the litigation hold notices Frontier produced on November 21, 2024, by Wednesday November 27, 2024.

2. Frontier's deadline for filing its opposition to the Motion is extended to December 9, 2024.

DATED: November 26, 2024

| | |
|---|---|
| */s/ Kerry S. Culpepper*<br>Kerry S. Culpepper<br>CULPEPPER IP, LLLC<br>75-170 Hualalai Road, Suite B204<br>Kailua-Kona, Hawaii 96740<br>Telephone: (808) 464-4047<br>Facsimile: (202) 204-5181<br>E-Mail: kculpepper@culpepperip.com<br><br>*Attorney for Movie Company Claimants* | REORGANIZED DEBTORS<br><br>By:  */s/Stanley A. Twardy, Jr.*<br>Stanley A. Twardy, Jr.<br>DAY PITNEY LLP<br>One Stamford Plaza<br>263 Tresser Boulevard, 7th Floor<br>Stamford, CT 06901<br>Tel: (203) 977-7368<br>Fax: (866) 458-1037<br><br>Elizabeth A. Alquist<br>Matthew J. Letten<br>Caitlin M. Barrett<br>DAY PITNEY LLP<br>225 Asylum Street<br>Hartford, CT 06103<br>Tel: (860) 275-0137<br>Fax: (860) 881-2456<br><br>Jonathan B. Tropp<br>Joshua W. Cohen<br>DAY PITNEY LLP<br>195 Church Street, 15th Floor<br>New Haven, CT 06510<br>Tel: (203) 752-5000<br>Fax: (203) 901-1733<br><br>Ildefonso P. Mas (Admitted PHV)<br>AKERMAN LLP<br>71 South Wacker Drive, 47th Floor<br>Chicago, IL 60606<br>Tel: (312) 634 5700<br>Fax : (312) 424 1900<br><br>*Co-Counsel for Reorganized Debtors* |

**IT IS SO ORDERED.**

Dated:  November 26, 2024
         New York, New York

                                                            **/s/ Martin Glenn**
                                                          MARTIN GLENN
                                              Chief United States Bankruptcy Judge