UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | : Chapter 11 |
| FRONTIER COMMUNICATIONS CORPORATION, *et al.*, | : Case No. 20-22476 (MG) |
| | : (Jointly Administered) |
| Reorganized Debtors. | : |

## SUPPLEMENTAL DECLARATION OF ALBERT MAURI

I, Albert Mauri, declare:

1. I am currently employed by Frontier Communications Corporation ("Frontier") as its Manager, Cyber Security, Threat Response Team. Among my responsibilities, I manage the team of Frontier employees responsible for eDiscovery and the implementation of legal holds.

2. I previously provided a declaration in this matter dated December 6, 2024. As I attested at that time, I have reviewed Frontier's records with respect to any legal holds instituted with respect to Cecilia Stiber, a former Frontier in-house counsel who left the company effective April 28, 2017.

3. I found a single legal hold involving her in place at the time of her departure. According to Frontier's records, that hold was lifted on September 12, 2017.

4. Attached hereto as Exhibit 24 is the September 12, 2017, email requesting that Stiber be removed from that legal hold. This email is retained in Frontier's computer systems and maintained by my team as a record of the request that the legal hold be terminated. This is the record I reviewed in connection with my original declaration.

5. The "View Item" link in that record points to a page in Frontier's Sharepoint system. Attached hereto as Exhibit 25 is a screenshot of that Sharepoint page, which is a record

-2-

kept in the ordinary course of Frontier's business concerning the legal hold. The Sharepoint page is visible to me when I hover over the link in Exhibit 24, but I am currently unable to export it.

6.     As reflected in Exhibits 24 and 25, the legal hold is characterized in Frontier's systems as a "strategic hold."

I declare under penalty of perjury that, to the best of my knowledge, information and belief, the foregoing is true and correct.

Executed in White House, Tennessee, December 27, 2024

_____
Albert Mauri