**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| FRONTIER COMMUNICATIONS CORPORATION, *et al.*, | Case No. 20-22476 (MG) |
| Reorganized Debtors. | (Jointly Administered) |

## ORDER RE TRIAL DATES FOR CONTESTED CLAIMS OF RCCS AND MCCS

The Court previously advised counsel that the Court is unable to proceed with trial of this contested matter in March of 2025. The Court indicated that the Court expects to be available for a trial during May of 2025, and requested that counsel confer on proposed trial dates. The Court has received letters from counsel to Frontier (ECF Doc. # 2492), and, jointly, from the RCCs and MCCs (ECF Doc. # 2493). Counsel have been unable to agree on proposed trial dates.

The Court has carefully considered counsels' letters, and also has considered the Court's schedule. Therefore, subject to further constraints described below, the trial shall begin on Monday, May 5, 2025, and continue day-to-day, until the evidence is concluded, on or before May 30, 2025. Trial days will ordinarily begin at 9:00 am and end at 5:00 pm, with the possibility of ending later to finish the testimony of a witness.

As the Court previously advised counsel, the Court will likely need to schedule outpatient medical visits two days each week during the trial. (The schedule for outpatient treatments is currently unknown.) Each outpatient visit is likely to take up to one-half of a trial day. In other words, the Court expects to hear evidence in this case

during the equivalent of four days each week.  Unless otherwise expressly permitted by the Court, all witnesses must appear in the courtroom for their testimony.

The final pretrial conference shall be held in the courtroom with all counsel in attendance at 10:00 am, April 16, 2025.  A completed proposed pretrial conference order shall be filed on or before 5:00 pm, April 2, 2025

Dated:    January 10, 2025
         New York, New York

*Martin Glenn*
MARTIN GLENN

2