UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>FRONTIER COMMUNICATIONS CORP., *et al*.,<br><br>Reorganized Debtors. | Chapter 11<br><br>Case No. 20-22476 (MG)<br><br>(Jointly Administered) |

**ORDER COMPELLING PRODUCTION**

Pursuant to a prior order in this case requiring Frontier to produce "all documents relating to each of the entries in [RCC124], dating from May 1, 2024 through January 6, 2025 (or later if the issues with the spreadsheet [RCC124] are not resolved by January 6, 2025)," Frontier has produced to the Court various documents for *in camera* review. (ECF Doc. # 2488.) Frontier also provided a letter accompanying this production ("Letter," ECF Doc. # 2496), as well as an updated privilege log and two spreadsheets detailing the results of Frontier's investigation into the meaning of RCC124. This Order sets out the Court's document-by-document rulings on the most recent *in camera* submission.

As was the case with the prior privilege review, Frontier has waived work product protection over fact work product related to the "matter" of RCC124. (*See* ECF Doc. # 2489 at 3–4 (collecting cases).) This time, by providing two more spreadsheets containing the results of their outside counsel's investigations, Frontier has once again waived work product protection over fact work product related to the "matter" of these two spreadsheets, including drafts of those spreadsheets and conversations between Frontier employees concerning their creation. (*See id.*)

The below chart contains the Court's document-by-document rulings and associated orders. The chart also reflects the assertions of privilege or work product protection Frontier

made over each document in its privilege log. WP stands for "work product," and AC stands for "attorney-client."

Frontier is hereby **ORDERED** to produce to the claimants the documents indicated for production in the following chart.

| BATES (PRIV0000-) | PRIVILEGE ASSERTED | PRIVILEGED (WP or AC)? | ORDER |
|---|---|---|---|
| 2044 | AC, WP | PRIVILEGED (communication with outside counsel) | Do not produce |
| 2045 | AC, WP | PRIVILEGED (communication with outside counsel) | Do not produce |
| 2046 | AC, WP | PRIVILEGED (communication with outside counsel) | Do not produce |
| 2047 | AC, WP | PRIVILEGED (communication with outside counsel) | Do not produce |
| 2048 | AC, WP | PRIVILEGED (communication with outside counsel) | Do not produce |
| 2049 | AC, WP | PRIVILEGED (communication with outside counsel) | Do not produce |
| 2050 | AC, WP | PRIVILEGED (communication with outside counsel) | Do not produce |
| 2051 | AC, WP | PRIVILEGED (communication with outside counsel) | Do not produce |
| 2052 | WP | NOT PRIVILEGED (to the extent this constitutes fact work product, privilege is | Produce |

|      |        |                                                                                                                                                                                                                                                                                                                                                                       |                                                          |
|------|--------|-----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|----------------------------------------------------------|
|      |        | waived; does not contain hallmarks of opinion work product)                                                                                                                                                                                                                                                                                                           |                                                          |
| 2053 | WP     | NOT PRIVILEGED (to the extent this constitutes fact work product, privilege is waived; does not contain hallmarks of opinion work product)                                                                                                                                                                                                                            | Produce                                                  |
| 2054 | AC, WP | PRIVILEGED (communication with outside counsel protected by AC privilege; communication between employees made to aid outside counsel)                                                                                                                                                                                                                                | Do not produce                                           |
| 2055 | WP     | PRIVILEGED (prepared by or for a party in anticipation of litigation, but only one portion is opinion work product because it reflects outside counsel's mental processes: Jesse Ross's first December 5, 2024, 6:47pm message; to the extent that the rest is fact product, privilege is waived) | Produce but redact the first message in the thread.      |
| 2056 | AC, WP | PRIVILEGED (communication with outside counsel)                                                                                                                                                                                                                                                                                                                       | Do not produce                                           |

3

| 2057 | WP | NOT PRIVILEGED (fact work product is waived) | Produce |
| --- | --- | --- | --- |
| 2058 | AC, WP | PRIVILEGED (communication with outside counsel) | Do not produce |
| 2059 | WP | NOT PRIVILEGED (fact work product is waived) | Produce |
| 2060 | WP, AC | PRIVILEGED (communication with outside counsel) | Do not produce |
| 2061 | WP | NOT PRIVILEGED (fact work product is waived) | Produce |
| 2062 | WP, AC | PRIVILEGED (communication with outside counsel) | Do not produce |
| 2063 | WP, AC | PRIVILEGED (information disclosed to outside counsel for the purpose of facilitating provision of legal advice falls within scope of attorney-client privilege) | Do not produce |
| 2064 | WP, AC | PRIVILEGED (communication with outside counsel) | Do not produce |
| 2065 | WP | NOT PRIVILEGED (to the extent this constitutes fact work product, privilege is waived; does not contain hallmarks of opinion work product) | Produce |

| 2066 | AC, WP | PRIVILEGED (communication with outside counsel) | Do not produce |
|---|---|---|---|
| 2067 | AC, WP | PRIVILEGED (communication with outside counsel) | Do not produce |
| 2068 | WP | NOT PRIVILEGED (to the extent this constitutes fact work product, privilege is waived; does not contain hallmarks of opinion work product) | Produce |
| 2069 | AC, WP | PRIVILEGED (communication with outside counsel protected by AC privilege; communication between employees made to aid outside counsel) | Do not produce |
| 2070 | AC, WP | PRIVILEGED (communication with outside counsel protected by AC privilege) | Do not produce |

**IT IS SO ORDERED.**

Dated:   January 22, 2025
         New York, New York

                                       **s/ Martin Glenn**
                                        MARTIN GLENN
                    Chief United States Bankruptcy Judge