**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) |
| FRONTIER COMMUNICATIONS | ) Case No. 20-22476 (MG) |
| CORPORATION *et al.*, | ) |
|  | ) (Jointly Administered) |
| Reorganized Debtors. | ) |
|  | ) |

**ORDER REQUIRING CLAIMANTS' COUNSEL TO RESPOND TO**
**FRONTIER'S NOTICE OF STATUS OF RELATED CASE (ECF DOC. # 2505)**
**ON OR BEFORE 5:00 PM, MARCH 5, 2025**

Counsel for Frontier filed a Notice of Status of Related Case on February 25, 2025. (ECF Doc. # 2505.) Counsel for the RCC and the MCC shall file responses to the Notice on or before 5:00 pm, March 5, 2025. Frontier's counsel may <u>not</u> file a Reply.

**IT IS SO ORDERED.**

Dated: February 26, 2025            _____s/ Martin Glenn_____
New York, NY                                Chief U.S. Bankruptcy Judge