**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>FRONTIER COMMUNICATIONS<br>CORPORATION *et al.*,<br><br>　　　　　Reorganized Debtors. | Chapter 11<br><br>Case No. 20-22476 (MG)<br><br>(Jointly Administered) |

**ORDER DENYING FRONTIER'S REQUEST TO POSTPONE TRIAL OF CONTESTED CLAIM OBJECTIONS**

Counsel for Frontier filed a Notice of Status of Related Case on February 25, 2025 requesting that the trial of the contested claim objections of the RCCs and MCCs, currently scheduled to begin on May 5, 2025, be postponed pending a decision of the U.S. Supreme Court whether to grant *certiorari* from the Fourth Circuit's decision in *Cox Commc'ns, Inc. v. Sony Music Ent.* (No. 24-171) and *Sony Music Ent. et al. v. Cox. Commc'ns, Inc*. (No. 24-181).  (*See* ECF DOC. # 2505.)  Counsel for the RCC and the MCC each filed a response opposing Frontier's request.  (ECF Doc. ## 2507, 2508.)  Having considered Frontier's request and the oppositions, Frontier's request is **DENIED.**

　　The trial will go forward as scheduled.  All pretrial deadlines shall continue to apply.

　　**IT IS SO ORDERED.**

Dated: March 5, 2025　　　　　　　　　　　s/ Martin Glenn
　　　　New York, NY　　　　　　　　　Chief U.S. Bankruptcy Judge