**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| FRONTIER COMMUNICATIONS CORPORATION, *et al.*, | ) Case No. 20-22476 (MG) |
| | ) |
| Reorganized Debtors. | ) (Jointly Administered) |
| | ) |

## ORDER REQUIRING BRIEFING

The RCCs submitted, via email with all parties copied, two motions *in limine* to the Court on Friday, March 28.  Frontier submitted a letter in response on Sunday, March 30, also via email with all parties copied, offering to provide briefs in response to the RCCs' two most recent motions *in limine* by April 14.  Frontier is hereby **ORDERED** to provide responsive briefing by April 14, 14 days after the date of submission.  If the RCCs then choose to file replies, they may do so by April 21.

**IT IS SO ORDERED.**

Dated:   April 2, 2025
         New York, New York

                                          /s/ Martin Glenn
                                          MARTIN GLENN
                                          Chief United States Bankruptcy Judge