**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| FRONTIER COMMUNICATIONS CORPORATION, *et al.*, | ) Case No. 20-22476 (MG) |
| | ) |
| Reorganized Debtors. | ) (Jointly Administered) |
| | ) |

**ORDER GRANTING RCC's MOTION IN LIMINE TO EXCLUDE EVIDENCE OF HANDLING OF REPEAT INFRINGERS AFTER THE ADMINISTRATIVE CLAIMS PERIOD**

The RCCs have moved to exclude evidence of Frontier's handling of repeat infringers after the time period covered by the Prepetition and Administrative Claims Periods. The Motion is **GRANTED**. Frontier's handling of repeat infringers after the Administrative Claims Period is not relevant to the issues that will be tried by the Bankruptcy Court beginning on May 5, 2025. While the handling of repeat infringers is relevant to the district court action, those issues will not be addressed by the Bankruptcy Court.

**IT IS SO ORDERED.**

Dated: April 3, 2025
New York, New York

                                                          **/s/ Martin Glenn**
                                                          MARTIN GLENN
                                                          Chief United States Bankruptcy Judge