**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| FRONTIER COMMUNICATIONS CORPORATION, *et al.*, | ) Case No. 20-22476 (MG) |
| Reorganized Debtors. | ) (Jointly Administered) |

## ORDER DENYING REQUEST FOR RECONSIDERATION

On April 8, 2025, Frontier emailed a letter to the Court seeking reconsideration of an earlier order (ECF Doc. # 2516) in light of language in the parties' pretrial order (ECF Doc. # 2517). Upon review of the documents submitted with the letter and the pretrial order, the Court **DENIES** Frontier's request for reconsideration.

**IT IS SO ORDERED.**

Dated:   April 9, 2025
        New York, New York

                              /s/ Martin Glenn
                              MARTIN GLENN
                              Chief United States Bankruptcy Judge