**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| FRONTIER COMMUNICATIONS CORPORATION, *et al.*,[1] | ) ) ) ) | Case No. 20-22476 (MG) |
| Reorganized Debtors. | ) ) ) | (Jointly Administered) |

**SUMMARY NOTES TO POST-CONFIRMATION**
**QUARTERLY REPORTS OF THE REORGANIZED DEBTORS**

The Post-Confirmation Reports (collectively, the "Reports")[2] filed by the above-captioned reorganized debtors (the "Reorganized Debtors") in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") and submitted to the U.S. Trustee were prepared, pursuant to section 1106(a)(7) of title 11 of the United States Code (the "Bankruptcy Code") and rule 2015 of the Federal Rules of Bankruptcy Procedure, by management of the Debtors, with the assistance of the Debtors' advisors, and are unaudited. These *Summary Notes to Post-Confirmation Quarterly Reports of the Reorganized Debtors* (the "Summary Notes") are incorporated by reference in, and comprise an integral part of, each of the Reports, and should be referred to and considered in connection with any review of the Reports.

**Summary Notes**

1. **Part 3:**

    - *Administrative Claims* reflect only $12,792,504 of Claims because:

        (a) Only two applications for Administrative Claims in the aggregate amount of $525,196.50 have been Allowed to date.[3]

        (b) Most potential Administrative Claims (for which no application was filed) were paid pursuant to first day relief (*e.g.*, certain section 503(b)(9) Claims

---

[1] The Reorganized Debtors with open cases remaining in these chapter 11 cases (along with the last four digits of their federal tax identification numbers) are Frontier Communications Corporation (9596) and Frontier Southwest Incorporated (3444). A complete list of such information may be obtained on the website of the Reorganized Debtors' claims and noticing agent at https://cases.ra.kroll.com/ftr/. The location of the Reorganized Debtors' service address for purposes of these chapter 11 cases is: 1919 McKinney Avenue, Dallas, TX 75201.

[2] Capitalized terms used but not defined herein shall have meanings set forth in the Debtors' *Fifth Amended Plan of Reorganization of Frontier Communications Corporation and its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code* [Docket No. 984] (the "Plan").

[3] *See* [Docket Nos. 1896 and 1913].

       were paid pursuant to first day relief and, as a result, have not been reported as Allowed Administrative Claims).

  (c)    Administrative Claims as noted in **Part 3** do not include the professional fee payments outlined in **Part 2**.

- ***Secured Claims*** include Secured Tax Claims, Other Secured Claims, Subsidiary Secured Notes, Term Loan Claims, First Lien Notes Claims, and Second Lien Notes Claims. For purposes of the recovery percentage, reinstatement is treated as a "recovery."

- ***Priority Claims*** have been listed at zero because these obligations have been or will be paid in the ordinary course. Accordingly, these payments have not been considered Allowed priority Claims for purposes of post-confirmation reporting.

- ***General Unsecured Claims*** include the Senior Notes Claims.

2

# UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF NEW YORK

In re: Frontier Communications Corporation    §    Case No. 20-22476
                                              §
                                              §
            Debtor(s)                         §    ☐ Jointly Administered

# Post-confirmation Report                                              Chapter 11

Quarter Ending Date: 03/31/2025              Petition Date: 04/14/2020

Plan Confirmed Date: 08/28/2020              Plan Effective Date: 04/30/2021

This Post-confirmation Report relates to:  ⦿ Reorganized Debtor

                                            ○ Other Authorized Party or Entity: _____
                                                       Name of Authorized Party or Entity

/s/ William McGloin                          William McGloin
Signature of Responsible Party               Printed Name of Responsible Party

04/10/2025
Date
                                             1919 McKinney Avenue
                                             Dallas, TX 75201
                                                       Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

Debtor's Name  Frontier Communications Corporation                                                  Case No.  20-22476

