Oppenheim + Zebrak, LLP
Carly K. Rothman
461 Fifth Ave, 19th Floor
New York, NY 10017
Telephone: (212) 951-1253

*Counsel for the Record Company Claimants*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------ X
                            :

In re:                             :     Chapter 11
                            :

FRONTIER COMMUNICATIONS   :     Case No. 20-22476 (MG)
CORPORATION, *et al.*[11]        :
                            :     (Jointly Administered)

         Debtors.              :
                            :
                            :
                            :
------------------------------------ X

## <u>NOTICE OF STATUS CONFERENCE</u>

    **PLEASE TAKE NOTICE** that a Status Conference regarding the trial starting May 5, 2025 will be held before the Honorable Martin Glenn, United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), One Bowling Green, Courtroom No. 523, New York, New York 10004-1408, on April 28, 2025, at 2:00 p.m. (prevailing Eastern Time).

    **PLEASE TAKE FURTHER NOTICE** that the Status Conference will be conducted remotely via Zoom for Government (Zoomgov). Parties wishing to appear at the Status Conference, whether in a "live" or "listen only" capacity, must make an electronic appearance through the "eCourtAppearance" tab on the Court's Website (https://www.nysb.uscourts.gov/ecourt-appearances) no later than 3:00 p.m. (prevailing Eastern Time) one business day before the

---

[1] Due to the large number of debtor entities in these Chapter 11 cases, for which joint administration has been granted, a complete list of debtor entities and the last four digits of their federal tax identification numbers are not provided herein. A complete list of such information may be obtained on the website of the Reorganized Debtors' claims and noticing agent at https://cases.ra.kroll.com/ftr/. The location of the Reorganized Debtors' service address for purposes of these chapter 11 cases is: 50 Main Street, Suite 1000, White Plains, New York 10606

Status Conference.  The Court will circulate by email the Zoom link for the Status Conference to those parties who have made an electronic appearance.  Parties wishing to appear at the Status Conference must submit an electronic appearance through the eCourtAppearance and not by emailing or otherwise contacting the Court.  Additional information regarding the Court's Zoom and hearing procedures can be found on the Court's website.

Dated: New York, New York          **OPPENHEIM + ZEBRAK, LLP**
      April 24, 2025


                                 By:  */s/ Carly K. Rothman*
                                 Carly K. Rothman
                                 Alexander Kaplan
                                 Lauren Bergelson
                                 461 Fifth Avenue, 19th Floor
                                 New York, New York 10017
                                 Telephone: (212) 951-1156
                                 alex@oandzlaw.com
                                 carly@oandzlaw.com
                                 lbergelson@oandzlaw.com

                                 Matthew J. Oppenheim
                                 Corey Miller
                                 4530 Wisconsin Ave., NW, Fifth Floor
                                 Washington, DC 20016
                                 Telephone: (202) 480-2999
                                 matt@oandzlaw.com
                                 corey@oandzlaw.com

                                 *Counsel for the Record Company Claimants*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this April 24, 2025, I caused a true and correct copy of the foregoing Notice of Status Conference to be filed and served through ECF notification upon all parties who receive notice in this matter pursuant to the Court's ECF filing system.

*/s/ Carly K. Rothman*
Carly K. Rothman