**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>FRONTIER COMMUNICATIONS<br>CORPORATION, *et al.*[1] | Chapter 11<br><br>Case No. 20-22476-mg<br><br>(Jointly Administered) |

## MOVIE COMPANY CLAIMANTS' AND REORGANIZED DEBTORS' JOINT NOTICE OF SETTLEMENT

Movie Company Claimants ("MCCs")[2] and Reorganized Debtors (collectively, "Parties"), by and through their counsels, hereby notify the Court that the Parties have arrived at a settlement in principle, which the Parties are working quickly to document and finalize. Accordingly, the Parties request that the Court excuse MCCs from participating in the trial starting May 5, 2025 to give the Parties an opportunity to effectuate their settlement and file a stipulation for dismissal.

---

[1] Due to the large number of debtor entities in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtor entities and the last four digits of their federal tax identification numbers are not provided herein. A complete list of such information may be obtained on the website of the Reorganized Debtors' claims and noticing agent at https://cases.primeclerk.com/ftr. The location of the Reorganized Debtors' service address for purposes of these chapter 11 cases is: 50 Main Street, Suite 1000, White Plains, New York 10606.

[2] Claimants Voltage Holdings, LLC; Union Patriot Capital Management, LLC; Venice PI, LLC; Bedeviled, LLC; MON, LLC; Colossal Movie Productions, LLC; WWE Studios Finance Corp; TBV Productions, LLC; Definition Delaware LLC; I Am Wrath Productions, Inc.; Hannibal Classics Inc.; Justice Everywhere Productions LLC; Badhouse Studios, LLC; Rise Up, LLC; Status Update LLC; Morgan Creek Productions, Inc.; Shock and Awe, LLC; Fun Mom Dinner, LLC; Dead Trigger Movie, LLC; YAR Productions, Inc.; Gunfighter Productions, LLC; Ace in the Hole Productions, LP; SF Film, LLC; The Rest of Us, Inc.; Killing Link Distribution, LLC; Dallas Buyers Club, LLC; Rambo V Productions, Inc.; Millennium Funding, Inc.; Millennium IP, Inc.; LHF Productions, Inc.; UN4 Productions, Inc.; Millennium Media, Inc.; Bodyguard Productions, Inc.; Hunter Killer Productions, Inc.; Fallen Productions, Inc.; HB Productions, Inc.; Black Butterfly Film, LLC; AMBI Distribution Corp.; Dubious Productions, Inc.; Rupture CAL, Inc.; Future World One, LLC; Groove Tails Productions, LLC; Outpost Productions, Inc.; Nikola Productions, Inc.; Eve Nevada, LLC; After II Movie, LLC; and Wonder One, LLC (collectively, the "Movie Company Claimants"). However, the Court should note that Future World One, LLC, Groove Tails Productions, LLC and Debtor submitted a separate joint stipulation for dismissal on April 15, 2025 that is awaiting Court endorsement. *See* Doc. #2529

DATED:   New York, New York
         April 22, 2025

| | |
|---|---|
| */s/ Kerry S. Culpepper* <br> Kerry S. Culpepper <br> CULPEPPER IP, LLLC <br> 75-170 Hualalai Road, Suite B204 <br> Kailua-Kona, Hawaii 96740 <br> Telephone: (808) 464-4047 <br> Facsimile: (202) 204-5181 <br> E-Mail: kculpepper@culpepperip.com <br> *Attorney for Movie Company Claimants* | */s/ Stanley A. Twardy, Jr.* (with authorization) <br> Stanley A. Twardy, Jr. <br> DAY PITNEY LLP <br> One Stamford Plaza <br> 263 Tresser Blvd., 7th Fl. <br> Stamford, CT 06901 <br> Tel: (203) 977-7300 <br> Fax: (203) 977-7301 <br> E-mail: satwardy@daypitney.com <br> *Attorney for Frontier Communications Corporation* |

**SO ORDERED:**

Dated: New York, New York
       April 25, 2025

              **/s/Martin Glenn**
           Chief Judge Martin Glenn
          United States Bankruptcy Judge