Joshua W. Cohen
**DAY PITNEY LLP**
195 Church Street, 15th Floor
New Haven, CT 06510
Phone: (203) 752-5000
Fax: (203) 752-5001
Email: jwcohen@daypitney.com

*Co-Counsel to the Reorganized Debtors*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **FRONTIER COMMUNICATIONS CORPORATION,** *et al.*,[1] | **Case No. 20-22476 (MG)** |
| | **(Jointly Administered)** |
| **Reorganized Debtors.** | |

## NOTICE OF STATUS CONFERENCE

**PLEASE TAKE NOTICE** that the trial scheduled to commence on May 7, 2025, at 9:00 a.m. prevailing Eastern Time in the above-captioned case, will now proceed as a status conference on **May 7, 2025, at 11:00 a.m. prevailing Eastern Time** (the "Status Conference").

**PLEASE TAKE FURTHER NOTICE** that the Status Conference will be conducted remotely via Zoom for Government before the Honorable Martin Glenn, Chief United States Bankruptcy Judge, in the United States Bankruptcy Court for the Southern District of New York, in Courtroom No. 523, located at One Bowling Green, New York, New York 10004-1408.

---

[1] The last four digits of Debtor Frontier Communications Corporation's tax identification number are 9596. Due to the large number of debtor entities in these Chapter 11 cases, for which joint administration has been granted, a complete list of the debtor entities and the last four digits of their federal tax identification numbers are not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.primeclerk.com/ftr. The location of the Debtors' service address for purposes of these Chapter 11 cases is: 180 Maiden Lane, New York, New York 10038.

122243972.1

Parties wishing to appear at the Status Conference, whether making a "live" or "listen only" appearance before the Court, need to make an electronic appearance (an "eCourtAppearance") through the Court's website at https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl.  When making an eCourtAppearance, parties must specify whether they are making a "live" or "listen only" appearance.  eCourtAppearances need to be made by **4:00 p.m., prevailing Eastern Time, on Tuesday, May 6, 2025**. The Court will adjust previously registered eCourtAppearances to reflect Zoom-only appearances.

       **PLEASE TAKE FURTHER NOTICE** that when parties sign in to Zoom for Government and add their names, they must type in the first and last name that will be used to identify them at the Status Conference.  Parties that type in only their first name, a nickname, or initials will not be admitted into the Status Conference.  When seeking to connect for either audio or video participation in Zoom for Government, you will first enter a "Waiting Room" in the order in which you seek to connect.  Court personnel will admit each person to the Status Conference from the Waiting Room after confirming the person's name (and telephone number, if a telephone is used to connect) with the eCourtAppearance.

Dated: New Haven, Connecticut
May 5, 2025

                            Reorganized Debtors

                          By:  */s/ Joshua W. Cohen*
                                Joshua W. Cohen
                                Day Pitney LLP
                                195 Church Street, 15th Floor
                                New Haven, CT 06510
                                Telephone: (203) 752-5000
                                Facsimile: (203) 399-5854
                                E-mail: jwcohen@daypitney.com