**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re:<br><br>FRONTIER COMMUNICATIONS<br>CORPORATION, *et al.*[1] | ) <br> ) <br> ) Chapter 11 <br> ) <br> ) Case No. 20-22476-mg <br> ) <br> ) (Jointly Administered) <br> ) <br> ) |

**JOINT STIPULATION AND ORDER BETWEEN MOVIE COMPANY CLAIMANTS VOLTAGE HOLDINGS, LLC; UNION PATRIOT CAPITAL MANAGEMENT, LLC; VENICE PI, LLC; BEDEVILED, LLC; MON, LLC; COLOSSAL MOVIE PRODUCTIONS, LLC; WWE STUDIOS FINANCE CORP; TBV PRODUCTIONS, LLC; RISE UP, LLC; STATUS UPDATE LLC; MORGAN CREEK PRODUCTIONS, INC.; SHOCK AND AWE, LLC; DEFINITION DELAWARE LLC; FUN MOM DINNER, LLC; DEAD TRIGGER MOVIE, LLC; YAR PRODUCTIONS, INC.; GUNFIGHTER PRODUCTIONS, LLC; ACE IN THE HOLE PRODUCTIONS, LP; SF FILM, LLC; THE REST OF US, INC.; DALLAS BUYERS CLUB, LLC; EVE NEVADA, LLC; AFTER II MOVIE, LLC; WONDER ONE, LLC; AND DEBTOR**

1. WHEREAS, on April 14, 2020, Frontier and certain of its direct and indirect subsidiaries and affiliates (collectively, "Debtors") voluntarily filed petitions under Chapter 11 of the United States Bankruptcy Code in the Southern District of New York, jointly administered under Case No. 20-22476 (the "Bankruptcy Case");

2. WHEREAS, on August 21, 2020 Debtors filed their *Fifth Amended Joint Plan of Reorganization of Frontier Communications Corporation and its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code* [ECF No. 984] (the "Plan") in the Bankruptcy Case;

3. WHEREAS, on August 27, 2020, the Bankruptcy Court entered an Order in the Bankruptcy Case confirming the Plan;

---

[1] Due to the large number of debtor entities in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtor entities and the last four digits of their federal tax identification numbers are not provided herein. A complete list of such information may be obtained on the website of the Reorganized Debtors' claims and noticing agent at https://cases.primeclerk.com/ftr. The location of the Reorganized Debtors' service address for purposes of these chapter 11 cases is: 50 Main Street, Suite 1000, White Plains, New York 10606.

4. WHEREAS, on the below claim filing dates, certain Movie Company Claimants ("MCCs") filed proof of claims in the Bankruptcy Case asserting general unsecured claims in the below listed amounts based on theories of *inter alia* secondary copyright infringement with respect to the listed movies (the "Voltage Works") by the below claim numbers (the "Voltage Claims");

| Claim No. | Movie Title | Claimant | Amount | Claim Filing Date | Claim Type |
|---|---|---|---|---|---|
| 2169 | Fathers & Daughters, Pay the Ghost, The Cobbler, Good Kill, The Necessary Death of Charlie Countryman, The Company you Keep A Family Man f/k/a Headhunter's Calling, The Lady Bloodfight, I.T., Revolt f/k/a Prisoners of War, Extremely Wicked Shockingly Evil | Voltage Holdings, LLC | $1,675,000.00 | 7/15/2020 | Pre-Petition |
| 2177 | Wild Horse | Union Patriot Capital Management, LLC | $152,500.00 | 7/15/2020 | Pre-Petition |
| 2128 | Once Upon A Time in Venice f/k/a Going Under | Venice PI, LLC | $152,500.00 | 7/15/2020 | Pre-Petition |
| 2132 | Bedeviled | Bedeviled, LLC | $152,500.00 | 7/15/2020 | Pre-Petition |

