**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
In re:                                                        )
                                                              )
FRONTIER COMMUNICATIONS,                                      )
CORPORATION, et al.,[1]                                       )      Chapter 11
                                                              )      Case No. 20-22476 (MG)
                                                              )
              Reorganized Debtors.                            )      (Jointly Administered)
                                                              )
---------------------------------------------------------------x

## NOTICE OF SETTLEMENT AND STIPULATION
## WITHDRAWING CLAIMS WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel of record for the Record Company Claimants (the "RCCs")[2] and the Reorganized Debtors ("Frontier") (the RCCs and Frontier, each a "Party" and, collectively, the "Parties"), pursuant to Fed. R. Bankr. P. 7041, made applicable herein by Fed. R. Bankr. P. 9014, and Fed. R. Civ. P. 41(a)(1)(A)(ii) that all claims in these Chapter 11 cases between the RCCs and Frontier, including Claim Nos. 3560, 3821, 3822, and 3832, are hereby dismissed with prejudice, with each Party to bear its own fees and costs.

---

[1] Due to the large number of debtor entities in these Chapter 11 cases, for which joint administration has been granted, a complete list of the debtor entities and the last four digits of their federal tax identification numbers are not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.primeclerk.com/ftr. The location of the Debtors' service address for purposes of these Chapter 11 cases is: 50 Main Street, Suite 1000, White Plains, New York 10606.

[2] UMG Recordings, Inc., Capitol Records, LLC; ABKCO Music & Records, Inc.; Sony Music Entertainment, Arista Music, Arista Records LLC, LaFace Records LLC, Sony Music Entertainment US Latin LLC, Volcano Entertainment III, L.L.C., and Zomba Recording LLC; and Atlantic Recording Corporation, Atlantic Records Group LLC, Bad Boy Records LLC, Big Beat Records Inc., Elektra Entertainment Group Inc., Fueled by Ramen LLC, Lava Records LLC, Maverick Recording Company, Nonesuch Records Inc., Rhino Entertainment Company, Rhino Entertainment LLC, Roadrunner Records, Inc., Warner Music Inc., Warner Music International Services Limited, Warner Music Nashville LLC, and Warner Records Inc.

1

IT IS HEREBY FURTHER STIPULATED AND AGREED, by and between the Parties, that each Party hereby waives all rights to appeal any order in these cases.

Dated: May 28, 2025

| | |
|---|---|
| /s/ Matthew J. Oppenheim | /s/ Stanley A. Twardy, Jr. |
| Matthew J. Oppenheim | Stanley A. Twardy, Jr. |
| Jeffrey M. Gould | **DAY PITNEY LLP** |
| Corey Miller | One Stamford Plaza |
| Keith T. Howell | 263 Tresser Boulevard, 7th Floor |
| **OPPENHEIM + ZEBRAK, LLP** | Stamford, CT 06901 |
| 4350 Wisconsin Avenue, NW, Fifth Floor | Tel: (203) 977-7368 |
| Washington, DC 20016 | Fax: (866) 458-1037 |
| Telephone: (202) 480-2999 | |
| | Elizabeth A. Alquist |
| Alexander Kaplan | Matthew J. Letten |
| Carly K. Rothman | Christopher A. Klimmek |
| Andrew L. Guerra | Caitlin M. Barrett |
| Lauren Bergelson | **DAY PITNEY LLP** |
| **OPPENHEIM + ZEBRAK, LLP** | 225 Asylum Street |
| 461 Fifth Avenue, 19th Floor | Hartford, CT 06103 |
| New York, New York 10017 | Tel: (860) 275-0137 |
| Telephone: (212) 951-1156 | Fax: (860) 881-2456 |
| | |
| Michael Luskin | Jonathan B. Tropp |
| Stephan E. Hornung | Joshua W. Cohen |
| **MORGAN, LEWIS & BOCKIUS LLP** | **DAY PITNEY LLP** |
| 101 Park Avenue | 195 Church Street, 15th Floor |
| New York, NY 10178 | New Haven, CT 06510 |
| Telephone: (212) 309-6000 | Tel: (203) 752-5000 |
| | Fax: (203) 901-1733 |
| | |
| *Counsel to the Record Company Claimants* | *Counsel for Reorganized Debtors* |

**SO ORDERED:**

Dated: May ____, 2025
New York, New York

_____
Hon. Martin Glenn

2