## Part 1: Summary of Post-confirmation Transfers

|  | Current Quarter | Total Since Effective Date |
|---|---:|---:|
| a. Total cash disbursements | $0 | $3,655,479,707 |
| b. Non-cash securities transferred | $0 | $0 |
| c. Other non-cash property transferred | $0 | $0 |
| d. Total transferred (a+b+c) | $0 | $3,655,479,707 |

## Part 2: Preconfirmation Professional Fees and Expenses

|  |  |  | Approved Current Quarter | Approved Cumulative | Paid Current Quarter | Paid Cumulative |
|---|---|---|---:|---:|---:|---:|
| a. | Professional fees & expenses (bankruptcy) incurred by or on behalf of the debtor    *Aggregate Total* | | $0 | $67,538,118 | $0 | $67,538,118 |
|  | *Itemized Breakdown by Firm* | | | | | |
|  | Firm Name | Role | | | | |
| i | Kirkland & Ellis LLP | Lead Counsel | $0 | $17,064,336 | $0 | $17,064,336 |
| ii | FTI Consulting, Inc. | Financial Professional | $0 | $9,187,350 | $0 | $9,187,350 |
| iii | Communications Media Adviso | Other | $0 | $3,426,597 | $0 | $3,426,597 |
| iv | Delta Partners | Other | $0 | $3,177,610 | $0 | $3,177,610 |
| v | Evercore Group L.L.C. | Financial Professional | $0 | $16,617,952 | $0 | $16,617,952 |
| vi | Ernst & Young | Financial Professional | $0 | $971,176 | $0 | $971,176 |
| vii | KPMG | Financial Professional | $0 | $3,402,950 | $0 | $3,402,950 |
| viii | Prime Clerk | Other | $0 | $6,387,389 | $0 | $6,387,389 |
| ix | PwC | Financial Professional | $0 | $211,670 | $0 | $211,670 |
| x | Wilkinson Barker Knauer | Special Counsel | $0 | $355,769 | $0 | $355,769 |
| xi | Willkie Farr | Special Counsel | $0 | $36,425 | $0 | $36,425 |
| xii | Deloitte | Financial Professional | $0 | $379,824 | $0 | $379,824 |
| xiii | Cravath, Swaine & Moore LLP | Special Counsel | $0 | $460,750 | $0 | $460,750 |
| xiv | UBS Securities LLC | Other | $0 | $553,656 | $0 | $553,656 |
| xv | Alvarez & Marsal North Ameri | Other | $0 | $1,231,556 | $0 | $1,231,556 |
| xvi | Kramer Levin Naftalis & Frank | Other | $0 | $4,073,108 | $0 | $4,073,108 |
| xvii | | | | | | |
| xviii | | | | | | |
| xix | | | | | | |
| xx | | | | | | |
| xxi | | | | | | |
| xxii | | | | | | |
| xxiii | | | | | | |
| xxiv | | | | | | |
| xxv | | | | | | |
| xxvi | | | | | | |
| xxvii | | | | | | |
| xxviii | | | | | | |
| xxix | | | | | | |

UST Form 11-PCR (12/01/2021)                               2

Debtor's Name Frontier Communications Corporation    Case No. 20-22476

| | | | | | | |
|---|---|---|---|---|---|---|
| xxx | | | | | | |
| xxxi | | | | | | |
| xxxii | | | | | | |
| xxxiii | | | | | | |
| xxxiv | | | | | | |
| xxxv | | | | | | |
| xxxvi | | | | | | |
| xxxvii | | | | | | |
| xxxvii | | | | | | |
| xxxix | | | | | | |
| xl | | | | | | |
| xli | | | | | | |
| xlii | | | | | | |
| xliii | | | | | | |
| xliv | | | | | | |
| xlv | | | | | | |
| xlvi | | | | | | |
| xlvii | | | | | | |
| xlviii | | | | | | |
| xlix | | | | | | |
| l | | | | | | |
| li | | | | | | |
| lii | | | | | | |
| liii | | | | | | |
| liv | | | | | | |
| lv | | | | | | |
| lvi | | | | | | |
| lvii | | | | | | |
| lviii | | | | | | |
| lix | | | | | | |
| lx | | | | | | |
| lxi | | | | | | |
| lxii | | | | | | |
| lxiii | | | | | | |
| lxiv | | | | | | |
| lxv | | | | | | |
| lxvi | | | | | | |
| lxvii | | | | | | |
| lxviii | | | | | | |
| lxix | | | | | | |
| lxx | | | | | | |
| lxxi | | | | | | |