2

| | | | | | |
|---|---|---|---|---|---|
| 2150 | Singularity, Welcome Home | MON, LLC | $302,500.00 | 7/15/2020 | Pre-Petition |
| 2167 | Colossal | Colossal Movie Productions, LLC | $152,500.00 | 7/15/2020 | Pre-Petition |
| 2119 | Eliminators | WWE Studios Finance Corp | $152,500.00 | 7/15/2020 | Pre-Petition |
| 2192 | I Feel Pretty | TBV Productions, LLC | $152,500.00 | 7/15/2020 | Pre-Petition |
| 2121 | Between Worlds | Rise Up, LLC | $152,500.00 | 7/15/2020 | Pre-Petition |
| 2129 | Status Update | Status Update LLC | $152,500.00 | 7/15/2020 | Pre-Petition |
| 2163 | All Eyes on Me | Morgan Creek Productions, Inc. | $152,500.00 | 7/15/2020 | Pre-Petition |
| 2125 | Shock and Awe | Shock and Awe, LLC | $152,500.00 | 7/15/2020 | Pre-Petition |
| 2269 | The Professor and the Madman | Definition Delaware LLC | $152,500.00 | 7/16/2020 | Pre-Petition |
| 2264 | Fun Mom Dinner | Fun Mom Dinner, LLC | $152,500.00 | 7/16/2020 | Pre-Petition |
| 2228 | Dead Trigger | Dead Trigger Movie, LLC | $152,500.00 | 7/16/2020 | Pre-Petition |
| 2236 | Distorted | YAR Productions, Inc. | $152,500.00 | 7/16/2020 | Pre-Petition |
| 2237 | Disturbing the Peace | Gunfighter Productions, LLC | $152,500.00 | 7/16/2020 | Pre-Petition |
| 2233 | Look Away | Ace in the Hole Productions, LP | $152,500.00 | 7/16/2020 | Pre-Petition |
| 2193 | SKIN | SF Film, LLC | $152,500.00 | 7/16/2020 | Pre-Petition |
| 2235 | The Rest of Us | The Rest of Us, Inc. | $152,500.00 | 7/16/2020 | Pre-Petition |
| 2511 | Dallas Buyers Club | Dallas Buyers Club, LLC | $175,000.00 | 8/17/2020 | Pre-Petition |
| 3803 | Ava (fka Eve) | Eve Nevada, LLC | $227,500.00 | 5/31/2021 | Admin Claim |
| 3808 | After We Collided | After II Movie, LLC | $227,500.00 | 5/31/2021 | Admin Claim |
| 3804 | The Second | Wonder One, LLC | $226,250.00 | 5/31/2021 | Admin Claim |
| 3804 | Disturbing the Peace | Wonder One, LLC | $201,250.00 | 5/31/2021 | Admin Claim |

3

5.   WHEREAS, on April 30, 2021, the Effective Date of the Plan occurred, and the Plan was consummated; and

6.   WHEREAS, pursuant to Fed. R. Bankr. P. 7041 and Fed. R. Civ. P. 41(a)(1)(A)(ii) and/or 41(a)(2), MCCs Voltage Holdings, LLC; Union Patriot Capital Management, LLC; Venice PI, LLC; Bedeviled, LLC; MON, LLC; Colossal Movie Productions, LLC; WWE Studios Finance Corp; TBV Productions, LLC; Rise Up, LLC; Status Update LLC; Morgan Creek Productions, Inc.; Shock and Awe, LLC; Definition Delaware LLC; Fun Mom Dinner, LLC; Dead Trigger Movie, LLC; YAR Productions, Inc.; Gunfighter Productions, LLC; Ace in the Hole Productions, LP; SF Film, LLC; The Rest of Us, Inc.; Dallas Buyers Club, LLC; Eve Nevada, LLC; After II Movie, LLC; Wonder One, LLC and Debtors (collectively, "Parties") stipulate to the dismissal of the Voltage Claims and all known and unknown claims between the Parties with prejudice, with each Party to bear its own costs and attorneys' fees.  In the interest of clarity, the parties further stipulate that no Party will seek recovery of costs or attorneys' fees against the other incurred in this contested proceeding.

DATED:    New York, New York
          May 5, 2025

| | |
|---|---|
| */s/ Kerry S. Culpepper*<br>Kerry S. Culpepper<br>CULPEPPER IP, LLLC<br>75-170 Hualalai Road, Suite B204<br>Kailua-Kona, Hawaii 96740<br>Telephone: (808) 464-4047<br>Facsimile: (202) 204-5181<br>E-Mail: kculpepper@culpepperip.com<br>*Attorney for Movie Company Claimants* | */s/ Stanley A. Twardy, Jr.* (with authorization)<br>Stanley A. Twardy, Jr.<br>DAY PITNEY LLP<br>One Stamford Plaza<br>263 Tresser Blvd., 7th Fl.<br>Stamford, CT 06901<br>Tel: (203) 977-7300<br>Fax: (203) 977-7301<br>E-mail: satwardy@daypitney.com<br>*Attorney for Frontier Communications Corporation* |

**SO ORDERED:**

Dated: New York, New York
       May __, 2025

4

_____
Chief Judge Martin Glenn
United States Bankruptcy Judge