|   |   |   |   |   |   |
|---|---|---|---|---|---|
| lxxii |   |   |   |   |   |
| lxxiii |   |   |   |   |   |
| lxxiv |   |   |   |   |   |
| lxxv |   |   |   |   |   |
| lxxvi |   |   |   |   |   |
| lxxvii |   |   |   |   |   |
| lxxviii |   |   |   |   |   |
| lxxix |   |   |   |   |   |
| lxxx |   |   |   |   |   |
| lxxxi |   |   |   |   |   |
| lxxxii |   |   |   |   |   |
| lxxxiii |   |   |   |   |   |
| lxxxiv |   |   |   |   |   |
| lxxxv |   |   |   |   |   |
| lxxxvi |   |   |   |   |   |
| lxxxvi |   |   |   |   |   |
| lxxxvi |   |   |   |   |   |
| lxxxix |   |   |   |   |   |
| xc |   |   |   |   |   |
| xci |   |   |   |   |   |
| xcii |   |   |   |   |   |
| xciii |   |   |   |   |   |
| xciv |   |   |   |   |   |
| xcv |   |   |   |   |   |
| xcvi |   |   |   |   |   |
| xcvii |   |   |   |   |   |
| xcviii |   |   |   |   |   |
| xcix |   |   |   |   |   |
| c |   |   |   |   |   |
| ci |   |   |   |   |   |

|   |   |   |   | Approved Current Quarter | Approved Cumulative | Paid Current Quarter | Paid Cumulative |
|---|---|---|---|---|---|---|---|
| b. | Professional fees & expenses (nonbankruptcy) incurred by or on behalf of the debtor | | *Aggregate Total* | $0 | $2,677,289 | $0 | $2,677,289 |
|   | *Itemized Breakdown by Firm* | | | | | | |
|   |   | Firm Name | Role | | | | |
|   | i | Barnes & Thornburg LLP | Special Counsel | $0 | $45,803 | $0 | $45,803 |
|   | ii | Bowles Rice LLP | Special Counsel | $0 | $2,633 | $0 | $2,633 |
|   | iii | Bradley Arant Boult Cummings | Special Counsel | $0 | $21,750 | $0 | $21,750 |
|   | iv | Burns, Day & Presnell, P.A. | Special Counsel | $0 | $2,305 | $0 | $2,305 |
|   | v | Butler Weihmuller Katz Craig L | Special Counsel | $0 | $214 | $0 | $214 |
|   | vi | Cinnamon Mueller LLC | Special Counsel | $0 | $63,775 | $0 | $63,775 |

UST Form 11-PCR (12/01/2021)                                    4

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | vii | Ciulla & Donofrio LLP | Special Counsel | $0 | $2,950 | $0 | $2,950 |
| | viii | Coffin Renner LLP | Special Counsel | $0 | $4,923 | $0 | $4,923 |
| | ix | Law Office of Peter Michaels | Special Counsel | $0 | $5,388 | $0 | $5,388 |
| | x | Cooper, White and Cooper LLP | Special Counsel | $0 | $229,236 | $0 | $229,236 |
| | xi | Lewis Brisbois Bisgaard & Smi | Special Counsel | $0 | $589 | $0 | $589 |
| | xii | Morgan Lewis & Bockius LLP | Special Counsel | $0 | $69,462 | $0 | $69,462 |
| | xiii | Day Pitney LLP | Special Counsel | $0 | $3,087 | $0 | $3,087 |
| | xiv | Eckert Seamans Cherin & Mello | Special Counsel | $0 | $41,028 | $0 | $41,028 |
| | xv | Gilbert L. Hamberg | Special Counsel | $0 | $4,830 | $0 | $4,830 |
| | xvi | Goodwin & Goodwin, LLP | Special Counsel | $0 | $6,161 | $0 | $6,161 |
| | xvii | Gunster, Yoakley & Stewart PA | Special Counsel | $0 | $25,644 | $0 | $25,644 |
| | xviii | Holland & Knight LLP | Special Counsel | $0 | $7,553 | $0 | $7,553 |
| | xix | Jackson Kelly PLLC | Special Counsel | $0 | $69,836 | $0 | $69,836 |
| | xx | James Doge Russel & Stephens | Special Counsel | $0 | $26,886 | $0 | $26,886 |
| | xxi | Jones Walker LLP | Special Counsel | $0 | $3,980 | $0 | $3,980 |
| | xxii | Keegan Werlin LLP | Special Counsel | $0 | $98,196 | $0 | $98,196 |
| | xxiii | Kelley Drye & Warren LLP | Special Counsel | $0 | $281,860 | $0 | $281,860 |
| | xxiv | Kilpatrick Townsend & Stockto | Special Counsel | $0 | $173,150 | $0 | $173,150 |
| | xxv | Klein Law Group PLLC | Special Counsel | $0 | $50,078 | $0 | $50,078 |
| | xxvi | Latham & Watkins LLP | Special Counsel | $0 | $455 | $0 | $455 |
| | xxvii | Littler Mendelson P.C. | Special Counsel | $0 | $302,203 | $0 | $302,203 |
| | xxviii | Marshall, Dennehey, Warner, C | Special Counsel | $0 | $5,021 | $0 | $5,021 |
| | xxix | Mayer Brown LLP | Special Counsel | $0 | $16,493 | $0 | $16,493 |
| | xxx | McGuireWoods LLP | Special Counsel | $0 | $353,280 | $0 | $353,280 |
| | xxxi | Munger, Tolles & Olson LLP | Special Counsel | $0 | $6,602 | $0 | $6,602 |
| | xxxii | Nossaman LLP | Special Counsel | $0 | $22,534 | $0 | $22,534 |
| | xxxiii | O'Sullivan McCormack Jensen | Special Counsel | $0 | $40,109 | $0 | $40,109 |
| | xxxiv | Orrick, Herrington, & Sutcliffe, | Special Counsel | $0 | $2,327 | $0 | $2,327 |
| | xxxv | Paul N. Iannone, Attorney at La | Special Counsel | $0 | $17,738 | $0 | $17,738 |
| | xxxvi | Peek Legal LLC | Special Counsel | $0 | $27,998 | $0 | $27,998 |
| | xxxvii | Moss & Barnett P.A. | Special Counsel | $0 | $70,907 | $0 | $70,907 |
| | xxxvii | Roffman Horvitz, PLC | Special Counsel | $0 | $2,190 | $0 | $2,190 |
| | xxxix | Schwegman, Lundberg, & Woe | Special Counsel | $0 | $3,836 | $0 | $3,836 |
| | xl | Seyfarth Shaw LLP | Special Counsel | $0 | $84,700 | $0 | $84,700 |
| | xli | Sheppard, Mullin, Richter & Ha | Special Counsel | $0 | $9,103 | $0 | $9,103 |
| | xlii | Shipman & Goodwin LLP | Special Counsel | $0 | $111,539 | $0 | $111,539 |
| | xliii | Shutts & Bowen LLP | Special Counsel | $0 | $51,419 | $0 | $51,419 |
| | xliv | Snell & Wilmer LLP | Special Counsel | $0 | $21,472 | $0 | $21,472 |
| | xlv | Squire Patton Boggs LLP | Special Counsel | $0 | $2,760 | $0 | $2,760 |
| | xlvi | Stewart Ward & Josephson LLP | Special Counsel | $0 | $60,961 | $0 | $60,961 |
| | xlvii | Stoel Rives LLP | Special Counsel | $0 | $3,726 | $0 | $3,726 |
| | xlviii | Taft Stettinius & Hollister LLP | Special Counsel | $0 | $17,351 | $0 | $17,351 |

UST Form 11-PCR (12/01/2021)                    5

Debtor's Name Frontier Communications Corporation                                      Case No. 20-22476

|     |       |                                |                 |     |          |     |          |
| --- | ----- | ------------------------------ | --------------- | --- | -------- | --- | -------- |
|     | xlix  | Terreni Law Firm, LLC          | Special Counsel | $0  | $1,800   | $0  | $1,800   |
|     | l     | Thomas, Niesen & Thomas, LL    | Special Counsel | $0  | $67,787  | $0  | $67,787  |
|     | li    | Quarles & Brady LLP            | Special Counsel | $0  | $1,596   | $0  | $1,596   |
|     | lii   | Troutman Sanders LLP           | Special Counsel | $0  | $15,383  | $0  | $15,383  |
|     | liii  | Verrill Dana LLP               | Special Counsel | $0  | $104,127 | $0  | $104,127 |
|     | liv   | Wiggin and Dana LLP Wiley R    | Special Counsel | $0  | $8,705   | $0  | $8,705   |
|     | lv    | Wiley Rein LLP                 | Special Counsel | $0  | $150     | $0  | $150     |
|     | lvi   | Winthrop & Weinstine, P.A.     | Special Counsel | $0  | $1,700   | $0  | $1,700   |
|     | lvii  |                                |                 |     |          |     |          |
|     | lviii |                                |                 |     |          |     |          |
|     | lix   |                                |                 |     |          |     |          |
|     | lx    |                                |                 |     |          |     |          |
|     | lxi   |                                |                 |     |          |     |          |
|     | lxii  |                                |                 |     |          |     |          |
|     | lxiii |                                |                 |     |          |     |          |
|     | lxiv  |                                |                 |     |          |     |          |
|     | lxv   |                                |                 |     |          |     |          |
|     | lxvi  |                                |                 |     |          |     |          |
|     | lxvii |                                |                 |     |          |     |          |
|     | lxviii|                                |                 |     |          |     |          |
|     | lxix  |                                |                 |     |          |     |          |
|     | lxx   |                                |                 |     |          |     |          |
|     | lxxi  |                                |                 |     |          |     |          |
|     | lxxii |                                |                 |     |          |     |          |
|     | lxxiii|                                |                 |     |          |     |          |
|     | lxxiv |                                |                 |     |          |     |          |
|     | lxxv  |                                |                 |     |          |     |          |
|     | lxxvi |                                |                 |     |          |     |          |
|     | lxxvii|                                |                 |     |          |     |          |
|     | lxxviii|                               |                 |     |          |     |          |
|     | lxxix |                                |                 |     |          |     |          |
|     | lxxx  |                                |                 |     |          |     |          |
|     | lxxxi |                                |                 |     |          |     |          |
|     | lxxxii|                                |                 |     |          |     |          |
|     | lxxxiii|                               |                 |     |          |     |          |
|     | lxxxiv|                                |                 |     |          |     |          |
|     | lxxxv |                                |                 |     |          |     |          |
|     | lxxxvi|                                |                 |     |          |     |          |
|     | lxxxvi|                                |                 |     |          |     |          |
|     | lxxxvi|                                |                 |     |          |     |          |
|     | lxxxix|                                |                 |     |          |     |          |
|     | xc    |                                |                 |     |          |     |          |

UST Form 11-PCR (12/01/2021)                                6

Debtor's Name Frontier Communications Corporation　　　　　　　　　　　　　　　　Case No. 20-22476

| | | | | | | |
|---|---|---|---|---|---|---|
| | xci | | | | | |
| | xcii | | | | | |
| | xciii | | | | | |
| | xciv | | | | | |
| | xcv | | | | | |
| | xcvi | | | | | |
| | xcvii | | | | | |
| | xcviii | | | | | |
| | xcix | | | | | |
| | c | | | | | |
| | ci | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | $0 | $0 | $0 | $0 |

**Part 3: Recoveries of the Holders of Claims and Interests under Confirmed Plan**

| | Total Anticipated Payments Under Plan | Paid Current Quarter | Paid Cumulative | Allowed Claims | % Paid of Allowed Claims |
|---|---|---|---|---|---|
| a. Administrative claims | $12,792,504 | $0 | $12,792,504 | $12,792,504 | 100% |
| b. Secured claims | $5,799,572,467 | $0 | $5,799,572,467 | $5,799,572,467 | 100% |
| c. Priority claims | $0 | $0 | $0 | $0 | 0% |
| d. General unsecured claims | $8,380,376,831 | $0 | $8,380,376,831 | $12,302,522,337 | 68% |
| e. Equity interests | $0 | $0 | $0 | | |

**Part 4: Questionnaire**

a. Is this a final report?　　　　　　　　　　　　　　　　　　　　　　　　　　　　Yes ○　　No ●
　　If yes, give date Final Decree was entered: _____
　　If no, give date when the application for Final Decree is anticipated: 06/30/2025
b. Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930?　　Yes ●　　No ○

**Frontier Communications**
*1Q25 UST Fee Calculation*
**$ actuals**

| Case Number | EIN | Debtor | Total Disbursements Subject to UST Fees | UST Fee |
|---|---|---|---:|---:|
| 0872022476 | 06-0619596 | Frontier Communications Corporation | - | 250.00 |
| 0872022484 | 75-0573444 | Frontier Southwest Incorporated | - | 250.00 |
| **Total Disbursements for the Quarter** | | | $ - | $ **500.00** |

Notes:
1. Pursuant to the Final Decree dated September 28, 2021 (Docket No. 1995), all but the two chapter 11 cases noted above have been closed. The Remaining Cases are included above pending entry of a final decree closing these Remaining Cases.

| | |
|---|---|
| Debtor's Name Frontier Communications Corporation | Case No. 20-22476 |

**Privacy Act Statement**

28 U.S.C. § 589b authorizes the collection of this information and provision of this information is mandatory. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6) and to otherwise evaluate whether a reorganized chapter 11 debtor is performing as anticipated under a confirmed plan. Disclosure of this information may be to a bankruptcy trustee when the information is needed to perform the trustee's duties, or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case, or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Post-confirmation Report and its attachments, if any, are true and correct and that I have been authorized to sign this report.**

/s/ William McGloin

Signature of Responsible Party

Chief Accounting Officer and Controller

Title

William McGloin

Printed Name of Responsible Party

04/10/2025

Date

UST Form 11-PCR (12/01/2021)                                            8

20-22476-mg    Doc 2528    Filed 04/10/25    Entered 04/10/25 14:30:13    Main Document
Pg 12 of 13

Debtor's Name Frontier Communications Corporation                                      Case No. 20-22476


Page 1


Other Page 1


Page 2 Minus Tables

Bankruptcy Table 1-50

UST Form 11-PCR (12/01/2021)                              9

Debtor's Name Frontier Communications Corporation                                                                 Case No.  20-22476


Bankruptcy Table 51-100

Non-Bankruptcy Table 1-50

Non-Bankruptcy Table 51-100


Part 3, Part 4, Last Page

UST Form 11-PCR (12/01/2021)                              10